# Chief Judge
# S. Thomas Anderson

Judge York

**Case #:** 1:21-cv-1085

Robert Holman

v.

Thomas J. Vilsack
et al.