## DECLARATION OF ROBERT HOLMAN

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I am a farmer in Union City, TN. I am married and have a young daughter.

3. With my father, we farm about 2,220 combined acres growing crops, mostly corn and soybeans.

4. My family's primary income comes from farming.

5. Two of my loans, including loans issued by the Farm Service Agency, had outstanding balances as of January 1, 2021.

6. On or about November 27, 2016, I applied for a microloan (Loan One). I applied for a loan of $40,000 to purchase equipment.

7. On or about December 30, 2016, I signed a Promissory Note for Loan One. The loan was for $40,000, due and payable seven years and one month from the date of the note.

8. As of April 21, 2021, I had $17,667.10 outstanding on Loan One.

9. On or about March 2, 2018, I applied for direct loan assistance (Loan Two). I applied for a loan of $37,000 to purchase 50% interest on a planter.

10. On or about March 27, 2018, I signed a Promissory Note for Loan Two. The loan was for $37,00, due and payable seven years from the date of the note.

11. As of April 21, 2021, I had $21,743.67 outstanding on Loan Two.

12. When it comes to my race, I would be considered white or Caucasian.

13. My loan applications mark that my race is white and that I am not Hispanic/Latino.

14. I was also told by my Loan Services Agent that the customer data worksheet that the Department of Agriculture lists my demographic information as "White."

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: June 4, 2021.

_____
Robert Holman