IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01085 |
| | ) |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and | ) JUDGE ANDERSON ) ) MAGISTRATE JUDGE YORK |
| | ) |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) ) ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pending before the Court is Plaintiff's Motion for a Preliminary Injunction. After reviewing the Motion, the relevant pleadings, the record, and the applicable caselaw, it is hereby ORDERED:

That Plaintiff's Motion is GRANTED;

That Defendants are preliminarily enjoined from enforcing Section 1005 of the American Rescue Plan Act of 2021; and,

That no bond or other security shall be required of Plaintiff.

IT IS SO ORDERED.

_____
S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF TENNESSEE