*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
|---|
| Defendant |

| Case Number | Judge |
|---|---|
|  |  |

I, _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| O'Leary | Celia | Howard |

| | |
|---|---|
| Applicant's Firm Name | Southeastern Legal Foundation |
| Applicant's Address | 560 West Crossville Rd. |
| Room/Suite Number | Suite 104 |
| City | Roswell |
| State | GA |
| Zip Code | 30075 |
| Applicant's Email Address | coleary@southeasternlegal.org |
| Applicant's Phone Number(s) | 770-977-2131 |

Certificate of Consultation

After consultation with counsel for Plaintiff, Mr. Boucek has no objection to the relief requested in this motion. Counsel for defendants have not yet entered an appearance in the above-captioned case. However, I emailed Joe Murphy, Kyla Snow, and Emily Newton of the U.S. Department of Justice seeking consent to appear pro hac vice. I advised that they notify me by 5:00 p.m. on Friday, June 4, 2021, if they opposed my motion or if they were not the attorneys assigned to my case. Counsel did not respond by the given deadline.

| Date | Electronic Signature of Applicant |
|---|---|
| 06/07/2021 | s/ Celia Howard O'Leary |

**O'Leary Bar Admissions**

| Court | Date of Admission |
|---|---:|
| **Georgia State** | |
| Georgia State Bar (no. 747472) | 11/15/2019 |
| Georgia Supreme Court | 11/15/2019 |
| Georgia Court of Appeals | 11/15/2019 |
| **District Courts** | |
| N.D. Georgia | 12/12/2019 |
| M.D. Tennessee | 2/5/2021 |
| E.D. Texas | 10/26/2020 |
| M.D. Georgia | 4/6/2021 |
| N.D. Illinois | 5/12/2021 |
| **Federal Courts of Appeal** | |
| 11th Circuit | 3/3/2020 |
| 3rd Circuit | 2/24/2021 |
| 5th Circuit | 3/23/2021 |

# THE UNITED STATES OF AMERICA



## Middle District of Georgia

I, David W. Bunt, Clerk of the United States District Court, do hereby certify that

## Celia Howard O'Leary

was duly admitted and qualified to practice as an Attorney in the District Court on the 6th day of April, 2021.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Macon, Georgia on the aforementioned date.

*David W. Bunt, Clerk of Court*



**Supreme Court**
**State of Georgia**
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

April 16, 2021

I hereby certify that Celia Howard O'Leary, Esq., was admitted on the 15th day of November, 2019, as a member of the bar of the Supreme Court of Georgia, the highest court of the State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court, hereto affixed the day and year first above written.

_Therese S Barnes_, Clerk