# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and <br><br> ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-01085-STA-jay |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Counsel's Motion (ECF No. 8), IT IS HEREBY ORDERED that Celia Howard O'Leary be admitted to the bar of this Court *pro hac vice* for the purpose of acting as counsel for Plaintiff Robert Holman in the above-captioned case.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: June 7, 2021