IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK,** in his official | ) |
| capacity as Secretary of the United States | ) |
| Department of Agriculture; and **ZACH** | ) |
| **DUCHENEAUX,** in his official capacity | ) |
| as Administrator of the Farm Service Agency, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE
PRELIMINARY INJUNCTION HEARING AND
GRANTING MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Defendants' Motion to Continue Preliminary Injunction Hearing and Motion for Extension of Time to Respond to Motion for Preliminary Injunction. (ECF No. 11.) Plaintiff has filed a response and opposes the motion. (ECF No. 12.) For good cause shown, Defendant's Motion is **GRANTED**. Defendants' Response to the Motion for Preliminary Injunction is will be due on or before June 24, 2021. The hearing on Plaintiff's Motion for Preliminary Injunction is RESET to Tuesday, June 29, 2021 at 8:45a.m.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: June 10, 2021