IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
|     Plaintiff, | ) |
| v. | ) No. 1:21-cv-01085 |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and | ) JUDGE ANDERSON<br>)<br>) MAGISTRATE JUDGE YORK |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) |
|     Defendants. | ) |

## AFFIDAVIT OF SERVICE

I, Celia H. O'Leary, first being duly sworn, depose and state the following:

1. I am over the age of eighteen years and am in all respects competent to make this affidavit.

2. I am an attorney for Plaintiff Robert Holman, admitted *pro hac vice*.

3. Pursuant to Federal Rule of Civil Procedure Rule 4(l) and LR 4.1, I hereby certify that service, in the above-styled case, of the Complaint and Clerk issued Summons, have taken place in the following manner.

4. Defendant Thomas Vilsack was served by certified mail with return receipt requested (green card) on June 3, 2021. His office received the documents on June 8, 2021, as evidenced by the signature and date of the green card. A copy of the certified mail receipt and green card are attached as <u>Exhibit 1</u>.

1

5. The United States Attorney General was served by certified mail with return receipt requested (green card) on June 3, 2021. Its office received the documents on June 10, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as <u>Exhibit 2</u>.

6. The United States Attorney for the Western District of Tennessee was served by certified mail with return receipt requested (green card) on June 3, 2021. Its office received the documents on June 7, 2021, as evidenced by the signature and date of the green card. A copy of the certified mail receipt and green card are attached as <u>Exhibit 3</u>.

7. Defendant Zach Ducheneaux was served by certified mail with return receipt requested (green card) on June 3, 2021. His office received the documents on June 14, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as <u>Exhibit 4</u>.

8. Emily Newton of the United States Department of Justice Federal Programs Branch was served by certified mail with return receipt requested (green card) on June 3, 2021. Her office received the documents on June 10, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as <u>Exhibit 5</u>.

9. The United States Department of Justice Civil Process Clerk was served by certified mail with return receipt requested (green card) on June 3, 2021. Its office received the documents on June 10, 2021, as evidenced by the United States Postal Service

Tracking System. A copy of the certified mail receipt and tracking information are attached as <u>Exhibit 6</u>.

10. Kyla Snow of the United States Department of Justice Federal Programs Branch was served by certified mail with return receipt requested (green card) on June 3, 2021. Her office received the documents on June 14, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as <u>Exhibit 7</u>.

Further, affiant sayeth not.

This 14th day of June, 2021.

By: _____
Celia H. O'Leary
Georgia Bar No. 747472
Southeastern Legal Foundation
560 West Crossville Rd., Suite 104
Roswell, GA 30075
(770) 977-2131
coleary@southeasternlegal.org
Attorney for Plaintiff
*Admitted Pro Hac Vice*

Subscribed and sworn to before me this 14th day of June, 2021.

_____
Notary Public

My commission expires: 2/11/24