# Exhibit 1

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

7020 1290 0000 1447 4893

Certified Mail Fee $ 3.60   7.20
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 5.70
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $ 1.60   3.60
Total Postage and Fees $ 6.50

Postmark Here — THE UPS STORE 3423 — JUN 08 2021 — CERTIFIED MAIL

Sent To: Thomas J. Vilsack, Sec. of Agriculture
Street and Apt. No., or PO Box No.: 1400 Independence Ave SW
City, State, ZIP+4®: Washington, DC 20250

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas J. Vilsack
Secretary of Agriculture
1400 Independence Ave. SW
Washington, DC 20250

9590 9402 5563 9249 0273 01

2. Article Number (Transfer from service label)

7020 1290 0002 1494 4863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): OES
C. Date of Delivery: 6-8-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt