# **Exhibit 2**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.60    (7.20)

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)         $ (3.00)
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.80    3.60

Total Postage and Fees
$ 16.50

Sent To: Hon. Merrick Garland, U.S. Atty Gen.
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4®: Washington, DC 20530-0001

Postmark Here: THE UPS STORE 3423 JUN 03 2021 CERTIFIED MAIL

7019 0700 0000 8627 5233

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70190700000086275323

Remove ✕

Your item was delivered at 4:56 am on June 10, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

June 10, 2021 at 4:56 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback