# **Exhibit 3**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 7.80

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)         $ 5.70
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 3.60

Total Postage and Fees
$ 16.50

Sent To Joseph Murphy, US Atty W.D. Tenn.
Street and Apt. No., or PO Box No. 167 North Main Street Suite 800
City, State, ZIP+4® Memphis, TN 38103

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0700 0000 8427 5309

THE UPS STORE 3423
Postmark Here
JUN 03 2021

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph Murphy
   U.S. Attorney, Western Dist. of Tennessee
   167 North Main Street
   Suite 800
   Memphis, TN 38103

   9590 9402 5327 9154 2872 34

2. Article Number (Transfer from service label)

   7019 0700 0000 8627 5309

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] C19
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   6-7-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery ($500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt