# **Exhibit 4**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 7.20

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ 5.20
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage
$ 3.60

Total Postage and Fees
$ 16.50

Postmark Here — THE UPS STORE 3423 — JUN 03 2021 — CERTIFIED MAIL

Sent To
Zach Ducheneaux, Farm Service Agency, USDA
Street and Apt. No., or PO Box No.
1400 Independence Ave SW STOP 0506
City, State, ZIP+4®
Washington, DC 20250-0506

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

9489 1494 0002 0290 0020

# USPS Tracking®

FAQs >

**Track Another Package  +**

Remove ✕

**Tracking Number:** 70201290000214944856

Your item was delivered to the front desk, reception area, or mail room at 7:16 am on June 14, 2021 in WASHINGTON, DC 20250.

## ✓ Delivered, Front Desk/Reception/Mail Room

June 14, 2021 at 7:16 am
WASHINGTON, DC 20250

Feedback

Get Updates ⌄

---

Text & Email Updates      ⌄

---

Tracking History      ⌄

---

Product Information      ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback