# **Exhibit 5**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 7.20

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ 5.20
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 3.60

Total Postage and Fees
$ 16.50

Postmark Here: JUN 03 2021 — THE UPS STORE 3423 — CERTIFIED MAIL

Tracking: 7019 0700 0000 8627 5316

Sent To: Emily Newton, US Dept of Just.
Street and Apt. No., or PO Box No.: 20 Massachusetts Ave NW
City, State, ZIP+4®: Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

### Track Another Package +

Remove ✕

**Tracking Number:** 70190700000086275316

Your item was delivered at 4:56 am on June 10, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

June 10, 2021 at 4:56 am  
WASHINGTON, DC 20530

Feedback

### Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

Case 1:21-cv-01085-STA-jay   Document 15-5   Filed 06/14/21   Page 4 of 4
                        PageID 455