# Exhibit 7

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.60   (7.25)

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)    $ _____  (5.20)
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 1.80    3.60

Total Postage and Fees
$   6.50

Sent To: Kyla Snow, US Dept. of Just. Fed. Programs
Street and Apt. No., or PO Box No.: 1100 L Street NW
City, State, ZIP+4®: Washington, DC 20005

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0700 0000 8627 5293

THE UPS STORE 3423   JUN 03 2021   CERTIFIED MAIL

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70190700000086275293

Your item was delivered at 4:49 am on June 14, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

June 14, 2021 at 4:49 am  
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback