*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff | Robert Holman |
|---|---|

| Defendant | Thomas J. Vilsack and Zach Ducheneaux |
|---|---|

| Case Number | Judge |
|---|---|
| 1:21-cv-01085-STA-jay | Jon A. York |

I, William E. Trachman _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Plaintiff, Robert Holman _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attachment | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Trachman | William | E. |

| Applicant's Firm Name |
|---|
| Mountain States Legal Foundation |

| Applicant's Address | Room/Suite Number |
|---|---|
| 2596 South Lewis Way | |

| City | State | Zip Code |
|---|---|---|
| Lakewood | CO | 80227 |

| Applicant's Email Address |
|---|
| wtrachman@mslegal.org |

| Applicant's Phone Number(s) |
|---|
| 303.292.2021 |

## Certificate of Consultation

After consultation with counsel for Plaintiff, Mr. Boucek has no objection to the relief requested in this motion. An email seeking consent to appear pro hac vice was sent to counsel for Defendants, Joe Murphy, Emily S. Newton, and Kyla Snow on June 14, 2021, and Emily S. Newton returned an email on June 14, 2021 stating Defendant's consent.

| Date | Electronic Signature of Applicant |
|---|---|
| June 16, 2021 | *s/William E. Trachman* |

| Court | Admission Date |
|---|---|
| Colorado Supreme Court, Bar No. 45684 | 4/23/2013 |
| U.S. District Court for the District of Colorado | 7/24/2013 |
| U.S. Court of Appeals for the Ninth Circuit | 2013 |
| U.S. Court of Appeals for the Tenth Circuit | 9/2006 |
| U.S. Supreme Court | 1/2017 |
| State of California, Bar No. 261410 | 12/08/2008 |
| U.S. District Court for the Southern District of California | 5/15/2014 |
| U.S. District Court for the Central District of California | 5/14/2015 |
| U.S. District Court for the District of Columbia, Bar No. 502500 | 1/07/2007 |