

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

June 2, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM EDWARD TRACHMAN, #261410 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 2008 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records



## SUPREME COURT
### State of Colorado,

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__William Edward Trachman__

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __23rd__ day of __April__ A.D. __2013__ and that at the date hereof the said __William Edward Trachman__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __7th__ day of __June__ A.D. __2021__

*Cheryl Stevens*
_____ Clerk

By _____
                      Deputy Clerk



# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## WILLIAM EDWARD TRACHMAN

was admitted to practice in this court on
July 24, 2013
and is in good standing with no disciplinary history.

Dated: June 15, 2021

_Jeffrey P. Colwell_
_____
Jeffrey P. Colwell, Clerk

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## WILLIAM E. TRACHMAN

was, on the **5th** day of **April** A.D. **2021** admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this **14th** day of **June** A.D. **2021**.



**ANGELA D. CAESAR,** Clerk of Courts

By: *Natalee McClure*

**Deputy Clerk**