

# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## COREY C. BARTKUS

was admitted to practice in this court on
June 2, 2021
and is in good standing with no disciplinary history.

Dated: June 14, 2021

_Jeffrey P. Colwell_

Jeffrey P. Colwell, Clerk