# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and, | ) Civil Action No. 1:21-cv-01085-STA-jay |
| | ) |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING MOTION TO PROCEED *PRO HAC VICE*

Corey C. Bartkus has moved to be admitted to the bar of this Court *pro hac vice* for the purpose of acting as counsel for Plaintiff Robert Holman in the above-captioned case. (ECF No. 17.) Counsel has attached a certificate of good standing from the United States District Court, District of Colorado. However, Counsel has not attached a certificate of good standing from the highest court of a state. *See* Local Rule 83.4(d) (setting forth the procedures for admission to participate in a particular case and requiring counsel to submit certificates of good standing from the highest court of a state (or the District of Columbia) as well as from a United States District Court.)

Thus, the Motion is **DENIED** without prejudice to re-filing with proper certificates of good standing and a proposed order.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:  June 16, 2021