

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Corey Christopher Bartkus**

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **28th** day of **May** A.D. **2020** and that at the date hereof the said **Corey Christopher Bartkus** is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **7th** day of **June** A.D. **2021**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk



# Certificate of Good Standing
and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**COREY C. BARTKUS**

was admitted to practice in this court on
June 2, 2021
and is in good standing with no disciplinary history.

Dated: June 14, 2021

*Jeffrey P. Colwell*
_____
Jeffrey P. Colwell, Clerk