# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and,<br><br>ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:21-cv-01085-STA-jay<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of Counsel's Motion (ECF No. 20), IT IS HEREBY ORDERED that Corey C. Bartkus be admitted to the bar of this Court *pro hac vice* for the purpose of acting as counsel for Plaintiff Robert Holman in the above-captioned case.

    **IT IS SO ORDERED.**

    s/ S. Thomas Anderson
    S. THOMAS ANDERSON
    CHIEF UNITED STATES DISTRICT JUDGE

    Date: June 17, 2021