IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
|     **Plaintiff,** | ) |
| v. | )   No. 1:21-cv-01085-STA-jay |
| **THOMAS J. VILSACK,** in his official capacity as Secretary of Agriculture; and **ZACH DUCHENEAUX,** in his official capacity as Administrator of the Farm Service Agency, | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney enters her appearance in the above-captioned case on behalf of Defendants Thomas J. Vilsack, in his official capacity as Secretary of Agriculture, and Zach Ducheneaux, in his official capacity as Administrator of the Farm Service Agency.

Dated: June 21, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Kyla M. Snow*
KYLA M. SNOW (Ohio Bar No. 96662)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

1

Washington, D.C. 20005
Tel: (202) 514-3259 / Fax: (202) 616-8460
kyla.snow@usdoj.gov

*Counsel for Defendant*