IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK,** in his official capacity as Secretary of Agriculture; and **ZACH DUCHENEAUX,** in his official capacity as Administrator of the Farm Service Agency, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney enters her appearance in the above-captioned case on behalf of Defendants Thomas J. Vilsack, in his official capacity as Secretary of Agriculture, and Zach Ducheneaux, in his official capacity as Administrator of the Farm Service Agency.

Dated: June 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON (Va. Bar No. 80745)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch

1

1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*

2