## **EXHIBIT 4**

## DECLARATION OF SHADE MARSHALL LEWIS

My name is Shade Marshall Lewis. I am over the age of 18 and fully competent to make this declaration.

1. I am an African-American rancher who is a member of the National Black Farmers Association (NBFA). I want the NBFA to represent my interests in this lawsuit.

2. I live in La Grange, MO, a rural town of 958 people in northeast Missouri. I was born and raised in La Grange.

3. I own and operate a cattle farm in La Grange, where I raise between 100-200 heads of cattle on over 100 acres of land. I have operated my cattle farm since 2014.

4. In addition to my job as a rancher, I also work a second job conducting maintenance on power transmission lines. I work a second job for financial stability, as the cattle farming business can be unpredictable and vary significantly from year-to-year.

5. I am 30 years old and a first-generation rancher. Prior to starting my own cattle farm, I spent years building up my ranching experience, as well as the credit necessary to purchase property for a cattle farm. I believe everyone deserves a fair chance at farming, especially beginning farmers.

6. In 2014, I was able to take out a USDA loan for $300,000. I used this loan to buy the property for my cattle farm.

7. As of January 1, 2021, the outstanding balance on my loan was approximately $197,000.

8. My loan has an annual payment term and I have made many payments. However, due to fluctuations in the cattle farming business from year-to-year, I have also missed annual

payments on my loan. As a result of being late on my loan payments, I have received warnings from USDA threatening foreclosure on my property.

9. I believe I am eligible for loan forgiveness under Section 1005 of the American Rescue Plan Act because I am a socially disadvantaged rancher who has an outstanding balance on a direct farm loan with USDA.

10. After learning about the passage of Section 1005, I factored the law's debt forgiveness provision into my business plans. For example, I explored how receiving this loan forgiveness would enable me to pay down other loans I have taken out to purchase livestock.

11. Thus, if Section 1005 is enjoined, I would suffer injury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in La Grange, MO.

Date: 6/8/2021

By: *[DocuSigned by: 6E7CD79EC5F3463...]*

SHADE MARSHALL LEWIS

2