UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN,<br><br>    *Plaintiff*,<br><br>    v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, et al.,<br><br>    *Defendants*. | No. 1:21-cv-01085-STA-jay |

**ORDER GRANTING MOTION
FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

After considering the Unopposed Motion for Leave to File Amicus Curiae Brief in Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 26) filed by the National Black Farmers Association (NBFA) and the Association of American Indian Farmers (AAIF), the Court hereby **GRANTS** the Motion.

The NBFA and the AAIF will have one (1) business day in which to file their brief and accompanying exhibits as a separate docket entry.

IT IS SO ORDERED.

                                                          s/ S. Thomas Anderson
                                                          S. THOMAS ANDERSON
                                                          CHIEF UNITED STATES DISTRICT JUDGE

Date:  June 25, 2021