IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-01085-STA-jay |
| ) | |
| **THOMAS J. VILSACK, in his official** ) | |
| **capacity as Secretary of Agriculture;** ) | |
| **and ZACH DUCHENEAUX, in his official** ) | |
| **capacity as Administrator of the Farm** ) | |
| **Service Agency,** ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO FILE EXCESS PAGES**

Before the Court is an Unopposed Motion for Leave to File Excess Pages, by Defendants Thomas J. Vilsack, in his official capacity as Secretary of Agriculture, and Zach Ducheneaux, in his official capacity as Administrator of the Farm Service Agency. (ECF No. 28.) For good cause shown and without opposition, Defendants' Motion is **GRANTED**. Defendants shall file the Response in Opposition to Plaintiff's Motion for a Preliminary Injunction and exhibits, attached to their Motion for Leave to File Excess Pages, as a separate docket entry.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: June 25, 2021