# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
|    Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-01085-STA-jay |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and | ) |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) |
|    Defendants. | ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Under Local Rule 7.2(c), Plaintiff respectfully requests to file a reply not to exceed ten (10) pages in this case. The government has received permission to file a brief not to exceed forty (40) pages. Given the depth of the issues at hand, as well as the issuance of relevant authority and facts since Plaintiff filed his original motion, Plaintiff respectfully requests to be able to file a reply brief not in excess of ten (10) pages.

A copy of a proposed order is attached, and a copy will be sent to chambers. *See* LR 7.2(a)(1)(A).

Dated: June 25, 2021.                                Respectfully submitted,

   s/ B. H. Boucek
BRADEN H. BOUCEK
TN BPR No. 021399
CELIA H. O'LEARY*
GA Bar No. 747472
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
bboucek@southeasternlegal.org
coleary@southeasternlegal.org

William E. Trachman*
CO. Bar No. 45684
Corey C. Bartkus*
CO. Bar No. 54789
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
wtrachman@ mslegal.org
corey@mslegal.org
*Appearing Pro Hac Vice

Counsel for Plaintiff

## CERTIFICATE OF CONSULTATION

I hereby certify that on June 14, 2021, undersigned counsel and counsel for all Defendants agreed that Defendants' response could exceed the page limit up to forty (40) pages and that Plaintiff would be allowed a reply not to exceed ten (10) pages.

Dated: <u>June 25, 2021</u>.                                   Respectfully submitted,


   <u>s/ B. H. Boucek</u>
BRADEN H. BOUCEK

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I filed the documents on the Court's electronic filing system. I future certify that I served the following persons in the manner indicated below.

| Counsel | Via |
|---|---|
| Emily Newton<br>U.S. Department of Justice<br>20 Massachusetts Ave. NW<br>Washington, DC 20530<br>202/305-8356<br>Fax: 202/616-8470<br>Email: emily.s.newton@usdoj.gov | ☐ United States mail, postage prepaid<br>☐ Hand delivery<br>☐ Fax<br>☐ Email<br>☐ FedEx<br>☒ Efile |
| Kyla Snow<br>DOJ-Civ<br>Federal Programs Branch<br>1100 L. St. NW<br>Washington, DC 20005<br>202/514-3259<br>Email: kyla.snow@usdoj.gov | |
| Audrey Calkins<br>United States Attorney – Western District of Tennessee<br>167 N. Main Street, Suite 800<br>Memphis, TN 38103<br>901/544-4231<br>Fax: 901/544-4230<br>Email: audrey.calkins@usdoj.gov | |

Dated: June 25, 2021.                                    Respectfully submitted,

                                                              s/ B. H. Boucek
                                                           BRADEN H. BOUCEK