IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:21-cv-01085-STA-jay |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and | ) ) ) ) ) |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) ) ) ) |
| Defendants. | ) |

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY

Pending before the Court is Plaintiff's Motion for Leave to File a Reply. This Court finds the Motion is well taken and shall be granted.

**IT IS SO ORDERED.**

                                        **s/ S. Thomas Anderson**
                                        S. THOMAS ANDERSON
                                        CHIEF UNITED STATES DISTRICT JUDGE