AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| Robert Holman, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-01085-STA-jay |
| Thomas J. Vilsack, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

National Black Farmers Association; Association of American Indian Farmers.

Date:    06/25/2021

/s/ David S. Muraskin
*Attorney's signature*

David S. Muraskin, DC Bar #1012451
*Printed name and bar number*

PUBLIC JUSTICE
1620 L Street, NW, Suite 630
Washington, DC 20036
*Address*

dmuraskin@publicjustice.net
*E-mail address*

(202) 861-5245
*Telephone number*

(202) 232-7203
*FAX number*