# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, et al.,<br><br>*Defendants.* | No. 1:21-cv-01085-STA-jay |

## ORDER HOLDING CONDITIONAL MOTION TO INTERVENE IN ABEYANCE

The Court has considered the *Conditional Motion for Leave to Intervene as Defendants* (Dkt. No. 27) (the "Conditional Motion") filed by the National Black Farmers Association (NBFA) and the Association of American Indian Farmers (AAIF), as well as NBFA and AAIF's Notice Regarding Consultation with Plaintiff and Defendants (Dkt. No. 42).

As there is no dispute between NBFA, AAIF, Plaintiff, and Defendants regarding the process to address the Conditional Motion, it is:

**ORDERED** that the Conditional Motion is held in abeyance.

In the event that NBFA and AAIF seek the Court's ruling on their application to intervene, NBFA and AAIF shall file a renewed motion to intervene and supplement their briefing. Plaintiff and Defendants will have an opportunity to respond to any renewed application to intervene.

**SO ORDERED, this 13th day of July, 2021.**

                                              s/S. THOMAS ANDERSON
                                           **CHIEF UNITED STATES DISTRICT JUDGE**