IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK,** in his official | ) |
| capacity as Secretary of Agriculture; | ) |
| and **ZACH DUCHENEAUX,** in his official | ) |
| capacity as Administrator of the Farm | ) |
| Service Agency, | ) |
| | ) |
| Defendants. | ) |

---

### ORDER PARTIALLY GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE STAY PENDING RESOLUTION OF DEFENDANTS' STAY MOTION

---

Before the Court is a Motion for an Administrative Stay Pending Resolution of Defendant's Stay Motion. (ECF No. 46.) For good cause shown, Defendants' Motion is **GRANTED** to the extent that the case deadlines — including the parties' deadline to present a scheduling order to the Court and the August 5, 2021 scheduling conference — are continued until the Court rules on Defendants' Motion to Stay the Case and will be re-set at a later date. The motion is **DENIED** as to Defendants' request to administratively stay the case until the previous motion (ECF No. 45) is ruled on.

IT IS SO ORDERED.

        s/ S. Thomas Anderson
        S. THOMAS ANDERSON
        CHIEF UNITED STATES DISTRICT JUDGE

        Date: July 15, 2021