# EXHIBIT 2

**Choose Justice - Guide to U.S. DOJ for Law Students and Exp. Attorneys**



U.S. Department of Justice

# *Choose Justice*

## *Guide to the U.S. Department of Justice for Law Students and Experienced Attorneys*

# *Choose*
# *Justice*



## *Guide to the U.S. Department of Justice for Law Students and Experienced Attorneys*



# TABLE OF CONTENTS



Introduction ............................................................................................................... i
User's Guide .............................................................................................................. ii

Overview
Volunteer Legal Internships .................................................................................1
Summer Law Intern Program ..............................................................................2
Attorney General's Honors Program ...................................................................3
Experienced Attorney Hiring ...............................................................................5

Leadership Offices
Office of the Attorney General .............................................................................9
Office of the Deputy Attorney General ................................................................9
Office of the Associate Attorney General .............................................................9
Office of the Solicitor General ..............................................................................9

Functions and Organizations of the U.S. Department of Justice ........................11

Organizations With More than 100 Attorneys
Antitrust Division.................................................................................................13
Civil Division .......................................................................................................15
Civil Rights Division ............................................................................................18
Criminal Division .................................................................................................20
Environment and Natural Resources Division....................................................23
Executive Office for Immigration Review ............................................................25
Federal Bureau of Investigation ..........................................................................26
Federal Bureau of Prisons ...................................................................................30
National Security Division ...................................................................................32
Tax Division .........................................................................................................34
U.S. Attorneys' Offices.........................................................................................35
U.S. Trustee Program ..........................................................................................37

Organizations With Fewer than 100 (But More than 10) Attorneys
Bureau of Alcohol, Tobacco, Firearms and Explosives .....................................39
Drug Enforcement Administration ......................................................................39
Executive Office for U.S. Attorneys.....................................................................39
Justice Management Division ..............................................................................40
Office of Information Policy .................................................................................40
Office of Justice Programs ...................................................................................40
Office of Legal Counsel ........................................................................................41
Office of Legal Policy ...........................................................................................41
Office of Legislative Affairs .................................................................................41
Office of Professional Responsibility...................................................................42
Office of the Inspector General............................................................................42
U.S. Marshals Service ..........................................................................................42

Organizations With 10 or Fewer Attorneys
Community Relations Service ..............................................................................43
Foreign Claims Settlement Commission..............................................................43
INTERPOL Washington, U.S. National Central Bureau ....................................43
National Drug Intelligence Center.......................................................................43
Office of Attorney Recruitment and Management...............................................43
Office of Community Oriented Policing Services (COPS) ....................................44
Office of Dispute Resolution................................................................................44
Office of Intergovernmental and Public Liaison..................................................44
Office of the Federal Detention Trustee...............................................................44
Office of the Pardon Attorney..............................................................................44
Office of Tribal Justice.........................................................................................44
Office on Violence Against Women ......................................................................45
Professional Responsibility Advisory Office.........................................................45
U.S. Parole Commission ......................................................................................45

Appendices
Appendix A. DOJ Field Office Locations Employing Attorneys....................................46
Appendix B. DOJ Organizational Practice Area Chart.........................................48

**Robert F. Kennedy Department of Justice Building ("Main Justice")**
**950 Pennsylvania Ave., NW, Washington, DC**



View from the corner of Pennsylvania Avenue and 10th Street, showing the northeast corner of the Justice Building under construction. Photograph taken February 2, 1933. *Collection: National Archives, Audiovisual; photo no. 121-BCP-138A-16.*



Construction photograph taken August 1934, showing the 10th Street and Constitution Avenue fronts of the building. Note the platform along the parapet on the 10th Street side and the pediments on the Constitution Avenue side for the carvers working on the sculptural decoration of those areas. *Collection: National Archives, Audiovisual; photo no. 121-BCP-138B-15.*

## INTRODUCTION



## INTRODUCTION

Thank you for your interest in the United States Department of Justice (DOJ or Justice). This guide is designed to introduce you to the many challenging and rewarding opportunities available at Justice for law students and attorneys. Justice is proud of its talented and dynamic workforce, and recognizes that its employees are its most important asset. Justice employees are the vital link that ensures the fair administration of justice for all Americans. The Department of Justice is stronger, more credible, and more effective when its workforce includes highly-qualified individuals whose backgrounds reflect our nation's rich diversity. To this end, Justice strives to recruit and retain a workforce drawn from the broadest segments of society so that it is poised to meet the present and future needs of our nation. We invite you to explore the work of the DOJ organizations that employ law students and attorneys to find those that best match your interests and experience.

### Overview of Justice

- Justice serves to enforce the law and defend the interests of the United States according to the law; to ensure public safety against threats foreign and domestic; to provide federal leadership in preventing and controlling crime; to seek just punishment for those guilty of unlawful behavior; and to ensure fair and impartial administration of justice for all Americans.

- Justice is headquartered in Washington, DC, and also has field offices in all states and territories and maintains offices in over 100 countries worldwide.

- Justice is the world's largest legal employer with more than 10,000 attorneys nationwide.

- 88% of Justice attorneys work in either 1 of 8 litigation divisions (Antitrust, Civil, Civil Rights, Criminal, Environment and Natural Resources, National Security, Tax, and U.S. Trustee Program) or with one of the 94 U.S. Attorneys' Offices.

- The remaining 12% of Justice attorneys focus on legal and policy issues (7%) or law enforcement issues (5%). The largest policy office is the Executive Office for Immigration Review. The two largest law enforcement components are the Federal Bureau of Prisons (BOP) and the Federal Bureau of Investigation (FBI). The FBI conducts its own recruitment.

- Justice attorneys work in virtually every legal practice area.

- Approximately 40 DOJ organizations that hire law students and attorneys are based primarily in Washington, DC, including the litigation divisions and the majority of policy offices.

- Justice has four attorney recruitment and hiring programs: Volunteer Legal Internships (see pages 1-2); the Summer Law Intern Program (see pages 2-3); the Attorney General's Honors Program (see pages 3-4); and Experienced (Lateral) Attorney Hiring (see page 5).

- The Department's legal careers website provides a comprehensive introduction to Justice's law student and attorney hiring programs. See *www.justice.gov/legalcareers*.



## USER'S GUIDE

### USER'S GUIDE

This guide highlights Justice's four law student and attorney recruitment and hiring programs, and is divided into three major sections:

- Part One (pages 1-8) gives an overview of Justice's four hiring programs, and provides information about eligibility, application processes, and frequently asked questions.

- Part Two (pages 9-45) highlights the DOJ organizations that employ law students and attorneys. This section first describes the DOJ organizations that employ the largest number of attorneys (*i.e.*, more than 100 attorneys) and, therefore, typically have the most hiring needs. Next are descriptions of the smaller DOJ organizations that hire attorneys.

- Part Three (pages 46-51) is composed of two directories. The first is a directory of field office locations employing law students and attorneys, which is included to help individuals interested in employment with Justice outside of the Washington, DC metropolitan area. The second is a chart of DOJ organizational practice areas, which is included to help you explore the work of the various DOJ organizations and find those that best match your interests and expertise.

There are over 130 separate organizations (including the 94 U.S. Attorneys' Offices) at Justice that hire law students and attorneys. Within each of those organizations there are multiple sections, each with its own distinct focus. This guide is one tool to help you find your career match.

Another useful tool is our legal careers website: *www.justice.gov/legalcareers*, which highlights all four hiring programs, discusses Justice's commitment to its workforce and diversity, and includes such features as a calendar of upcoming recruitment events.

To get the most out of this guide, you may find it helpful to first ask yourself some questions:

- Do you want to be a litigator or do you want a policy or counselor position?

- Do you want to be a trial attorney or do you want more of a motion or appellate practice?

- Do you want to work as part of a litigation team or do you want to work more independently?

- Do you want to travel? If so, how frequently?

## USER'S GUIDE

Once you have a picture of your ideal job profile, you can research the DOJ organizations that match that profile:

- If you want information about eligibility, citizenship requirements, background investigations, and other employment-related issues ...

  Go to the Eligibility / Application Procedures on pages 1-5, and to the Frequently Asked Questions on pages 6-8.

- If you are interested in applying to one or more of the 94 U.S. Attorneys' Offices ...

  Go to pages 35-36 for a general description of the work of those offices.

- If you are interested in working in a particular geographic area (outside of the Washington, DC area) ...

  Go to the directory of DOJ field offices on pages 46-47.

- If you have an interest in a specific practice area, *e.g.*, environment, national security, white collar crime, and want to find out which DOJ organizations do work in that area ...

  Go to the DOJ Organizational Practice Area Chart on pages 48-51.





# OVERVIEW

## VOLUNTEER LEGAL INTERNSHIPS

Every year more than 1,800 volunteer legal interns serve in DOJ organizations, including U.S. Attorneys' Offices (USAOs), throughout the country. Approximately 800 legal interns volunteer during the academic year, and roughly 1,000 volunteer during the summer. These internships are highly sought after because they introduce students to public service, offer the opportunity to develop legal skills, and provide the chance to work on important and challenging assignments.

Most of the DOJ organizations highlighted in this guide typically recruit legal interns. Various DOJ organizations, including many of the 94 USAOs in particular, recruit significant numbers of volunteer interns. The specific number of volunteer internships available in each DOJ organization varies from year to year, and each organization has its own application requirements and deadlines. Legal internship opportunities are available nationwide.

### Eligibility

First-year (second semester), second-year, and third-year law students are eligible to apply. First-year, first-semester law students may apply for a legal intern position after December 1 (Justice follows the NALP Association for Legal Career Professionals guidelines, which prohibit consideration of employment of such students prior to that date). Law students may work in volunteer positions with Justice only while they are enrolled in law school. Part-time law students and joint-degree candidates may also apply for volunteer internship positions. In general, law school graduation terminates eligibility for volunteer positions. Graduate law students (*e.g.*, LL.M. students) who are enrolled at least half time and not practicing law are eligible for volunteer positions.

U.S. citizenship is required by most DOJ organizations. Dual citizens of the United States and another country are considered on a case-by-case basis. See page 6 for more information.

Many DOJ organizations accommodate students who wish to split the summer, but these requests are handled on a case-by-case basis. Please keep in mind that some DOJ organizations require a minimum of 10-12 weeks during the summer. In addition, it may be possible for interns to receive work/study or academic credit depending on the relevant requirements of their respective law school.

### Application Process

Each DOJ organization conducts its own recruitment for volunteer legal interns independently, and has its own internal application requirements. Students must apply separately and directly to each organization in which they have an interest. Application requirements vary, but typically include a resume, cover letter, and law school transcript. A listing of available internships for the fall, spring, and summer, including application procedures and contacts, is available on the DOJ legal careers website at: ***www.justice.gov/careers/legal/volunteer-intern.html***. Additional opportunities may be available with other DOJ organizations. Many volunteer legal intern positions have early application deadlines, so interested law students should plan to apply at least four to five months in advance.



# OVERVIEW

## Security and Suitability (Background Investigation)

Prior to entry on duty, all interns undergo a suitability determination based on information provided in their security forms, a credit report, and fingerprint check. This process can take two to three months to complete. The most common suitability issues that arise during the suitability review process are: past unlawful use of drugs, failure to comply with financial obligations, failure to register for the Selective Service, and misrepresentations or omissions on the security form.

More information about Volunteer Legal Internships is available at: *www.justice.gov/careers/legal/volunteer-intern.html.*

## SUMMER LAW INTERN PROGRAM

The Summer Law Intern Program (SLIP) is Justice's highly-competitive, centralized recruitment program for compensated summer internships. Typically, Justice annually hires anywhere from 60 to 120 SLIP interns. The majority of SLIP hires are second-year law students who work at Justice the summer between their second and third years of law school. But the SLIP is also open to recent law school graduates between graduation and the start of a judicial clerkship, a full-time graduate law program (*e.g.*, LL.M.), or a full-time qualifying legal fellowship. Every year, various DOJ organizations, including some U.S. Attorneys' Offices, hire students through the SLIP. The specific number of SLIP internships available in each participating DOJ organization varies from year to year.

Justice takes pride in the fact that it considers the "whole candidate" when making selections for the SLIP. Selections are made based on many elements of a candidate's background including a demonstrated commitment to government service, academic achievement, leadership, law review, moot court or mock trial experience, legal aid and clinical experience, past employment, and relevant extracurricular activities.

## Eligibility

Law students who have **completed at least one full semester** of law school by the application deadline are eligible to apply. Most successful applicants intern the summer between their second and third years of law school. Part-time law students are also eligible to apply. Graduating law students who will enter a judicial clerkship or a full-time graduate law program (*e.g.*, LL.M.) may intern following graduation subject to eligibility rules. These rules are set forth at: *www.justice.gov/careers/legal/summer-intern-eligibility.html.*

U.S. citizenship is required by most DOJ organizations. Dual citizens of the United States and another country are considered on a case-by-case basis. See page 6 for more information.

Many DOJ organizations accommodate students who wish to split the summer, but these requests are handled on a case-by-case basis. Some DOJ organizations require a minimum of 10-12 weeks during the summer.

## Application Process

The SLIP requires that candidates submit an electronic, online application. SLIP candidates apply in the fall for internships for the following summer.

**Frances Chang,**
Trial Attorney,
Criminal Division,
Office of International Affairs

*"From my first day in the office, I was given my own cases to handle, and expected to carry my own weight, though with plenty of offers of help from colleagues whose doors were—and still are—always open. No day in the office is routine or predictable, but every day is rewarding."*

## OVERVIEW

The SLIP is centrally managed by the DOJ Office of Attorney Recruitment and Management (OARM), but each participating DOJ organization reviews the applications submitted and makes independent hiring decisions.

More information about the SLIP, including a listing of participating DOJ organizations and the SLIP application checklist, is available at: *www.justice.gov/careers/legal/summer-intern.html.*

The SLIP operates within a finite time frame of deadlines and key dates:

- **Late July** – application opens
- **Early/Mid-September** – application closes
- **Late September/Early October** – candidates selected for interviews
- **Mid-October/Early November** – interviews conducted
- **Late November-January** – offers extended

### Security and Suitability (Background Investigation)

SLIP candidates are subject to suitability review and adjudication that includes a fingerprint check, credit check, drug test, and a thorough review of the summer candidate's pre-employment forms (which cover a period of seven to ten years). Some DOJ organizations require a National Agency Check with Inquiries through the Office of Personnel Management. The process normally takes at least two to three months. The most common suitability issues that arise during the suitability review process are: past unlawful use of drugs, failure to comply with financial obligations, failure to register for the Selective Service, and misrepresentations or omissions on the security form.

### THE ATTORNEY GENERAL'S HONORS PROGRAM

The Attorney General's Honors Program (Honors Program) is the largest and most prestigious federal entry-level attorney hiring program of its kind. Specifically, the Honors Program is Justice's highly-competitive, entry-level recruitment program, and is the only way the Department hires graduating law students. Typically, Justice annually hires anywhere from 75 to 200 entry-level attorneys through the Honors Program. Most students apply their third year of law school for an entry-level position following graduation. The program is also open to recent law school graduates who enter judicial clerkships, graduate law programs, or qualifying legal fellowships within nine months of law school graduation. Every year, various DOJ organizations, including a few U.S. Attorneys' Offices, hire entry-level attorneys through the Honors Program. The number of entry-level attorney positions varies from year to year.

Justice takes pride in the fact that it considers the "whole candidate" when making selections for employment through the Honors Program. Selections are made based on many elements of a candidate's background including a demonstrated commitment to government service, academic achievement, leadership, law review, moot court or mock trial experience, legal aid and clinical experience, past employment, and extracurricular activities that relate to the work of the Department of Justice.



3

# OVERVIEW

### Eligibility

Eligibility is generally limited to graduating law students and recent law school graduates who have entered or will enter a judicial clerkship, a graduate law program (*e.g.*, LL.M.), or a qualifying legal fellowship within nine months of law school graduation, and who meet additional eligibility requirements that are set forth at: ***www.justice.gov/careers/legal/entry-eligibility.html***.



U.S. citizenship is required by most DOJ organizations. Dual citizens of the United States and another country are considered on a case-by-case basis. See page 6 for more information.

### Application Process

The Honors Program requires that candidates submit an electronic, online application. Candidates apply for positions that begin approximately one year following the application deadline.

The Honors Program is centrally managed by OARM, but each participating DOJ organization reviews the applications submitted and makes independent hiring decisions.

More information about the Honors Program, including a listing of participating DOJ organizations and an application checklist, is available at: ***www.justice.gov/careers/legal/entry.html***.

The Honors Program operates within a finite time frame of deadlines and key dates:

- **Late July** – application opens
- **Early/Mid-September** – application closes
- **Late September/Early October** – candidates selected for interviews
- **Mid-October/Early November** – interviews conducted
- **Late November-January** – offers extended

### Security and Suitability (Background Investigation)

Candidates who accept an offer of employment must undergo a "full field" background investigation conducted by the Federal Bureau of Investigation (FBI). The investigation may take seven months or more to complete and includes a name and fingerprint check; interviews with references, close personal associates, former spouse(s), former employers, co-workers, neighbors, landlords, and educational institutions; and a thorough check of credit, military, tax, and police records. Depending on the level of clearance required by the employing organization, the background investigation covers a period of seven to ten years of the candidate's history. Most Honors Program attorneys start work on a temporary appointment. Conversion to a permanent position requires satisfactory performance and conduct, favorable adjudication of a background investigation and active bar membership within 14 months of entry on duty. The most common suitability issues that arise during the background investigation are: past unlawful use of drugs, failure to fulfill tax obligations (including filing all tax returns even if you expect to receive a refund), failure to comply with financial obligations, failure to register for the Selective Service, and misrepresentations or omissions on the security form.

# OVERVIEW

## EXPERIENCED (LATERAL) ATTORNEY HIRING

The Department offers a broad range of opportunities for experienced attorneys to work on many significant and complex issues that face our nation. Justice typically hires several hundred experienced attorneys each year. Opportunities are available nationwide, and our attorneys work in virtually every area of legal practice. Each DOJ organization (including each U.S. Attorney's Office) recruits experienced attorneys independently. The number and frequency of attorney vacancies vary by each DOJ organization from year to year.

### Eligibility

Any attorney who is an active member of the bar (any U.S. jurisdiction) and has at least one year post-J.D. legal or other relevant experience is eligible to apply for an experienced attorney position. Some positions may, however, require additional legal experience. U.S. Attorneys' Offices may have state specific admission requirements.

U.S. citizenship is required by most DOJ organizations. Dual citizens of the United States and another country are considered on a case-by-case basis. See page 6 for more information.

### Application Process

The Department of Justice stands at the forefront of America's commitment to justice for all its citizens, and each DOJ organization has its own unique mission in meeting that commitment. Because of the unique nature of each organization's work and differences in attorney position openings, Justice maintains a decentralized system of selecting experienced attorneys. This means that experienced attorney candidates must apply separately to each DOJ organization in which they have an interest.



All attorney vacancies within Justice are advertised on the DOJ legal careers website at: *www.justice.gov/careers/legal/attvacancies.html*. The website includes a search function that allows individuals to search current experienced attorney vacancies by hiring organization, geographic location, and practice area. Experienced attorneys can apply by responding to a specific vacancy. You must submit a separate application in response to the specific DOJ organization in which you are interested, and your application must satisfy the specific requirements set forth in the relevant vacancy announcement.

### Security and Suitability (Background Investigation)

Candidates who accept an offer of employment must undergo a "full field" background investigation conducted by the FBI. As part of its investigation, the FBI interviews or checks references and close personal associates, former spouse(s), employers and co-workers, neighbors and landlords, institutions of higher learning; court and financial records; and military and police records. The most common suitability issues that arise during the background investigation are: past unlawful use of drugs, failure to fulfill tax obligations (including filing all tax returns even if you expect to receive a refund), failure to comply with financial obligations, failure to register for the Selective Service, and misrepresentations or omissions on the security form. This process can take seven months or more to complete. Many attorneys join the Department on a temporary appointment pending completion and adjudication of their background investigation.



# OVERVIEW

## FREQUENTLY ASKED QUESTIONS

*What do DOJ organizations look for when hiring a legal intern or attorney?*

Justice is interested in attracting a diverse pool of highly-qualified candidates. DOJ organizations look for a commitment to public service, a strong academic and professional record, energy and enthusiasm, and a demonstrated interest in the work of their particular office. Each DOJ organization, including the U.S. Attorneys' Offices (USAOs), has a unique mission and looks for different experiences and skills. All DOJ organizations consider multiple factors in making hiring selections. Merit System Principles are adhered to throughout the selection process. The following factors are not considered: color, race, religion, national origin, political affiliation, marital status, disability (physical or mental), age, sex, gender identity, sexual orientation, genetic information, status as a parent, membership or non-membership in an employee organization, on the basis of personal favoritism, or any non-merit factor.

*Can I work at DOJ if I am not a U.S. citizen? What if I am a dual citizen?*

Only U.S. citizens are eligible for employment with the Executive Office for Immigration Review (EOIR), the Federal Bureau of Investigation (FBI), and the National Security Division (NSD). Appointments in the Executive Office for U.S. Attorneys (EOUSA) and the U.S. Attorneys' Offices are restricted to U.S. citizens or those who owe permanent allegiance to the United States (currently, natives of American Samoa, Swains Island, and certain inhabitants of the Commonwealth of the Northern Mariana Islands are the only group that owe permanent allegiance to the United States). Non-U.S. citizens may apply for employment with other Justice organizations (unless otherwise indicated in a vacancy announcement), but should be advised that appointments of non-U.S. citizens are extremely rare. Such appointments are considered if necessary to accomplish the Department's mission, and are subject to strict security requirements. Dual citizens of the United States and another country will be considered on a case-by-case basis.

*Are there any non-litigating, e.g., policy, job opportunities at DOJ for attorneys?*

Yes. Approximately 7% of the Department's attorneys work for DOJ organizations that focus on policy and legal issues. The largest policy office is the Executive Office for Immigration Review (EOIR). Other smaller policy offices exist within Justice, but these may hire more infrequently. In addition, some DOJ organizations have a dedicated policy office. Justice also has several investigatory and law enforcement offices that hire attorneys (5% of attorney workforce). These various offices are listed on page 11.

*Are all attorney positions located in the Washington, DC area?*

No. There are 94 U.S. Attorneys' Offices and 95 U.S. Trustees' Offices throughout the United States, Puerto Rico, Virgin Islands, Guam, and Northern Mariana Islands; and 59 Immigration Courts in 27 states and U.S. territories. Some DOJ organizations only offer employment opportunities in Washington, DC. Other DOJ organizations, such as the Antitrust Division, the Federal Bureau of Prisons, the Environment and Natural Resources Division, and the Bureau of Alcohol, Tobacco, Firearms & Explosives, have field offices located in various cities across



**Richard L. Parker**,
Trial Attorney,
Tax Division,
Appellate Section

*Working at Justice is an amazing experience as well as a privilege. As an appellate litigator in the Tax Division, I have, since day one, had the opportunity to take the lead in challenging cases representing the United States in courtrooms across the country. I also get to work with a great group of talented individuals committed to public service."*

## OVERVIEW

the country. Contact information for each U.S. Attorney's Office is available at *www.justice.gov/usao/offices/index.html*. More information about field office locations is available on the directory of DOJ field offices on page 46-47. In addition, each organization's heading, throughout the second section of this guide, indicates (under "Location(s)") where its offices are located. Finally, geographic areas of assignment are discussed at: *www.justice.gov/careers/legal/geo-areas. html*, and the directory of DOJ field offices appears at *www.justice.gov/careers/ legal/field-offices.html*.

*How much travel is required of attorneys at DOJ?*

The amount of travel required varies by DOJ organization. In general, the trial components of the litigation divisions (Antitrust, Civil, Civil Rights, Criminal, Environment and Natural Resources, National Security, Tax, and the U.S. Trustee Program) often require moderate to heavy travel. Other DOJ organizations may require little or no travel depending on the nature and scope of individual cases.

*Once you are hired into the Department are there opportunities to work in other Divisions? Can you transfer within Justice?*

It is not unusual for Justice attorneys to move either to another section within their Division or to another Division or to a U.S. Attorney's Office. In addition, attorneys also can take advantage of "detail" opportunities to work on a short-term basis with another DOJ organization. The ability to move depends on one's practice area, timing, supervisory approval, and performance evaluations.

*How do I apply for a position with a U.S. Attorney's Office?*

Assistant United States Attorney (AUSA) opportunities are posted through the same public announcement process as other experienced attorney opportunities in the Department of Justice. Current vacancies can be found at: *www.justice.gov/careers/legal/attvacancies.html*. Interested applicants can also use this website to sign up for e-mail alerts as new vacancies arise. Some United States Attorneys' Offices (USAOs) participate in the Attorney General's Honors Program. USAOs may also advertise for Special Assistant United States Attorneys (SAUSAs) or Special Attorneys (SAs), typically for short durations. Vacancy announcements provide details regarding the specific practice area and desired background and experience, so read them carefully when applying. Vacancy announcements for some USAOs may also provide the opportunity for applicants to apply on-line. Regardless of the position, it is a highly competitive process and requires the completion of a background investigation prior to appointment. Contact information for the USAOs is available at: *www.justice.gov/usao/about/offices.html*.

*What is the salary structure and promotion policy of the Department?*

Attorneys at the Department of Justice are paid under one of two salary structures - the General Schedule (GS) or the Administratively Determined (AD) pay scale - depending on the organization for which they work. Assistant U.S. Attorneys (AUSAs) are paid under the AD pay scale. The vast majority of other attorneys at the Department are paid under the General Schedule. More information about salaries, promotions, and benefits is available on the DOJ legal careers website at: *www.justice.gov/legalcareers*.



**Patricia L. Petty**,
Senior Trial Attorney,
Criminal Division,
Office of International Affairs

"Today, I do occasional international travel, meet with officials from foreign Ministries of Justice, provide litigation support to state, federal, and foreign prosecutors, and interact with the State Department and U.S. law enforcement agencies. Our office facilitates extradition and requests for legal assistance between the United States and foreign countries. At times, I feel like a diplomat and at other times a prosecutor: a true mixture of my interests."

## OVERVIEW

*Does DOJ have an attorney student loan repayment program?*

Yes. Justice's Attorney Student Loan Repayment Program (ASLRP) provides student loan repayments for qualifying student loans in exchange for a three-year service commitment. Justice requires a minimum aggregate loan balance of $10,000 to initially qualify, and it matches individual attorney payments up to a maximum of $6,000 per year. ASLRP is highly competitive, and open to both entry-level and experienced attorneys. For additional information, you may view the ASLRP Policy at *www.justice.gov/oarm/aslrp/policy.htm*.

*What is the quality of life like for an attorney at DOJ?*

Many DOJ organizations have active work-life policies, *e.g.*, telecommuting and flexible work schedules, the availability of such programs is determined by each individual organization and is subject to supervisory approval. Many Justice attorneys cite the benefits of working in a supportive and cooperative work environment as an employment highlight. New attorneys with fewer than five years of experience are assigned a mentor to help shorten the learning curve and guide them through their first year. Justice also offers attorneys a robust training program through individual DOJ organizations and the National Advocacy Center. In addition, there are a number of active employee organizations at the Department, including DOJ Association of Black Attorneys, DOJ Association of Hispanic Employees for Advancement and Development, DOJ Indian Trial Lawyers Association, DOJ Pan Asia Employees Association, and DOJ Pride (LGBT).



## LEADERSHIP OFFICES

### OFFICE OF THE ATTORNEY GENERAL
Total # of Attorneys: 10
Website: *www.justice.gov/ag*

The Attorney General is responsible for the overall supervision and direction of the administration and operation of the Department. As Head of the Department of Justice and chief law enforcement officer of the Federal Government, the Attorney General represents the United States in legal matters generally and furnishes advice and opinions on legal matters to the President, the Cabinet, heads of the executive departments, and other agencies of the Federal Government.

### OFFICE OF THE DEPUTY ATTORNEY GENERAL
Total # of Attorneys: 21
[This total includes 11 attorneys on detail from other DOJ organizations.]
Website: *www.justice.gov/dag*

Advises and assists the Attorney General in formulating and implementing Department policies and programs and in providing overall supervision and direction to all organizational units of the Department.

### OFFICE OF THE ASSOCIATE ATTORNEY GENERAL
Total # of Attorneys: 10
Website: *www.justice.gov/asg*

Advises and assists the Attorney General and the Deputy Attorney General in formulating and implementing Departmental policies and programs pertaining to a broad range of civil justice, federal and local law enforcement, and public safety matters.

### OFFICE OF THE SOLICITOR GENERAL
Total # of Attorneys: 28
Website: *www.justice.gov/osg*

Main Building                            Avg. # of Laterals Hired per Year: 2
950 Pennsylvania Ave., NW                Location(s): Washington, DC
Ste 5143
Washington, DC 20530
Attn: Valerie H. Hall
Phone: (202) 514-2201

Supervises and conducts Government litigation on behalf of the United States in the Supreme Court. The Solicitor General determines the cases in which the United States will seek Supreme Court review and the position the United States will take before the Court. Deputy Solicitors General and Assistants to the Solicitor General participate in preparing the petitions, briefs, and other papers filed by the United States in its Supreme Court litigation. Oral argument in the vast majority of these cases is presented by the Solicitor General or one of the Deputies or Assistants. The Solicitor General also reviews all cases decided adversely to the United States in the lower courts to determine whether, and to what extent, they should be appealed and determines whether the Government will intervene or participate amicus curiae in cases in any appellate court, or in any trial court in which the constitutionality of an Act of Congress is challenged.

9

# FUNCTIONS AND ORGANIZATIONS OF THE DOJ



APPROVED BY: _____    DATE: __April 30, 2010__

**ERIC H. HOLDER, JR.**
ATTORNEY GENERAL

# FUNCTIONS AND ORGANIZATIONS OF THE DOJ

**ORGANIZATIONS OF THE U.S. DEPARTMENT OF JUSTICE**

(The approximate number of attorneys, as of December, 2011, are in parentheses throughout this guide):

**Leadership Offices:**
> Office of the Attorney General (10)
> Office of the Deputy Attorney General (21)
> Office of the Associate Attorney General (10)
> Office of the Solicitor General (28)

**Management Offices:**
> Justice Management Division (21)
> Office of Dispute Resolution (2)
> Office of Legislative Affairs (15)
> Office of Professional Responsibility (23)
> Office of the Inspector General (17)

**Litigation Divisions and Offices:**
> Antitrust Division (345)
> Civil Division (1,022)
> Civil Rights Division (426)
> Criminal Division (560)
> Environment and Natural Resources Division (433)
> National Security Division (202)
> Tax Division (400)
> U.S. Attorneys' Offices (including Executive Office for U.S. Attorneys) (5,921)
> U.S. Trustee Program (316)

**Legal and Policy Offices:**
> Community Relations Service (2)
> Executive Office for Immigration Review (470)
> Foreign Claims Settlement Commission (4)
> Office of Community Oriented Policing Services (8)
> Office of Information Policy (19)
> Office of Intergovernmental & Public Liaison (2)
> Office of Justice Programs (33)
> Office of Legal Counsel (25)
> Office of Legal Policy (20)
> Office of the Federal Detention Trustee (2)
> Office of Tribal Justice (4)
> Office on Violence Against Women (3)
> Professional Responsibility Advisory Office (5)

**Investigatory and Law Enforcement Offices:**
> Bureau of Alcohol, Tobacco, Firearms and Explosives (74)
> Drug Enforcement Administration (90)
> Federal Bureau of Investigation (236) (this figure includes non-agent attorneys only)
> Federal Bureau of Prisons (186)
> INTERPOL Washington, U.S. National Central Bureau (1)
> National Drug Intelligence Center (2)
> Office of the Pardon Attorney (7)
> U.S. Marshals Service (20)
> U.S. Parole Commission (6)

**Approximate total attorney employment nationwide: 10,991**





# ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

## ANTITRUST DIVISION (ATR)

**Personnel Unit**
Liberty Square Building
450 Fifth St., NW
Washington, DC 20530
Email: atr.personnel@usdoj.gov

Total # of Attorneys: 345
Avg. # of Laterals Hired per Year: 10
Website: ***www.justice.gov/atr***
Location(s): Washington, DC; Atlanta, GA;
   Chicago, IL; Cleveland, OH; Dallas, TX;
   New York, NY; Philadelphia, PA;
   San Francisco, CA

The mission of the Antitrust Division is to promote economic competition through enforcing and providing guidance on antitrust laws and principles. The goal of the antitrust laws is to protect economic freedom and opportunity by promoting free and fair competition in the marketplace. The majority of the Division's attorneys are employed in the following ten sections and in seven field offices (approximate number of attorneys in each section/office is indicated in parentheses):

1. **Appellate Section (10)**

   ■ Represents the Division in all appeals to U.S. Courts of Appeals and, in conjunction with the Solicitor General's Office, handles appeals before the U.S. Supreme Court

   ■ Files amicus briefs in selected private antitrust cases

2. **Foreign Commerce Section (10)**

   ■ Advises on the development and implementation of Division policy on international antitrust enforcement and competition issues

   ■ Helps the Division's litigating sections in matters with international aspects and facilitates enforcement and other cooperation between the Division and its counterparts around the world

   ■ Liaison with international organizations, such as the Organization for Economic Cooperation and Development (OECD), the International Competition Network (ICN), the Asia-Pacific Economic Cooperation forum (APEC), and the United Nations Conference on Trade and Development (UNCTAD)

3. **Legal Policy Section (10)**

   ■ Responsible for providing analyses of complex antitrust matters and supporting the Division's legislative program

   ■ Serves as liaison with state attorneys general and coordinates long-range planning projects and programs of special interest to the Assistant Attorney General

4. **Litigation I Section (25)**

   ■ Assesses the economic impact of proposed mergers in unregulated industries and acts to clear the proposed mergers, negotiate a restructuring of the proposals, or file suit to block the mergers



**Ann O'Brien**, Counsel to the Assistant Attorney General, Antitrust Division

*"I gained substantive knowledge about criminal antitrust enforcement from my supervisor, and even more important lessons about integrity and decision making. My supervisor always gave me as much responsibility as I asked for and was able to handle with just the right amount of oversight and encouragement."*

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

- Reviews and prosecutes civil violations of the antitrust laws in a broad range of unregulated industries, including health care, milk and dairy, pulp and paper, insurance, and cosmetics

5. **Litigation II Section (20)**

- Assesses the economic impact of proposed mergers in unregulated industries and acts to clear the proposed mergers, negotiate a restructuring of the proposals, or file suit to block the mergers

- Reviews and prosecutes civil violations of the antitrust laws in a broad range of unregulated industries, including defense, avionics and aeronautics, banking, industrial equipment, metals and mining, and waste industries

6. **Litigation III Section (20)**

- Assesses the economic impact of proposed mergers in unregulated industries and acts to clear the proposed mergers, negotiate a restructuring of the proposals, or file suit to block the mergers

- Reviews and prosecutes civil violations of the antitrust laws in a broad range of unregulated industries, including motion pictures, music publishing, radio, television, newspapers, advertising, credit cards, and real estate

7. **National Criminal Enforcement Section (20)**

- Responsible for conducting criminal investigations and litigation, and works in conjunction with its field office counterparts

- Handles criminal price-fixing and bid-rigging investigations in a wide range of industries

8. **Networks and Technology Enforcement Section (25)**

- Responsible for antitrust enforcement and competition policy in the areas of information technology, Internet-related businesses, financial services, and the securities industry

- Works closely with a variety of federal agencies and departments, including the Securities and Exchange Commission, Department of Commerce, Federal Reserve Board, and Commodities Futures Trading Commission

9. **Telecommunications and Media Enforcement Section (20)**

- Responsible for enforcing antitrust laws in the communications and media industries, investigating and litigating violations of the antitrust laws, and providing competition advocacy in the industry

- Participates in proceedings before the Federal Communications Commission

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

**10. Transportation, Energy, and Agriculture Section (25)**

- Enforces antitrust laws and investigates and litigates violations of antitrust laws within the transportation, energy, and agriculture industries

- Participates in proceedings before such agencies as the Federal Energy Regulatory Commission, Environmental Protection Agency, and Department of Agriculture

**11. Field Offices (100)**

- Each of the Division's seven field offices (Atlanta, Chicago, Cleveland, Dallas, New York, Philadelphia, and San Francisco) handles criminal matters arising in its respective area and serves as the Division's liaison with U.S. Attorneys, state attorneys general, and other regional law enforcement agencies

- Participates significantly in the Division's investigations and prosecutions

## CIVIL DIVISION (CIV)

Victoria Jones
1100 L St., NW
Washington, DC 20530
Phone: (202) 514-9048
Email: victoria.jones@usdoj.gov

Total # of Attorneys: 1,022
Avg. # of Laterals Hired per Year: 85
Website: *www.justice.gov/civil*
Location(s): Washington, DC

The Civil Division represents the United States, its departments and agencies, Members of Congress, Cabinet Officers, and other federal employees in any civil or criminal matter within its scope of responsibility. The Civil Division's responsibilities include ensuring the federal government speaks with one voice in its view of the law; preserving the intent of Congress; advancing the credibility of the government before the courts; protecting consumers; and protecting the public fisc (the U.S. treasury). The majority of the Division's attorneys are employed in the following six branches (approximate number of attorneys in each branch is indicated in parentheses):

1. **Commercial Litigation Branch (317)**

   - This branch is divided into five sections, each of which is responsible for a major practice area of the branch:

   - Frauds Section: Recovers billions of taxpayer dollars that would otherwise be lost to fraud, waste or abuse by prosecuting individuals and companies that defraud the government

   - National Courts Section: Represents the interests of the United States in major contract disputes, often those involving complex projects by government agencies; defends the Nation's international trade policies from legal challenges



## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

- Intellectual Property Section: Pursues those who infringe federal government patents and defends the government against claims of patent infringement

- Corporate and Financial Litigation Section: Protects the federal government's financial and commercial interests

- Office of Foreign Litigation: Represents the interests of the United States in all litigation brought in foreign courts, whether civil or criminal, affirmative or defensive

2. **Federal Programs Branch (136)**

- Represents the executive branch, including the President, Cabinet officers and other federal government officials, as well as federal agencies

- Defends federal statutes from constitutional challenges brought by states or private parties

- Protects federal government polices and programs by defending suits that attempt to: undermine national security interests; release sensitive or classified government information; dismantle large-scale government housing, agriculture, health care, or education programs; or invalidate federal personnel practices

- Asserts the rights of the federal government by bringing affirmative suits to enjoin state and local actions that conflict with the Supremacy Clause or agency statutory and regulatory powers

3. **Torts Branch (150)**

- This branch's four sections represent the United States against lawsuits brought under the Federal Tort Claims Act for money damages:

- Aviation and Admiralty Section (also known as "Crash and Splash"): Prosecutes and defends admiralty actions, such as oil spills, and also defends the federal government in aviation accidents

- Constitutional Torts Section: Represents individual federal government employees in suits stemming from their official acts, and also handles claims for injuries caused by childhood vaccines and exposure to radiation

- Environmental Torts Section: Defends the federal government against allegations of personal injury and property damage due to exposure to toxic materials

- Federal Torts Claims Act Section: Litigates on behalf of the United States in cases involving regulatory activities, law enforcement, maintenance of federal lands, and the provision of the medical care at federal facilities



**Kirsten L. Wilkerson,**
Senior Trial Counsel,
Civil Division, Torts Branch,
Environmental Torts

*"I was thrilled when I received an offer to join Justice, and have a successful career litigating interesting cases and protecting tax-payer dollars."*

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

4. **Consumer Protection Branch (42)**

   ■ Employs its civil and criminal authority to affirmatively target consumer fraud and abuse wherever it exists and to enforce the consumer protection statutes overseen by other federal agencies, such as the Federal Trade Commission, Federal Drug Administration, Consumer Product Safety Commission, and National Highway Transportation Administration

   ■ Works closely with U.S. Attorneys, as well as other federal agencies, to secure civil judgments and criminal convictions in courts across the country

   ■ This branch combines its broad authority with its unique expertise to enforce and defend laws aimed at protecting consumers, making an enormous impression in the consumer protection landscape

5. **Office of Immigration Litigation (OIL) (324)**

   ■ OIL's two sections counsel federal agencies involved in the administration of immigration and nationality statutes, as well as the related areas of border enforcement and national security:

   ■ Appellate Section: Oversees civil immigration litigation nation-wide and represents the United States at all federal court levels, including cooperating with U.S. Attorneys' Offices prosecuting criminal immigration issues, handling removal cases in the U.S. Courts of Appeals, and supporting the Office of the Solicitor General's immigration litigation efforts in the U.S. Supreme Court

   ■ District Court Section: Conducts civil immigration litigation in the federal district courts and handles appeals from decisions in those cases by bringing civil denaturalization cases, defending against challenges to government immigration policy, and providing advice and counsel to U.S. Attorneys' Offices

6. **Appellate Staff (60)**

   ■ Handles complex appeals cases from various administrative agencies as well as all of the Civil Division's branches

      ■ Drafts briefs and presents oral arguments in the U.S. Courts of Appeals

      ■ Prepares documents for the U.S. Supreme Court, including petitions for certiorari and briefs on the merits

      ■ Coordinates with the Division's branches in the handling of litigation involving legal questions likely to be ultimately decided by the U.S. Courts of Appeals



**Benjamin Mark Moss,**
Trial Attorney,
Civil Division,
Office of Immigration Litigation

*"In law school, I had the chance to volunteer at two different offices in the Department of Justice: the Civil Division, Office of Immigration Litigation, and the National Courts Section of Commercial Litigation, Civil Division. My volunteer experiences exposed me to the varied and important work of the 'Nation's largest law firm' and the wonderful opportunities being a Justice attorney offers."*



# ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

## CIVIL RIGHTS DIVISION (CRT)

**Human Resources Office**
600 E St., NW, 3rd Floor
Washington, DC 20004
Attn: Diane Petrie
Phone: (202) 514-3934
Email: Diane.E.Petrie@usdoj.gov

Total # of Attorneys: 426
Avg. # of Laterals Hired per Year: 30
Website: ***www.justice.gov/crt***
Location(s): Washington, DC

The Civil Rights Division is primarily responsible for enforcing federal statutes and executive orders that prohibit, among other things, unlawful discrimination in voting, education, employment, housing, police services, public accommodations and facilities, and federally funded and conducted programs. The majority of the Division's attorneys are employed in the following eleven components (approximate number of attorneys in each section is indicated in parentheses):

1. **Appellate Section (24)**

   ■ Handles civil rights cases in the U.S. Courts of Appeals and, in cooperation with the Solicitor General, in the Supreme Court (*e.g.*, defends the constitutionality of challenged civil rights statutes)

2. **Criminal Section (64)**

   ■ Prosecutes violations of federal criminal civil rights statutes, which prohibit the violent interference with liberties and rights defined in the Constitution or federal law (*e.g.*, hate crimes, law enforcement misconduct, human trafficking, church arson, interference with access to reproductive health care)

3. **Disability Rights Section (54)**

   ■ Enforces the Americans with Disabilities Act (ADA) to ensure access to, and nondiscrimination by, private entities (*e.g.*, hotels, theaters, stores) and state and local governments (*e.g.*, courts, prisons), and to combat employment discrimination by state and local governments

   ■ Coordinates federal implementation of statutes prohibiting disability discrimination, and issues regulations and architectural standards

4. **Educational Opportunities Section (23)**

   ■ Enforces federal laws prohibiting discrimination against students on the basis of race, gender, national origin, language proficiency, or disability (*e.g.*, enforces court orders requiring desegregation and initiates litigation such as the Virginia Military Institute case)

5. **Employment Litigation Section (47)**

   ■ Enforces against state and local government employers the federal laws prohibiting employment practices that discriminate on the grounds of race, sex, religion, and national origin (*e.g.*, initiates litigation challenging hiring/testing practices of police and fire departments as discriminatory against minorities and women)

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS



- Represents federal agencies in litigation challenging the lawfulness of affirmative action contracting programs, actions taken pursuant to Executive Order 11246 (prohibiting employment discrimination by federal contractors), and similar programs

- Enforces against private, state, and local government employers the federal law protecting uniformed servicemembers from discrimination in civilian employment based on past, current, or future uniformed service or status, and requiring employers, under certain circumstances, to reemploy servicemembers in appropriate positions after their return from absence for uniformed service

6. **Federal Coordination and Compliance Section (15)**

- Coordinates the enforcement by federal agencies of various civil rights statutes prohibiting discrimination in programs that receive federal financial assistance

- Investigates complaints of discrimination by recipients of funds from the Department of Justice

7. **Housing and Civil Enforcement Section (53)**

- Enforces the Fair Housing Act, which prohibits discrimination in housing; the Equal Credit Opportunity Act, which prohibits discrimination in credit; Title II of the Civil Rights Act of 1964, which prohibits discrimination in certain places of public accommodation, such as hotels, restaurants, nightclubs and theaters; the Religious Land Use and Institutionalized Persons Act, which prohibits local governments from adopting or enforcing land use regulations that discriminate against religious assemblies and institutions or which unjustifiably burden religious exercise; and the Servicemembers Civil Relief Act, which provides for the temporary suspension of judicial and administrative proceedings and civil protections in areas such as housing, credit and taxes for military personnel while they are on active duty

8. **Office of Special Counsel for Immigration Related Unfair Employment Practices (17)**

- Investigates and prosecutes allegations of national origin and citizenship status discrimination in employment (*e.g.*, protects the rights of work authorized individuals who face discrimination because they look or sound "foreign" or are not citizens)

9. **Policy and Strategy Section (6)**

- Supports and coordinates the policy work of the Division, providing a focal point for proactive policy development

- Analyzes policy matters relating to the Division's enforcement authority; convenes roundtables and conferences and provides timely after action reports; and coordinates with the State Department and other federal agencies on international human rights matters

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

- Develops proactive legislative and regulatory proposals and provides comments and technical assistance on legislation, testimony, and regulations requested by Congress and the Office of Management and Budget

**10. Special Litigation Section (57)**

- Enforces federal statutes governing: conditions of institutional confinement (*e.g.*, investigates abuse and neglect in nursing homes); access to reproductive health facilities and places of religious worship; and law enforcement misconduct (*e.g.*, investigates allegations of systemic problems – use of excessive force, false arrest, etc. – in law enforcement agencies)

**11. Voting Section (45)**

- Enforces statutes designed to safeguard the right to vote by ensuring non-discrimination in voting procedures and ensuring access to registration and voting in federal elections

## CRIMINAL DIVISION (CRM)

**Office of Administration**
1400 New York Ave., NW
Ste 5000
Washington, DC 20530
Attn: Julie Zebrak
Attorney Recruitment Coordinator
Phone: (202) 514-2811

Total # of Attorneys: 560
Avg. # of Laterals Hired per Year: 40
Website: *www.justice.gov/criminal*
Location(s): Washington, DC and Worldwide

The Criminal Division serves the public interest through the enforcement of criminal statutes in a vigorous, fair, and effective manner. The Criminal Division exercises general supervision over the enforcement of all federal criminal laws, with the exception of those statutes specifically assigned to the Antitrust, Civil Rights, Environment and Natural Resources, or Tax Divisions. Criminal Division attorneys prosecute many nationally significant cases. In addition to its direct litigation responsibilities, the Division formulates and implements criminal enforcement policy and provides advice and assistance. (Approximate number of attorneys in each section/office is indicated in parentheses.)

**1. Appellate Section (28)**

- Prepares draft briefs and certiorari petitions for the Solicitor General for filing in the U.S. Supreme Court; makes recommendations to the Solicitor General as to whether further review is warranted on adverse decisions in the district courts and courts of appeals; prepares briefs and argues cases in the courts of appeals; and prepares and argues motions in district courts in cases of national importance

**2. Asset Forfeiture and Money Laundering Section (61)**

- Leads the Department's efforts to take the profit out of crime through anti-money laundering enforcement, forfeiture, law development, training, and technical assistance, as well as providing

**Luis Saucedo**,
Acting Deputy Chief,
Civil Rights Division,
Special Litigation Section

*"As the son of immigrant parents and the first in my family to go to college, I was convinced that I could make valuable contributions to the Department's purpose."*

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS



oversight, management, and policy development for the DOJ Assets Forfeiture Fund, including returning money to victims, providing funding to federal, state, and local law enforcement, and sharing with international partners

3. **Capital Case Unit (11)**

■ Prosecutes federal capital cases across the United States in partnership with U.S. Attorneys' Offices; assists the Attorney General's Review Committee on Capital Cases in its evaluation of potential death penalty matters; conducts an analysis of all cases in which a U.S. Attorney charges a crime punishable by death; provides legal, procedural, and policy guidance to U.S. Attorneys' Offices handling capital investigations and prosecutions

4. **Child Exploitation and Obscenity Section (20)**

■ Prosecutes violations of federal law related to (1) the production, distribution, receipt, and possession of images depicting the sexual assault of children (child pornography); (2) the online inducement of children for sexually predatory purposes; (3) the sex trafficking of children, including the prostitution of children on our city streets; (4) child sex tourism involving offenders who travel to foreign, often impoverished countries to prey sexually on vulnerable children; and (5) the travel of offenders, or transportation of children by offenders, across state lines for sexually predatory purposes

5. **Computer Crime and Intellectual Property Section (40)**

■ Implements the Department's national strategies in combating computer and intellectual property crimes worldwide; investigates and prosecutes offenses involving hacking, data thefts, cyberattacks on critical infrastructure, copyright and trademark infringement, and economic espionage; advises on and assists in the collection of electronic evidence and related computer forensics issues; combats computer and intellectual property crime by working with other government agencies, the private sector, academic institutions, and foreign counterparts

6. **Fraud Section (98)**

■ Investigates and prosecutes complex, multi-district, and inter-national white-collar criminal cases throughout the country; implements the Department's fraud enforcement policy; and coordinates information-sharing about white-collar crime with federal and state law enforcement agencies, focusing on corporate, securities and investment fraud, foreign bribery (Foreign Corrupt Practices Act), health care fraud, financial institution fraud, mortgage fraud, procurement and government program fraud (including fraud related to economic stimulus and recovery programs), mass-marketing fraud, and other complex criminal schemes

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

7. **Human Rights and Special Prosecutions Section (28)**

   ■ Investigates and prosecutes cases against human rights violators and other international criminals; handles prosecutions involving genocide, torture, war crimes, use of child soldiers and related immigration fraud to conceal such conduct; prosecutes perpetrators of other international violent crimes, particularly those working as employees or contractors for the United States, and persons involved in running international human smuggling organizations; and actively engages in policy work, both domestically and internationally

8. **Narcotic and Dangerous Drug Section (45)**

   ■ Investigates and prosecutes priority national and international drug trafficking groups; provides advice and support on a broad range of counternarcotics matters to the Attorney General and other Department policy makers; represents the Department and provides expert guidance on counternarcotics matters in the inter-agency, intelligence, and international communities

9. **Office of Enforcement Operations (53)**

   ■ Reviews all federal electronic surveillance requests to apply for court orders permitting the use of video surveillance; provides legal advice to federal prosecutors and federal law enforcement agencies and formulates and implements policies and guidelines regarding the use of sensitive law enforcement tools in all phases of federal investigations and prosecutions, including electronic surveillance (wiretaps), witness immunities, courtroom closures, the dual prosecution (Petite) policy, attorney and media subpoenas, attorney search warrants, international prisoner transfers, the use of consensual monitoring in sensitive public corruption matters, and the use of heightened contact and other confinement restrictions over high-risk federal inmates in terrorism, espionage, and violent crime cases

10. **Office of International Affairs (62)**

    ■ Provides advice and assistance on international criminal matters to the Attorney General and other senior Department of Justice officials, the Department's legal divisions, the U.S. Attorneys' Offices, and state and local prosecutors; secures the return of fugitives from abroad; and is the U.S. Central Authority for obtaining foreign evidence and witnesses and for executing foreign requests for assistance in criminal cases; with the Department of State, negotiates bilateral and multilateral law enforcement treaties

11. **Office of Policy and Legislation (6)**

    ■ Develops, reviews, and evaluates national crime, sentencing and corrections policy and legislation; develops legislative proposals, enforcement strategies, legal and policy analyses, and Congressional testimony; analyzes and prepares comments on pending legislation and other legislative matters affecting the



**Magdalena Boynton,**
Associate Director,
Criminal Division,
Office of International Affairs

*"I am proud to represent the United States in international criminal matters through my work at the Office of International Affairs. From handling extraditions and mutual legal assistance requests, to mapping out strategies for engaging law enforcement partners overseas, to negotiating treaties, OIA is a central figure in the international fight against transnational crime."*

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

federal criminal justice system; and helps represent the Department before the U.S. Sentencing Commission on sentencing-related issues, and before the Judicial Conference's Advisory Committees on Criminal Rules regarding the Federal Rules of Criminal Procedure

12. **Organized Crime and Gang Section (39)**

- Pursues a multi-faceted approach to combating all forms of organized crime targets; supervises and assists in the investigation and prosecution of organized crime cases in U.S. Attorneys' Offices across the country that involve a broad spectrum of criminal statutes, including extortion, murder, bribery, fraud, money laundering, narcotics, and labor racketeering; reviews all proposed federal prosecutions under the Racketeer Influenced and Corrupt Organizations statute and provides extensive advice to prosecutors about the use of this powerful statute; leads the coordination, compilation and analysis of active International organized crime cases

13. **Overseas Prosecutorial Development, Assistance and Training (79)**

- Develops and administers technical assistance designed to enhance the capabilities of foreign justice sector institutions and their law enforcement personnel, so they can effectively partner with the Department of Justice in combating terrorism, trafficking in persons, organized crime, corruption, and financial crimes

14. **Public Integrity Section (34)**

- Oversees the federal effort to combat corruption through the prosecution of elected and appointed public officials at all levels of government, and supervises the nationwide investigation and prosecution of election crimes

## ENVIRONMENT AND NATURAL RESOURCES DIVISION (ENRD)

**Office of Human Resources**
Ben Franklin Station
PO Box 367
Washington, DC 20044-0367
Attn: Marcia Jordan-Burke
Email: marcia.burke@usdoj.gov

Total # of Attorneys: 433
Avg. # of Laterals Hired per Year: Varies
Website: *www.justice.gov/enrd*
Location(s): Washington, DC;
  Boston, MA; Denver, CO;
  Sacramento, CA; San Francisco, CA;
  Seattle, WA

The mission of the Environment and Natural Resources Division (ENRD) is to enforce the Nation's environmental laws to ensure clean air, water and land for all Americans; prosecute criminal cases under federal pollution and wildlife laws; defend environmental and natural resources laws and federal agency programs and actions; litigate cases under statutes providing for the management of public lands and natural and cultural resources; litigate cases to protect the rights of Indians under treaties, acts of Congress, and Executive Orders, and defend the United States in claims brought by Indians; prosecute eminent domain proceedings to acquire land on behalf of the United States for authorized public purposes;



## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

conduct the Division's appellate litigation in federal circuit courts of appeals and state appellate tribunals, and assist the Office of the Solicitor General with appeals to the U.S. Supreme Court; and advise the Attorney General, Congress, the Office of Management and Budget, and the White House on matters of environmental and natural resources law. (Approximate number of attorneys in each section is indicated in parentheses.)

1. **Appellate Section (34)**

   - Briefs and argues appeals in Division cases in the federal courts of appeals, as well as in state appellate and supreme courts when those cases are litigated in the state courts; prepares for the Solicitor General's Office initial drafts of petitions, responses, and merits briefs for Division cases in the Supreme Court; files amicus briefs in courts of appeals on issues of significance to the Division

2. **Environmental Crimes Section (39)**

   - Prosecutes individuals and organizations for violations of laws designed to protect our Nation's water, air, land, and endangered and protected species (*e.g.*, prosecution of illegal dumping of pollutants and smuggling of protected wildlife)

3. **Environmental Enforcement Section (156)**

   - Brings civil judicial actions under most federal laws enacted to protect public health and the environment from adverse effects of pollution, such as the Clean Air and Water Acts, Safe Drinking Water Act, Oil Pollution Act, CERCLA, and RCRA

4. **Wildlife and Marine Resources Section (22)**

   - Litigates civil cases under federal wildlife and marine resource protection laws (*e.g.*, Endangered Species Act, protecting ocean fisheries)

5. **Environmental Defense Section (60)**

   - Represents the United States in complex civil litigation arising under a broad range of pollution control statutes; routinely handles both litigation in federal district court and cases within the original jurisdiction of the U.S. Courts of Appeals

6. **Natural Resources Section (78)**

   - Litigates under 80+ statutes related to the management of public lands and associated natural and cultural resources; all varieties of public lands are affected by this docket ranging from entire ecosystems, such as the Florida Everglades, to individual rangelands or wildlife refuges

7. **Indian Resources Section (15)**

   - Litigates to protect nearly 60 million acres of lands held in trust for the tribes and individual Indian lands as well as the rights and

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

resources associated with those lands; also defends challenges to decisions made by the Secretary of the Interior on behalf of tribes

8. **Land Acquisition Section (14)**

   - Acquires land through condemnation proceedings for use by the Federal Government for various purposes ranging from establishing national parks and memorials to protecting national security interests

   - Recent cases handled by LAS include the acquisition of land for the Flight 93 National Memorial, the Strategic Border Initiative, and expansion of the Florida Everglades National Park

9. **Law and Policy Section (15)**

   - Advises and assists the Office of the Assistant Attorney General on cross-cutting legal questions

   - Coordinates and directs the Division's legislative program, including review and drafting of proposed legislation

   - Litigates amicus cases and undertakes other special litigation projects

### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR)

**Human Resources Staff**
5107 Leesburg Pike, Ste 2300
Falls Church, VA 22041
Attn: LaShon Adams
Phone: (703) 305-1134

Total # of Attorneys: 470
Avg. # of Laterals Hired per Year: 4
Website: *www.justice.gov/eoir*
Location(s): Falls Church, VA;
59 immigration courts in 27 states and Puerto Rico

The Executive Office for Immigration Review is responsible for developing policies and directing activities related to the conduct of administrative hearings and appellate reviews on various matters of immigration law, including the determination of individuals' immigration status in the United States. The majority of EOIR's attorneys are employed in the following four components (approximate number of attorneys in each component is indicated in parentheses):

1. **Office of the Director (including Office of General Counsel) (23)**

   - Attorneys assist the management staff and component heads by interpreting laws and regulations, reviewing legislative initiatives, preparing regulations and statements of policy, and maintaining liaison with the private bar and other immigration interest groups

   - Attorneys administer programs under the Freedom of Information Act and Privacy Act, respond to complaints about improper conduct of immigration practitioners, and provide guidance on matters of ethics and legal procedure



**Jeffrey S. Pease**,
Supervisory Attorney Advisor,
Executive Office for
Immigration Review,
Board of Immigration Appeals

*"Justice provides its attorneys an incredible amount of responsibility and the unparalleled opportunity to ensure proper application of the nation's laws, including in the varied roles of litigator and adjudicator."*



## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

2. **Board of Immigration Appeals (166)**

   - Quasi-judicial body of 15 permanent members with nationwide jurisdiction to hear appeals from certain decisions rendered by Immigration Judges and by officers of the Department of Homeland Security

   - Staff attorneys assist the Board in researching cases, identifying salient issues of law, and preparing decisions: they specialize in dealing with certain categories of cases and assist Board panels in determining the merits of certain cases for oral argument, en banc review, or published decision; attorneys promote pro bono activities among Government and private attorneys

3. **Office of the Chief Immigration Judge (277)**

   - Deputy and Assistant Chief Immigration Judges assist in overall policy direction and supervision of Immigration Courts in the field, recommending policy determinations, setting priorities, and streamlining court procedures

   - Immigration Judges conduct formal administrative hearings and adjudicate individual cases of aliens subject to removal from the United States, determining their eligibility for relief or other consideration under immigration law

4. **Office of the Chief Administrative Hearing Officer (2)**

   - Administrative Law Judges (ALJs) conduct hearings and adjudicate cases arising under the provisions of immigration law relating to unlawful employment of aliens, document fraud, and unfair immigration-related employment practices; the Chief Administrative Hearing Officer conducts administrative reviews of ALJ decisions in the first two categories of cases

   - Attorney-Advisors assist the ALJs in researching cases, identifying salient issues of law, and preparing decisions

## FEDERAL BUREAU OF INVESTIGATION (FBI)

**Office of the General Counsel**
935 Pennsylvania Ave., NW, Rm 7427
Washington, DC 20535
Attn: Andrew Weissmann
General Counsel
Phone: (202) 324-6829

Total # of Attorneys: 208
Avg. # of Laterals Hired per Year: Varies
Website: ***www.fbi.gov***
Location(s): Washington, DC

The Federal Bureau of Investigation is unique in having dual roles: It is an intelligence/national security-driven agency that is a member of the U.S. Intelligence Community, that collects, analyzes, produces, and disseminates foreign intelligence and counterintelligence to support national and departmental missions, and it is a law enforcement agency that enforces and investigates violations of federal laws concerning organized crime, public corruption, civil rights, terrorism, interstate criminal activity, espionage, and fugitive and drug trafficking

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

matters as part of the Department of Justice.  The Office of the General Counsel (OGC) provides comprehensive legal advice to the Director, other FBI officials and divisions, and field offices on a wide array of national security, criminal, and administrative matters.  In addition, this office defends civil actions against the FBI and its employees.  Finally, the OGC provides essential legal training for FBI and DEA personnel, the National Academy, and other law enforcement groups. (Approximate number of attorneys in each branch is indicated in parentheses.)

1. **General Law Branch (38)**

   - Assists the General Counsel in supporting the operational and administrative components of the FBI by providing timely, accurate, and cogent legal advice and counsel on a wide range of issues and matters in the administrative law field.  These issues include considerations of constitutional law, agency authority and organization, fiscal law, ethics and standards of conduct, information law and information sharing, privacy and civil liberties protection, federal personnel law, facilities and property, federal watchlisting matters, and government contracting and procurement

2. **Investigative Law and Legal Training Branch (49)**

   - Provides legal advice and guidance to FBI headquarter divisions and field offices involving matters criminal investigative jurisdiction, operations, and techniques, to include counterterrorism, intelligence collection, weapons of mass destruction, computer intrusion/infrastructure protection, and international operations

   - Advises on matters regarding: the application and implementation of the Communications Assistance and Law Enforcement Act (CALEA); the technical implementation of lawful authorizations for electronic search and surveillance; digital forensics; and the use of advanced technologies to maximize the FBI's ability to analyze and sort through increasing volumes of data

   - Provides legal oversight for all aspects of the FBI's asset forfeiture program

   - Provides legal instruction to FBI new agent trainees, analysts, and other employees attending the FBI Academy and Center for Intelligence Training, including legal training for federal, state, local, and international officers

3. **Litigation Branch (46)**

   - Serves as legal counsel to the FBI and its employees in regard to civil liability advice, civil lawsuits, administrative claims, requests for testimony and/or documents, individual capacity representation matters, and related areas

   - Provides legal advice and education to FBI management regarding personnel actions and defends the FBI in personnel-related administrative hearings, and coordinates civil suits arising from personnel-related matters



## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

- Provides legal and policy guidance to the FBI concerning Freedom of Information Act and Privacy Act (FOIA\PA) matters and actively manages FOIA\PA civil actions filed against the FBI

- Serves at the forefront of steering the FBI's electronically-stored information policies, technical requirements, and discovery obligations related to administrative investigations, civil lawsuits, or other legal matters

- Provides timely and high-quality civil discovery review and litigation support to FBI and Department of Justice offices to protect sensitive and privileged information (*e.g.*, classified information, confidential human sources, grand jury material) in civil lawsuits, personnel-related proceedings, internal investigations, and limited criminal proceedings

4. **National Security Law Branch (75)**

- Serves as legal counsel to the FBI and its employees in regard to the national security mission of the FBI. The national security mission includes counterterrorism, foreign counterintelligence, espionage, intelligence collection, weapons of mass destruction, counter-proliferation, and computer intrusion/infrastructure protection

- Provides legal advice and guidance to FBI headquarters and field office personnel related to national security investigations

- Supports all aspects of classified litigation, including classification and declassification determinations and Classified Information Procedures Act and Foreign Intelligence Surveillance Act litigation

- Creates and implements legal policies and procedures in support of the national security mission of the FBI. Drafts and comments on legislation related to national security matters

- Creates and presents training to FBI employees on national security legal authorities

- Conducts risk assessments, oversight and compliance related to the FBI's national security program, including use of investigative tools

- Develops and maintains liaison relationships with the U.S. Intelligence Community, Department of Defense, and other U.S. and foreign government agencies on legal issues and operational requirements relating to national security

### FBI Office of Equal Employment Opportunity Affairs (OEEOA)

Tonya Odom                          Total # of Attorneys: 2
Acting Assistant Director           Avg. # of Laterals Hired per Year: Varies
Phone: (202) 324-4128               Website: ***www.fbi.gov***

- Provides an informal and formal complaint processing system pursuant to federal guidelines for individuals to address claims of discrimination. This office also provides a reasonable accommoda-

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

tion process for persons with disabilities, an alternative dispute resolution program for workplace disputes, EEO training, and leads the agency's diversity initiative

- Attorneys within the OEEOA ensure that claims of discrimination are addressed in accordance with federal regulations and anti-discrimination statutes

- Attorneys work closely with FBI Special Agents tasked to investigate EEO complaints by providing legal and policy guidance, investigative planning, and a comprehensive review of investigative reports for legal sufficiency

- Attorneys also work closely with internal FBI stakeholders, the Department of Justice, and the U.S. Equal Opportunity Commission on issues affecting the function of its programs, compliance requirements, and policy development

### FBI Office of Integrity and Compliance (OIC)

Patrick Kelley                           Total # of Attorneys: 11
Assistant Director                       Avg. # of Laterals Hired per Year: 2
Phone: (202) 324-6110
Email: patrick.kelley@ic.fbi.gov

The FBI Office of Integrity and Compliance has two primary practice areas: Standards of Conduct and Ethics, and Legal Risk Management or Compliance. In addition to running and overseeing a traditional Federal Executive Branch agency ethics and standards of conduct program (training, advice and counseling, financial disclosure systems and review, etc.), OIC attorneys work closely with FBI management to identify, analyze, and develop mitigation plans to reduce legal risks associated with FBI operations, activities, and programs.

- Modeled on a private-sector compliance program, OIC works proactively to help ensure FBI personnel know and conform their conduct to the requirements of the law, address systemic compliance concerns, and foster an ethical environment that advances the FBI's adherence to its core values

- OIC attorneys review corporate policies, work on and lead "Red Teams," engage management at all levels and partner with their OGC counterparts to improve the overall compliance posture of the FBI

### FBI Office of Professional Responsibility (OPR)

Candice Will, Assistant Director         Total # of Attorneys: 15
Phone: (202) 220-7800                     Avg. # of Laterals Hired per Year: 2

- Ensures that the FBI's 35,000 employees conduct themselves with the highest level of integrity and professionalism. OPR conducts investigations into alleged employee misconduct, and impartially adjudicates each case



## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS



■ OPR works closely with other FBI divisions and the Department of Justice to address allegations of employee misconduct

■ Oversees the smooth and efficient operation of the FBI's internal disciplinary process, including adopting policies and procedures governing that process

■ OPR attorneys review investigative files, prepare legal memoranda, and respond to inquiries about the disciplinary process as well as provide instruction to employees about the disciplinary process, including the conduct of oral hearings

### FEDERAL BUREAU OF PRISONS (BOP)

**Office of General Counsel**
320 First St., NW, Rm 948
Washington, DC 20534
Attn: B. Kevin Cardwell
Phone: (202) 514-6105

Total # of Attorneys: 186
Avg. # of Laterals Hired per Year: 4
Website: *www.bop.gov*
Location(s): Washington, DC;
   Annapolis Junction, MD; Atlanta, GA;
   Dallas, TX; Kansas City, KS;
   Philadelphia, PA; Stockton, CA

The Federal Bureau of Prisons oversees the operation of the federal prison system, which (as of October, 2011) consists of 117 institutions. BOP attorneys are employed within the Central Office in Washington, DC, in Regional Offices or Consolidated Legal Centers located nation-wide, which includes several institution locations. (Approximate number of attorneys in each office is indicated in parentheses.)

1. **Central Office (Office of General Counsel) (69)**

   This office is divided into six branches:

   Commercial Law Branch

   ■ Provides legal guidance and review of agency procurements

   ■ Represents the BOP in protests and claims in government contract matters

   ■ Advises staff on various commercial matters including copyright, tax, and fiscal law

   Employment Law and Ethics Branch

   ■ Provides advice and counsel to staff regarding employment and ethics matters

   ■ Represents the agency in various forums including the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the Merit Systems Protection Board, the Federal Service Impasses Panel, and in labor arbitrations

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS



- Assists with employment cases in U.S. District Courts nationwide and the U.S. Court of Appeals for the Federal Circuit

Legal Administrative Branch

- Processes Freedom of Information Act and Privacy Act (FOIA\PA) requests and assists in litigation of FOIA\PA cases

- Oversees all attorney personnel issues and computer services for legal staff

- Designs and provides speciality training for paralegal and attorneys nation-wide

Legislative and Correctional Issues Branch

- Provides legal assistance on correctional issues, such as inmate rights and conditions of confinement

- Drafts and reviews legislation that may affect the BOP and coordinates the BOP's rulemaking process

Litigation Branch

- Provides support on litigation filed in the District of Columbia and on cases having national impact on BOP programs and policies

- Oversees the inmate grievance program and claims filed under the Federal Tort Claims Act

Real Estate and Environmental Law Branch

- Provides legal assistance and litigation support on a variety of issues, including land transactions and environmental laws

2. **Regional Offices and Consolidated Legal Centers
(which includes institution locations - 117)**

- Provide litigation support to U.S. Attorneys' Offices for inmate litigation arising out of the prisons located within the region/consolidated legal center (generally five to seven institutions) in the following types of lawsuits: *Bivens* actions claiming a federal employee has violated an inmate's constitutional rights (*e.g.*, an allegation that the conditions of confinement within an institution are unconstitutional); Federal Tort Claims Act suits (*e.g.*, an allegation that BOP staff members were negligent in failing to prevent personal injury to an inmate); Petitions for writ of habeas corpus (*e.g.*, an inmate claim that the sentence imposed has not been properly computed)

- Provide legal advice to regional office and prison administrators on a variety of legal issues involving constitutional rights, torts, contracts, administrative, labor and employment law

- Assist with prosecution of crimes that occur at BOP facilities

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

### NATIONAL SECURITY DIVISION (NSD)

**Executive Office**
950 Pennsylvania Ave., NW, Rm 7636
Washington, DC 20530
Attn: Kia Johnson
Email: Kia.Johnson@usdoj.gov

Total # of Attorneys: 202
Avg. # of Laterals Hired per Year: Varies
Website: *www.justice.gov/nsd*
Location(s): Washington, DC

The mission of the National Security Division is to combat terrorism and other national security threats. NSD performs many functions toward this goal, including: 1) Prosecuting suspected terrorists, spies, international pirates, and others who pose a risk to national security; 2) Litigating foreign intelligence surveillance matters, through representation of the Government before the Foreign Intelligence Surveillance Court (FISC) and other federal trial and appellate courts; 3) Providing legal and policy advice on national security matters; and 4) Conducting oversight of the activities of various Intelligence Community agencies. NSD is composed of six components with variable needs for experienced attorney hires:

1. **Counterterrorism Section**

   - Investigates and prosecutes domestic and international terrorism and terrorist financing cases

   - Investigates and prosecutes matters involving torture, genocide, and war crimes that are linked to terrorist groups and individuals

   - Promotes and oversees a coordinated national counterterrorism enforcement program, through close collaboration with Department leadership, the National Security Branch of the Federal Bureau of Investigation (FBI), the Intelligence Community, and the 94 U.S. Attorneys' Offices

   - Consults, advises, and collaborates with prosecutors nationwide on international and domestic terrorism investigations and prosecutions

2. **Counterespionage Section**

   - Supervises the investigation and prosecution of cases involving espionage and related statutes

   - Supports and oversees the expansion of investigations and prosecutions into the unlawful export of military and strategic commodities and technology by assisting and providing guidance to U.S. Attorneys' Offices

   - Coordinates and provides advice in connection with cases involving the unauthorized disclosure of classified information and supports resulting prosecutions

   - Enforces the Foreign Agents Registration Act of 1938 and related disclosure statutes

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS



3. **Office of Intelligence**

- ▪ Represents the United States before the FISC to obtain authorization under the Foreign Intelligence Surveillance Act (FISA) for the U.S. Government to conduct intelligence collection activities, such as electronic surveillance and physical searches

- ▪ Coordinates and supervises intelligence-related litigation matters, including evaluating and reviewing requests to use information collected under FISA in criminal and non-criminal proceedings

- ▪ Oversees foreign intelligence, counterintelligence, and other national security activities to ensure compliance with the Constitution, statutes, and executive branch policies to protect individual privacy and civil liberties

- ▪ Identifies instances of individual and systemic non-compliance by various Intelligence Community elements with applicable legal authorities and works with the responsible agencies to correct existing problems and prevent future occurrences

4. **Office of Law and Policy**

- ▪ Oversees the development, coordination, and implementation, in conjunction with relevant partners, of legislation and policies concerning intelligence, counterintelligence, counterterrorism, cybersecurity, international piracy, and other national security matters

- ▪ Represents and advises the Government in appeals involving counterterrorism, counterespionage, and other national security matters

- ▪ Provides legal assistance and advice to the Division, other components of the Department, the Attorney General, the White House, and other agencies on matters of national security law and policy

- ▪ Performs prepublication classification review of materials proposed to be published by present and former Department employees

5. **Foreign Investment Review Staff**

- ▪ Serves as DOJ's representative on the Committee on Foreign Investment in the United States (CFIUS), a multi-agency body which reviews foreign acquisitions of domestic entities that might affect national security

- ▪ Tracks and monitors certain CFIUS transactions that have been approved, including those subject to mitigation agreements, and identifies unreported transactions that might merit CFIUS review

- ▪ Provides opinions to the Federal Communications Commission as to whether granting particular licenses to foreign-owned or controlled entities will pose national security risks

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

6. **Office of Justice for Victims of Overseas Terrorism**

   - Ensures that the rights of victims and their families are honored and respected throughout the criminal justice process

## TAX DIVISION (TAX)

Human Resources Office
PO Box 813, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-2774

Total # of Attorneys: 400
Avg. # of Laterals Hired per Year: 25
Website: ***www.justice.gov/tax***
Location(s): Washington, DC; Dallas, TX

The mission of the Tax Division is to enforce the nation's tax laws fully, fairly, and consistently. The Division directly handles most civil litigation arising under the federal tax code in both federal and state courts and oversees the prosecution of all federal tax crimes. Most of the Division's attorneys are employed in the following sections (approximate number of attorneys in each section is indicated in parentheses):

1. **Appellate Section (50)**

   Appellate attorneys:

   - Review adverse court decisions in civil tax cases and prepare recommendations as to whether appeals should be taken

   - Prepare briefs and present oral argument in civil tax cases before federal and state courts of appeals

2. **Civil Trial Sections (including six regional sections and the Court of Federal Claims Section) (220)**

   Civil trial attorneys:

   - Handle all aspects of their cases, from inception through trial or settlement, in federal district and bankruptcy courts and state trial courts

   - Bring cases to collect taxes and penalties, foreclose tax liens, enjoin fraudulent tax return preparers and tax scam promoters, and seek other affirmative relief

   - Defend the United States and government officials in suits seeking tax refunds, civil damages, injunctions, invalidation of federal tax regulations, and other relief

3. **Criminal Enforcement Sections (including three regional sections and the Criminal Appeals and Tax Enforcement Policy Section) (110)**

   Criminal enforcement attorneys:

   - Review recommendations for prosecution of federal tax offenses received from the IRS and U.S. Attorneys to determine whether prosecutions should be authorized



**Steven K. Uejio,**
Attorney,
Tax Division,
Appellate Section

"Based on my summer internship experience, I promptly accepted the offer to join the Tax Division through the Honors Program. It is a decision I am glad I made."

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

- Review requests to initiate or expand grand jury investigations arising under federal tax laws

- Prosecute tax offenses in federal district courts

### UNITED STATES ATTORNEYS' OFFICES (USAOs)

Applications for employment with the U.S. Attorneys' Offices should be mailed directly to the office in which you have an interest. A chart of USAOs' contact information can be found at *www.justice.gov/usao/about/offices.html*

Total # of Attorneys: 5,866
Avg. # of Laterals Hired per Year: 300
Website: Each office's website can be accessed through the following website: *www.justice.gov/usao/about/offices.html*
Location(s): 94 offices nationwide (see page 46-47)

U.S. Attorneys are responsible for handling a significant portion of the criminal prosecutions and civil litigation on behalf of the Department of Justice and most other federal agencies. There are 93 U.S. Attorneys stationed throughout the United States, Puerto Rico, the Virgin Islands, Guam, and the Northern Mariana Islands. U.S. Attorneys are appointed by, and serve at the discretion of, the President of the United States, with the advice and consent of the United States Senate. One U.S. Attorney is assigned to each of the judicial districts, with the exception of Guam and the Northern Mariana Islands where a single U.S. Attorney serves in both districts. The U.S. Attorneys are the chief federal law enforcement officers in their districts, responsible for federal criminal prosecutions and civil cases involving the United States Government.

The U.S. Attorneys have three statutory responsibilities under 28 U.S.C. § 547:

- The prosecution of criminal cases brought by the federal government;

- The prosecution and defense of civil cases in which the United States is a party; and

- The collection of debts owed the federal government that are administratively uncollectible.

Although the distribution of caseload varies between districts, each U.S. Attorney's Office deals with every category of cases and handles a mixture of simple and complex litigation. Each U.S. Attorney is both the primary representative and the administrative head of the Office of the U.S. Attorney for their respective district, and in that role supervises the Office's staff, including trial attorneys, i.e., Assistant U.S. Attorneys (AUSAs), who have day-to-day responsibility for litigating cases.

AUSAs work in the following areas:

1. **Criminal**

   - Criminal work includes the coordination of investigations and prosecution of a wide range of criminal activities, including



**Tiwana Wright,**
Trial Attorney,
Tax Division,
Northern Criminal
Enforcement Section

*e Tax Division, I am developing the unique trial skills required in complex white collar federal litigation. As an attorney in its Criminal Enforcement Section, I get to travel throughout the United States to assist U.S. Attorneys' offices in the prosecution of tax fraud crimes."*

**Nick Chase,**
Assistant U.S. Attorney,
U.S. Attorney's Office,
District of North Dakota

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

violent crime, terrorism, organized crime, computer fraud, environmental crime, public corruption, health care fraud, firearms violations, drug trafficking, money laundering, financial institutions fraud, asset forfeiture, and child support enforcement

Typically, AUSAs doing this type of work:

■ Supervise and conduct investigations (*e.g.*, work with grand juries and criminal investigative agents, review evidence, interview witnesses, prepare search and seizure warrants, and conduct other work leading to trial)

■ Prepare criminal complaints and indictments

■ Negotiate and draft plea agreements

■ Prepare for and conduct jury and court trials

■ Brief and argue appeals

2. **Civil**

Civil work includes:

■ Initiating affirmative litigation and other civil cases to assert and protect the interests of the United States (*e.g.*, enforcement of environmental, public safety, health care, fair housing, and government program fraud laws)

■ Defending the interests of the federal government in lawsuits filed against the United States (*e.g.*, tort and employment discrimination claims against federal agencies and judicial review of various administrative rulings)

■ Enforcing the financial and property interests of the federal government in civil and criminal collections, real estate foreclosures, and bankruptcy proceedings

Typically, AUSAs doing this type of work:

■ Conduct legal research on affirmative and defensive civil issues

■ Draft motions to dismiss and for summary judgment and other pleadings

■ Conduct depositions and pursue other fact discovery; interview lay fact witnesses and expert witnesses

■ Appear in court for motion hearings and settlement conferences

■ Prepare for and conduct jury and court trials

■ Brief and argue appeals

**Channing D. Phillips,**
Counselor to the
Attorney General

*"I joined Justice over 20 years ago for the chance to work on compelling cases and interesting issues that affect individual persons as well as whole communities and I have not been disappointed. As a young prosecutor in the Criminal Division and later as an Assistant U.S. Attorney prosecuting violent crime, drug trafficking, gun, and fraud offenses, Justice has provided me the opportunity to help effect change on many different levels. As a public servant, it just doesn't get any better as far as I'm concerned."*

## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

### UNITED STATES TRUSTEE PROGRAM (USTP)

Office of Administration
Human Resources Division
20 Massachusetts Ave., NW, Rm 8214
Washington, DC 20530
Attn: Valerie Singley
Attorney Recruitment Coordinator
Phone: (202) 616-1013

Total # of Attorneys: 316
Avg. # of Laterals Hired per Year: 12
Website: *www.justice.gov/ust*
Location(s): 95 offices nationwide and
Executive Office in Washington, DC

The mission of the United States Trustee Program is to promote the integrity and efficiency of the bankruptcy system for the benefit of all stakeholders – debtors, creditors, and the public. The Program oversees the administration of all bankruptcy cases filed by individual and business debtors in every federal judicial district except those in Alabama and North Carolina. The U.S. Trustee's specific duties in a case depend on the chapter under which a debtor files a bankruptcy petition and the facts of the case.

The Program has an Executive Office for U.S. Trustees (EOUST) in Washington, DC, led by a Director; 21 regions managed by U.S. Trustees; and 95 field offices supervised by Assistant U.S. Trustees. Field office attorneys appear in court, almost daily, to ensure that bankruptcy cases are fairly and expeditiously administered.

Program Field Office Attorneys' responsibilities include:

- Protecting consumers by seeking sanctions and other penalties against mortgage servicers and other creditors who abuse debtors and the bankruptcy system

- Prosecuting discharge complaints and motions to dismiss to prevent fraud and abuse by bankruptcy filers

- Pursuing civil remedies against attorneys engaging in misconduct and non-attorney petition preparers who violate the law

- Ensuring the interests of creditors and other parties are adequately represented in Chapter 11 business reorganizations

- Overseeing the private trustees appointed to administer Chapter 7, 12, and 13 bankruptcy cases

- Working closely with the U.S. Attorneys, the FBI, and other law enforcement agencies to investigate and prosecute criminal bankruptcy fraud cases

The EOUST oversees the Program's substantive operations and handles its administrative functions. EOUST attorneys face an array of challenging issues relating to complex bankruptcy law, litigation and appeals, administrative and regulatory law, and pending or contemplated legislation.

Program EOUST Attorneys' responsibilities include:

- Managing the Program's civil enforcement efforts





## ORGANIZATIONS WITH MORE THAN 100 ATTORNEYS

- Prosecuting and defending appeals at the district court and circuit court levels

- Coordinating litigation of cases of first impression

- Providing legal advice to the U.S. Trustees

- Responding to Freedom of Information Act (FOIA) requests and managing congressional correspondence

- Developing legislative proposals

- Advising on ethics issues



# ORGANIZATIONS WITH FEWER THAN 100 (BUT MORE THAN 10) ATTORNEYS

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF)

**Office of Chief Counsel**
99 New York Ave., NE
Washington, DC 20226
Attn: Yvette Younger
Phone: (202) 648-7008

Total # of Attorneys: 74
Avg. # of Laterals Hired per Year: 2
Website: *www.atf.gov*
Location(s): Washington, DC and
  25 Field Divisions

The primary mission of the Bureau of Alcohol, Tobacco, Firearms and Explosives is to prevent violent crime by enforcing and administering the federal firearms laws and regulations, various federal explosives laws and regulations, and alcohol and tobacco trafficking laws. The Office of Chief Counsel provides legal advice and guidance to ATF officials, researches legal issues regarding the laws within ATF's jurisdiction, and provides litigation support in defense of the Bureau and its employees in civil litigation. At ATF Headquarters the attorneys are divided into four sections: Administration and Ethics; Field Operations and Information; Firearms, Explosives and Arson; and Litigation. ATF attorneys are also based in 25 field divisions around the country where they work directly with ATF special agents and industry operations investigators on criminal cases and regulatory matters.

## DRUG ENFORCEMENT ADMINISTRATION (DEA)

**Office of Chief Counsel**
8701 Morrissette Dr.
Springfield, VA 22152
Attn: Robert C. Gleason
Phone: (202) 307-8020

Total # of Attorneys: 90
Avg. # of Laterals Hired per Year: 5
Website: *www.dea.gov*
Location(s): Washington, DC

As the primary narcotics enforcement agency for the federal government, the Drug Enforcement Administration enforces the Controlled Substances Act and related federal statutes. The Office of Chief Counsel serves as legal counsel to DEA, providing advice to DEA managers and employees on all aspects of the agency's operations worldwide. The Office is divided into ten sections: Domestic Criminal Law Section; International Law Section; Civil Litigation Section; Administrative Law Section; Diversion/Regulatory Litigation Section; Diversion/Regulatory Policy Section; Asset Forfeiture Section; Technology Law Section; Congressional Liaison Section; and Legal Instruction Section.

## EXECUTIVE OFFICE FOR U.S. ATTORNEYS (EOUSA)

600 E St., NW
Washington, DC 20530
Attn: Patricia Mallette
Phone: (202) 252-5500

Total # of Attorneys: 55
Avg. # of Laterals Hired per Year: 4
Website: *www.justice.gov/usao/eousa*
Location(s): Washington, DC

Provides the 94 U.S. Attorneys' Offices with executive assistance and direction, policy development, administrative and operational support, and coordination with other organizations of the Department and other federal agencies. The majority of the legal work in EOUSA is performed by attorneys in the following components: General Counsel's Office; Office of Legal and Victim Programs; Freedom of Information Act/Privacy Act Staff; Evaluation and Review Staff; and the Office of Legal Education (located at the National Advocacy Center, Columbia, South Carolina).



**Anthony N. Torres,**
Attorney,
Bureau of Alcohol, Tobacco,
Firearms & Explosives,
Office of Chief Counsel,
Field Operations and Information

*"The action at ATF is frantic and independence in working your cases a necessity. The most rewarding aspect of my career, however, has been working with so many highly-qualified and motivated individuals who care deeply about doing what's right."*



## ORGANIZATIONS WITH FEWER THAN 100 (BUT MORE THAN 10) ATTORNEYS

### JUSTICE MANAGEMENT DIVISION (JMD)

**JMD/Office of General Counsel**
145 N St., NE
Washington, DC 20530
Attn: Barbara Bush
Phone: (202) 514-3452

Total # of Attorneys: 21
Avg. # of Laterals Hired per Year: 1
Website: *www.justice.gov/jmd*
Location(s): Washington, DC

Provides assistance to senior management officials relating to basic DOJ policy for evaluation, budget and financial management, personnel management and training, equal opportunity programs, automatic data processing and telecommunications, security, records management, procurement, real property, and material management. The majority of the legal work carried out in the Justice Management Division is performed by 11 attorneys in the Office of General Counsel, which provides legal advice on a wide range of issues affecting the administration of the Department of Justice's programs. In addition, several attorneys with JMD HR Staff provide guidance and litigation assistance to DOJ organizations in the area of labor and employment law, and they practice before the MSPB, FLRA, and EEOC.

### OFFICE OF INFORMATION POLICY (OIP)

New York Avenue Building
1425 New York Ave., NW, Ste 11050
Washington, DC 20530
Attn: Director
Phone: (202) 514-3642

Total # of Attorneys: 19
Avg. # of Laterals Hired per Year: 2
Website: *www.justice.gov/oip*
Location(s): Washington, DC

Responsible for encouraging agency compliance with the Freedom of Information Act (FOIA) and develops and issues policy guidance to all agencies on proper implementation of the FOIA. In addition to its policy guidance and oversight responsibilities, the Office of Information Policy (OIP) manages the Department of Justice's obligations under the FOIA. This includes adjudicating administrative appeals from denials of access to records made by Department organizations under the FOIA or the Privacy Act of 1974; handling initial requests for records of the Offices of the Attorney General, Deputy Attorney General and Associate Attorney General, as well as other Senior Management Offices; providing staff support for the Department Review Committee, which reviews Department of Justice records containing classified information; and handling the defense of certain FOIA matters in litigation.

### OFFICE OF JUSTICE PROGRAMS (OJP)

810 Seventh St., NW, Rm 3321
Washington, DC 20531
Attn: Michelle Sicat
Associate Director of HR Operations
Phone: (202) 514-9605

Total # of Attorneys: 33
Avg. # of Laterals Hired per Year: 2
Website: *www.justice.gov/ojp*
Location(s): Washington, DC

Provides innovative leadership to federal, state, local, and tribal justice systems, by disseminating state-of-the art knowledge and practices across America, and providing grants for the implementation of these crime-fighting strategies. OJP works in partnership with the justice community to identify the most pressing crime-related challenges confronting the justice system and to provide information, training, coordination, and innovative strategies and approaches

## ORGANIZATIONS WITH FEWER THAN 100 (BUT MORE THAN 10) ATTORNEYS

for addressing these challenges. The majority of the legal work carried out in the Office of Justice Programs is performed by 20 attorneys in the Office of the General Counsel and by 10 attorneys in the Office of Civil Rights.

### OFFICE OF LEGAL COUNSEL (OLC)

Main Building
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
Attn: Arline A. Gause
Phone: (202) 305-9250

Total # of Attorneys: 25
Avg. # of Laterals Hired per Year: 5
Website: *www.justice.gov/olc*
Location(s): Washington, DC

Assists the Attorney General in his function as legal advisor to the President and all executive branch agencies. Drafts legal opinions of the Attorney General and also provides its own written opinions and oral advice in response to requests from the Counsel to the President, the various agencies of the executive branch, and offices within the Department. The Office of Legal Counsel is also responsible for providing legal advice to the executive branch on constitutional questions and reviewing pending legislation for constitutionality.

### OFFICE OF LEGAL POLICY (OLP)

Main Building
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
Attn: Matrina Matthews
Phone: (202) 616-0040

Total # of Attorneys: 20
Avg. # of Laterals Hired per Year: 1-2
Website: *www.justice.gov/olp*
Location(s): Washington, DC

Develops and implements the Justice Department's significant policy initiatives, handles special projects that implicate the interests of multiple Department components, coordinates with other interested Department components and other executive branch agencies, and serves as the primary policy advisor to the Attorney General and the Deputy Attorney General. OLP also reviews and coordinates all regulations promulgated by Department components, assists the Attorney General with responsibilities in recommending candidates for federal judgeships, and coordinates the judicial nomination and confirmation process with the White House and the Senate.

### OFFICE OF LEGISLATIVE AFFAIRS (OLA)

Main Building
950 Pennsylvania Ave., NW, Rm 1601
Washington, DC 20530
Email: OLA.resumes@usdoj.gov

Total # of Attorneys: 15
Avg. # of Laterals Hired per Year: 1-2
Website: *www.justice.gov/ola*
Location(s): Washington, DC

Responsible for the development and implementation of strategies to advance the Department's legislative initiatives and other interests relating to Congress. OLA also articulates the Department's position on legislation proposed by Congress, facilitates the appearance of Department witnesses at congressional hearings, and manages the interagency clearance process led by the Office of Management and Budget. Additionally, OLA coordinates the Department's responses to congressional committee oversight requests and other inquiries from individual Members and congressional staff. OLA also participates in the Senate confirmation process for federal judges and Department nominees, such as Assistant Attorneys General and U.S. Attorneys.

# ORGANIZATIONS WITH FEWER THAN 100 (BUT MORE THAN 10) ATTORNEYS



## OFFICE OF PROFESSIONAL RESPONSIBILITY (OPR)

Main Building
950 Pennsylvania Ave., NW
Washington, DC 20530-0001
Attn: William J. Birney
Phone: (202) 514-3365

Total # of Attorneys: 23
Avg. # of Laterals Hired per Year: 2
Website: *www.justice.gov/opr*
Location(s): Washington, DC

Investigates allegations of misconduct involving Department of Justice attorneys that relate to the exercise of their authority to investigate, litigate or provide legal advice, as well as allegations of misconduct by Department law enforcement personnel when related to allegations of attorney misconduct within the jurisdiction of the Office of Professional Responsibility (OPR). The mission of OPR is to ensure that Department attorneys and law enforcement personnel continue to perform their duties in accordance with the high professional standards expected of the nation's principal law enforcement agency.

## OFFICE OF THE INSPECTOR GENERAL (OIG)

**Management and Planning Div.**
1425 New York Ave., NW, Ste 7000
Washington, DC 20530
Attn: Brandie Miller
Phone: (202) 616-4501

Total # of Attorneys: 17
Avg. # of Laterals Hired per Year: 4
Website: *www.justice.gov/oig*
Location(s): Washington, DC

Conducts independent investigations, audits, inspections, and special reviews of Department of Justice personnel and programs to detect and deter waste, fraud, abuse, and misconduct, and to promote integrity, economy, efficiency, and effectiveness in Department of Justice operations.

## U.S. MARSHALS SERVICE (USMS)

**Office of General Counsel**
2604 Jefferson Davis Highway,
CS-4, 10th Floor
Alexandria, VA 22301
Attn: Lisa Dickinson
Principal Deputy General Counsel
Phone: (202) 307-9054 (main)

Total # of Attorneys: 20
Avg. # of Laterals Hired per Year: Varies
Website: *www.usmarshals.gov*
Location(s): Washington, DC

Protects the federal courts and ensures the effective operation of the judicial system (*e.g.*, prisoner transportation, service and execution of court orders, court and judicial security, witness protection). The Office of General Counsel provides legal assistance to the Director and headquarter officials, as well as to U.S. Marshals nationwide.

## ORGANIZATIONS WITH 10 OR FEWER ATTORNEYS

### COMMUNITY RELATIONS SERVICE (CRS)
Total # of Attorneys: 2
Website: *www.justice.gov/crs*

Provides violence prevention and conflict resolution services for community conflicts and tensions arising from differences of race, color, or national origin. CRS is the only federal service mandated to help state and local government agencies, public and private organizations, and community groups resolve and prevent community racial conflicts through the use of mediation, conciliation, and other conflict resolution approaches.

### FOREIGN CLAIMS SETTLEMENT COMMISSION (FCSC)
Total # of Attorneys: 4
Website: *www.justice.gov/fcsc*

Adjudicates claims of U.S. nationals against foreign governments, either under specific jurisdiction conferred by Congress, pursuant to international claims settlement agreements or by referral from the Secretary of State.

### INTERPOL WASHINGTON, U.S. NATIONAL CENTRAL BUREAU
Total # of Attorneys: 1
Website: *www.justice.gov/usncb*

Facilitates international law enforcement cooperation as the United States' representative to the International Criminal Police Organization (INTERPOL) on behalf of the U.S. Attorney General.

### NATIONAL DRUG INTELLIGENCE CENTER (NDIC)
Total # of Attorneys: 2
Website: *www.justice.gov/ndic*

Provides strategic drug-related intelligence, document and media exploitation support, and training assistance to the drug control, public health, law enforcement, and intelligence communities of the United States in order to reduce the adverse effects of drug trafficking, drug abuse, money laundering, and other drug-related criminal activity.

### OFFICE OF ATTORNEY RECRUITMENT AND MANAGEMENT (OARM)
Total # of Attorneys: 8
Website: *www.justice.gov/oarm*

Oversees Justice's outreach and recruitment efforts for law students and attorneys with the goal of attracting a highly-qualified and diverse talent pool. OARM has delegated authority to take final action in matters pertaining to the employment, separation and general administration of Justice attorneys and law students in grades GS-15 (or equivalent) and below. OARM provides Justice components with guidance on a variety of attorney personnel issues and performs special attorney personnel duties as assigned by the Department's senior leadership offices. OARM oversees many key programs including the Attorney General's Honors Program, the Summer Law Intern Program, the Attorney Student Loan Repayment Program, the Attorney Mentor Program, and Attorney Certifications. OARM is also the Department's adjudicative office in FBI Whistleblower cases.



## ORGANIZATIONS WITH 10 OR FEWER ATTORNEYS

### OFFICE OF COMMUNITY ORIENTED POLICING SERVICES (COPS)
Total # of Attorneys: 8
Website: *www.cops.usdoj.gov*

Advances public safety through community policing by providing grants to state, local, and tribal law enforcement agencies nationwide, funding the development and delivery of community policing training and technical assistance resources, and funding the research and publication of community policing materials for law enforcement officers and the communities they serve.

### OFFICE OF DISPUTE RESOLUTION (ODR)
Total # of Attorneys: 2
Website: *www.justice.gov/odr*

Develops policy guidelines and provides legal advice and training on the use of alternative dispute resolution (ADR) in all of the Department of Justice's civil litigation.

### OFFICE OF INTERGOVERNMENTAL AND PUBLIC LIAISON (OIPL)
Total # of Attorneys: 2
Website: *www.justice.gov/oipl*

Represents the Department of Justice's leadership with tribal, state, and local governments. The office also works with leadership of all the major law enforcement organizations on issues affecting DOJ's leadership and other components. In addition, the office is responsible for building relationships with the public, including individuals, institutions and public constituency groups such as bar associations, advocacy groups, and membership organizations.

### OFFICE OF THE FEDERAL DETENTION TRUSTEE (OFDT)
Total # of Attorneys: 2
Website: *www.justice.gov/ofdt*

Manages and regulates the federal detention programs and the Justice Prisoner and Alien Transportation System (JPATS) by establishing a secure and effective operating environment that drives efficient and fair expenditure of appropriated funds. Attorneys provide legal advice on issues including contracts, criminal procedure, constitutional and appropriations law.

### OFFICE OF THE PARDON ATTORNEY (OPA)
Total # of Attorneys: 7
Website: *www.justice.gov/pardon*

Investigates and reviews all requests for executive clemency and prepares the Department of Justice's recommendation to the President for final disposition of each application.

### OFFICE OF TRIBAL JUSTICE (OTJ)
Total # of Attorneys: 4
Website: *www.justice.gov/otj*

Serves as the primary point of contact for the Department of Justice with federally-recognized Native American tribes, and advises the Department on legal and policy matters pertaining to Native Americans.





**Gaye Tenoso**,
Deputy Director,
Office of Tribal Justice

*"To me, there is no higher calling in the legal profession than protecting rights guaranteed by our laws and Constitution, and no more important institution in which to engage in those efforts than the U.S. Department of Justice. It has been my privilege to have worked at the Department to safeguard the rights of minority individuals and Indian tribes for more than a quarter of a century, first in the Civil Rights Division, and now in the Office of Tribal Justice."*

# ORGANIZATIONS WITH 10 OR FEWER ATTORNEYS

### OFFICE ON VIOLENCE AGAINST WOMEN (OVW)
Total # of Attorneys: 3
Website: *www.ovw.usdoj.gov*

Responsible for providing legal and policy support for the administration of
OVW grants programs and special initiatives. Responds orally and in writing to
complex and novel requests for legal advice or questions involving interpretations
of legislation, including the Violence Against Women Act and other applicable
statutes, case law, federal regulations and other legal authorities relevant to
federal grants administration and national violence against women policy.

### PROFESSIONAL RESPONSIBILITY ADVISORY OFFICE (PRAO)
Total # of Attorneys: 5
Website: *www.justice.gov/prao*

Provides advice to Department attorneys and Assistant U.S. Attorneys (AUSAs)
with respect to professional responsibility issues.

### U.S. PAROLE COMMISSION (USPC)
Total # of Attorneys: 6
Website: *www.justice.gov/uspc*

Grants, modifies, or revokes paroles of eligible prisoners, supervises parolees
and prisoners released upon the expiration of their sentences with allowances
for statutory good time, and determines supervisory conditions and terms.





## APPENDIX A. — DOJ FIELD OFFICE LOCATIONS EMPLOYING ATTORNEYS

**ALABAMA**
| | |
|---|---|
| Birmingham | USAO |
| Huntsville | USAO |
| Mobile | USAO |
| Montgomery | USAO |

**ALASKA**
| | |
|---|---|
| Anchorage | USAO USTP |
| Fairbanks | USAO |
| Juneau | USAO |

**ARIZONA**
| | |
|---|---|
| Eloy | EOIR |
| Florence | EOIR |
| Flagstaff | USAO |
| Phoenix | ATF BOP EOIR USAO USTP |
| Tucson | BOP EOIR USAO |
| Yuma | USAO |

**ARKANSAS**
| | |
|---|---|
| Fort Smith | USAO |
| Little Rock | USAO USTP |

**CALIFORNIA**
| | |
|---|---|
| East Mesa | EOIR |
| El Centro | EOIR |
| Fresno | USAO USTP |
| Imperial | EOIR |
| Lancaster | EOIR |
| Los Angeles | ATF BOP EOIR USAO USTP |
| Oakland | ENRD USAO USTP |
| Riverside | USAO USTP |
| Sacramento | ENRD USAO USTP |
| San Diego | USAO USTP |
| San Francisco | EOIR ENRD BOP USAO USTP |
| San Jose | ATF ATR ENRD EOIR USAO USTP |
| Santa Ana | USAO USTP |
| Santa Barbara | USTP |
| Stockton | BOP |
| Woodland Hills | USAO |

**COLORADO**
| | |
|---|---|
| Aurora | BOP |
| Denver | ATF ENRD EOIR USAO USTP |
| Durango | USAO |
| Florence | BOP |
| Grand Junction | USAO |

**CONNECTICUT**
| | |
|---|---|
| Bridgeport | USAO |
| Hartford | EOIR USAO |
| New Haven | USAO USTP |

**DELAWARE**
| | |
|---|---|
| Wilmington | USAO USTP |

**FLORIDA**
| | |
|---|---|
| Coleman | BOP |
| Fort Myers | USAO |
| Gainesville | USAO |
| Jacksonville | ATF USAO |
| Miami | EOIR USTP USAO |
| Miami Krome | EOIR |
| Ocala | USAO |
| Orlando | EOIR USAO USTP |
| Panama City | USAO |
| Pensacola | USAO |
| Tallahassee | USAO USTP |
| Tampa | ATF USAO USTP |

**GEORGIA**
| | |
|---|---|
| Albany | USAO |
| Atlanta | ATF ATR BOP EOIR |
| | USAO USTP |
| Augusta | USAO |
| Columbus | USAO |
| Glynco | BOP |
| Macon | USAO USTP |
| Savannah | USAO USTP |
| Stewart | EOIR |

**GUAM & NORTHERN MARIANA ISLANDS**
| | |
|---|---|
| Hagatna | USAO |
| Saipan | EOIR USAO |

**HAWAII**
| | |
|---|---|
| Honolulu | BOP EOIR USAO USTP |

**IDAHO**
| | |
|---|---|
| Boise | USAO USTP |
| Coeur d'Alene | USAO |
| Pocatello | USAO |

**ILLINOIS**
| | |
|---|---|
| Benton | USAO |
| Chicago | ATF ATR BOP EOIR |
| | USAO USTP |
| Fairview Heights | USAO |
| Peoria | USAO |
| Rock Island | USAO |
| Rockford | USAO |
| Springfield | USAO |
| Urbana | USAO |

**INDIANA**
| | |
|---|---|
| Evansville | USAO |
| Fort Wayne | USAO |
| Hammond | USAO |
| Indianapolis | USAO USTP |
| South Bend | USAO USTP |
| Terre Haute | BOP |

**IOWA**
| | |
|---|---|
| Cedar Rapids | USAO USTP |
| Davenport | USAO |
| Des Moines | USAO USTP |
| Sioux City | USAO |

**KANSAS**
| | |
|---|---|
| Kansas City | BOP USAO |
| Leavenworth | BOP |
| Topeka | USAO |
| Wichita | USAO USTP |

**KENTUCKY**
| | |
|---|---|
| Ft. Mitchell | USAO |
| Lexington | BOP USAO USTP |
| London | USAO |
| Louisville | ATF USAO USTP |
| Paducah | USAO |

**LOUISIANA**
| | |
|---|---|
| Baton Rouge | USAO |
| Lafayette | USAO |
| New Orleans | ATF EOIR USAO USTP |
| Oakdale | EOIR |
| Shreveport | USAO USTP |

**MAINE**
| | |
|---|---|
| Bangor | USAO |
| Portland | USAO USTP |

**MARYLAND**
| | |
|---|---|
| Annapolis Junc. | BOP |
| Baltimore | ATF EOIR USAO USTP |
| Greenbelt | USAO USTP |

**MASSACHUSETTS**
| | |
|---|---|
| Boston | ATF ENRD EOIR USAO USTP |
| Devens | BOP |
| Springfield | USAO |
| Worcester | USAO USTP |

**MICHIGAN**
| | |
|---|---|
| Bay City | USAO |
| Detroit | ATF EOIR USAO USTP |
| Flint | USAO |
| Grand Rapids | USAO |
| Lansing | USAO |
| Marquette | USAO |

**MINNESOTA**
| | |
|---|---|
| Bloomington | EOIR |
| Minneapolis | USAO USTP |
| Rochester | BOP |
| St. Paul | ATF USAO |

**MISSISSIPPI**
| | |
|---|---|
| Gulfport | USAO |
| Jackson | USAO USTP |
| Oxford | USAO |

**MISSOURI**
| | |
|---|---|
| Cape Girardeau | USAO |
| Jefferson City | USAO |
| Kansas City | ATF EOIR USAO USTP |
| Springfield | BOP USAO |
| St. Louis | USAO USTP |

**MONTANA**
| | |
|---|---|
| Billings | USAO |
| Butte | USAO |
| Great Falls | USAO USTP |
| Helena | USAO |
| Missoula | USAO |

**NEBRASKA**
| | |
|---|---|
| Lincoln | USAO |
| Omaha | EOIR USAO USTP |

**NEVADA**
| | |
|---|---|
| Las Vegas | EOIR USAO USTP |
| Reno | USAO USTP |

**NEW HAMPSHIRE**
| | |
|---|---|
| Concord | USAO |
| Manchester | USTP |

**NEW JERSEY**
| | |
|---|---|
| Camden | EOIR |
| Elizabeth | EOIR |
| Fort Dix | BOP |
| Newark | ATF EOIR USAO USTP |
| Trenton | USAO |

**NEW MEXICO**
| | |
|---|---|
| Albuquerque | USAO USTP |
| Las Cruces | USAO |

**NEW YORK**
| | |
|---|---|
| Albany | USAO USTP |
| Batavia | EOIR |
| Binghamton | USAO |
| Brooklyn | EOIR USAO USTP |
| Buffalo | EOIR USAO USTP |
| Central Islip | USAO |
| Fishkill | USAO |
| New York | ATF ATR BOP EOIR USAO USTP |
| Plattsburgh | USAO |
| Rochester | USAO USTP |
| Syracuse | USAO |
| Utica | USAO |
| Varick Street | EOIR |
| White Plains | USAO |

**NORTH CAROLINA**
| | |
|---|---|
| Asheville | USAO |
| Butner | BOP |
| Charlotte | ATF EOIR USAO |
| Greensboro | USAO |
| Raleigh | USAO |
| Winston-Salem | USAO |

**NORTH DAKOTA**
| | |
|---|---|
| Bismarck | USAO |
| Fargo | USAO |

**OHIO**
| | |
|---|---|
| Akron | USAO |
| Cincinnati | USAO USTP |
| Cleveland | ATR EOIR USAO USTP |
| Columbus | ATF USAO USTP |
| Dayton | USAO USTP |
| Toledo | USAO |
| Youngstown | USAO |

**OKLAHOMA**
| | |
|---|---|
| Muskogee | USAO |
| Oklahoma City | BOP USAO USTP |
| Tulsa | USAO USTP |

**OREGON**
| | |
|---|---|
| Eugene | USAO USTP |
| Medford | USAO |
| Portland | USAO USTP |

**PENNSYLVANIA**
| | |
|---|---|
| Allenwood | BOP |
| Erie | USAO |
| Harrisburg | USAO USTP |
| Johnstown | USAO |
| Lewisburg | BOP |
| Philadelphia | ATF ATR BOP EOIR USAO USTP |
| Pittsburgh | USAO USTP |
| Scranton | USAO |
| Williamsport | USAO |
| York | EOIR |

**PUERTO RICO**
| | |
|---|---|
| San Juan | BOP EOIR USAO USTP |

**RHODE ISLAND**
| | |
|---|---|
| Providence | USAO USTP |

**SOUTH CAROLINA**
| | |
|---|---|
| Charleston | USAO |
| Columbia | USAO USTP |
| Edgefield | BOP |
| Florence | USAO |
| Greenville | USAO |

**SOUTH DAKOTA**
| | |
|---|---|
| Aberdeen | USAO |
| Pierre | USAO |
| Rapid City | USAO |
| Sioux Falls | USAO |

**TENNESSEE**
| | |
|---|---|
| Chattanooga | USAO USTP |
| Columbia | USAO |
| Cookeville | USAO |
| Greeneville | USAO |
| Jackson | USAO |
| Johnson City | USAO |
| Knoxville | USAO USTP |
| Memphis | USAO USTP |
| Nashville | ATF USAO USTP |

**TEXAS**
| | |
|---|---|
| Alpine | USAO |
| Amarillo | USAO |
| Austin | USAO USTP |
| Beaumont | BOP USAO |
| Brownsville | EOIR USAO |
| Corpus Christi | USAO |
| Dallas | ATF ATR BOP EOIR |
| | TAX USAO USTP |
| Del Rio | USAO |
| El Paso | EOIR USAO |
| El Paso SPC | EOIR |
| Fort Worth | BOP USAO |
| Grand Prairie | BOP |
| Harlingen | EOIR USAO |
| Houston | EOIR USAO USTP |
| Houston SPC | EOIR |
| Laredo | ATF BOP USAO |
| Lubbock | USAO |
| Lufkin | USAO |
| McAllen | USAO |
| Midland | USAO |
| Pearsall | EOIR |
| Plano | USAO |
| Port Isabel | EOIR |
| San Antonio | EOIR USAO USTP |
| Sherman | USAO |
| Texarkana | USAO |
| Tyler | USAO |
| Victoria | USAO |

**UTAH**
| | |
|---|---|
| Salt Lake City | EOIR USAO USTP |

**VERMONT**
| | |
|---|---|
| Burlington | USAO |

**VIRGIN ISLANDS**
| | |
|---|---|
| St. Croix | USAO |
| St. Thomas | USAO |

**VIRGINIA**
| | |
|---|---|
| Abingdon | USAO |
| Alexandria | USAO USTP |
| Arlington | EOIR |
| Charlottesville | USAO |
| Falls Church | EOIR |
| Norfolk | USAO |
| Newport News | USAO |
| Richmond | USAO USTP |
| Roanoke | USAO USTP |

**WASHINGTON**
| | |
|---|---|
| SeaTac | BOP |
| Seattle | ATF ENRD EOIR USAO USTP |
| Spokane | USAO USTP |
| Tacoma | USAO |
| Yakima | EOIR USAO |

**WEST VIRGINIA**
| | |
|---|---|
| Beckley | BOP |
| Charleston | USAO USTP |
| Clarksburg | USAO |
| Elkins | USAO |
| Huntington | USAO |
| Martinsburg | USAO |
| Wheeling | USAO |

**WISCONSIN**
| | |
|---|---|
| Madison | USAO USTP |
| Milwaukee | USAO USTP |

**WYOMING**
| | |
|---|---|
| Casper | USAO |
| Cheyenne | USAO USTP |
| Lander | USAO |
| Yellowstone | USAO |
| National Park | USAO |

### U.S. Department of Justice Offices by State

Every DOJ component is headquartered in the Washington, DC metropolitan area. This listing highlights the U.S. Attorneys' Offices and DOJ components with additional field offices located outside the Washington, DC area. DOJ organizations that have offices only in Washington, DC are not specifically listed on this chart.

**KEY:**

**ATF** — Bureau of Alcohol, Tobacco, Firearms & Explosives
**ATR** — Antitrust Division
**BOP** — Federal Bureau of Prisons
**ENRD** — Environment and Natural Resources Division
**EOIR** — Executive Office for Immigration Review
**TAX** — Tax Division
**USAO** — United States Attorneys' Offices
**USTP** — United States Trustee Program

APPENDIX B. — DOJ ORGANIZATIONAL PRACTICE AREA CHART

## THE UNITED STATES DEPARTMENT OF JUSTICE
## PRACTICE AREA CHART

As our nation's largest legal employer, Justice offers opportunities for law students and attorneys in virtually every legal practice area. This chart will help you explore the work of various DOJ organizations, and find those that best match your interests and expertise. More detailed information about specific DOJ organizations and Justice's legal hiring programs is available at www.justice.gov/legalcareers.

### DOJ ORGANIZATION ABBREVIATIONS

| | | | | |
|---|---|---|---|---|
| ATF | Bureau of Alcohol, Tobacco, Firearms and Explosives | | OIG | Office of the Inspector General |
| ATR | Antitrust Division | | OIP | Office of Information Policy |
| BOP | Federal Bureau of Prisons | | OIPL | Office of Intergovernmental and Public Liaison |
| CIV | Civil Division | | OJP | Office of Justice Programs |
| COPS | Community Oriented Policing Services | | OLA | Office of Legislative Affairs |
| CRM | Criminal Division | | OLC | Office of Legal Counsel |
| CRS | Community Relations Service | | OLP | Office of Legal Policy |
| CRT | Civil Rights Division | | OPA | Office of the Pardon Attorney |
| DEA | Drug Enforcement Administration | | OPR | Office of Professional Responsibility |
| ENRD | Environment and Natural Resources Division | | OSG | Office of the Solicitor General |
| EOIR | Executive Office for Immigration Review | | OTJ | Office of Tribal Justice |
| EOUSA | Executive Office for U.S. Attorneys | | OVW | Office on Violence Against Women |
| FBI | Federal Bureau of Investigation | | PRAO | Professional Responsibility Advisory Office |
| FCSC | Foreign Claims Settlement Commission | | TAX | Tax Division |
| JMD | Justice Management Division | | USAO | U.S. Attorneys' Offices |
| NDIC | National Drug Intelligence Center | | USMS | U.S. Marshals Service |
| NSD | National Security Division | | USPC | U.S. Parole Commission |
| OFDT | Office of the Federal Detention Trustee | | USTP | U.S. Trustee Program |

### If you are interested in . . .    consider applying to . . .

| If you are interested in . . . | consider applying to . . . |
|---|---|
| ADMINISTRATIVE LAW | ATF, BOP, CIV, COPS, CRS, CRT, DEA, ENRD, EOIR, EOUSA, FBI, FCSC, JMD, NDIC, OIG, OIP, OIPL, OJP, OLC, OLP, OPA, TAX, USAO, USMS, USPC, USTP |
| AGRICULTURE | ATR, CIV, TAX |
| AVIATION / ADMIRALTY | ATR, CIV, ENRD, USAO, USMS |
| ADR / ARBITRATION | BOP, CIV, CRT, DEA, ENRD, EOUSA, OJP, TAX, USAO |
| ANTITRUST & TRADE REGULATION | ATR, USAO |
| APPELLATE PRACTICE | ATR, BOP, CIV, CRM, CRT, ENRD, EOIR, NSD, OIP, OSG, TAX, USAO, USPC, USTP |
| BANKING | ATR, CIV, CRM, CRT, TAX, USAO |
| BANKRUPTCY | BOP, CIV, CRM, ENRD, TAX, USAO, USTP |
| BUSINESS (TORTS, LITIGATION) | BOP, CIV, CRM, TAX, USAO, USTP |
| CHILDREN / YOUTH | CRM, EOIR, EOUSA, OJP, OLP, USAO |

| If you are interested in . . . | consider applying to . . . |
|---|---|
| CIVIL ENFORCEMENT | CIV, ENRD, TAX, USAO, USTP |
| CIVIL LITIGATION | ATF, ATR, BOP, CIV, CRM, CRT, DEA, ENRD, EOIR, EOUSA, FBI, NDIC, OIP, OJP, OLP, TAX, USAO, USMS, USTP |
| CIVIL RIGHTS | ATF, BOP, CIV, COPS, CRT, DEA, FBI, OIG, OJP, OLP, USAO |
| COMPLEX LITIGATION | ATR, CIV, CRM, CRT, DEA, ENRD, TAX, USAO, USTP |
| COMPLIANCE | DEA, FBI, OIG |
| COMPUTER CRIME / CYBER CRIME | CIV, CRM, EOUSA, FBI, NDIC, NSD, OLP, USAO |
| COMPUTERS / TECHNOLOGY | ATR |
| CONSTITUTIONAL LAW | ATF, BOP, CIV, CRM, CRT, DEA, ENRD, OFDT, OLC, OLP, TAX, USAO, USMS |
| CONSTRUCTION | BOP, CIV, USAO |
| CONSUMER PROTECTION | CIV, CRM, USAO, USTP |
| COPYRIGHTS & TRADEMARK/PATENT | ATR, BOP, CIV, COPS, CRM, FBI, USAO |
| CORPORATE FRAUD | CIV, CRM, FBI, FCSC, TAX, USAO |
| COUNTERTERRORISM | BOP, CIV, CRM, FBI, NSD, OIG, OLP, TAX, USAO |
| CRIMINAL LAW | ATF, ATR, BOP, CIV, COPS, CRM, CRT, DEA, ENRD, EOIR, FBI, NDIC, NSD, OFDT, OIG, OJP, OLP, OPA, OPR, TAX, USAO, USMS, USPC, USTP |
| CUSTOMS / TRADE | CIV, CRM |
| DEATH PENALTY | BOP, CRM, OLP, USAO |
| DISABILITY / MENTAL HEALTH | BOP, CIV, CRT, FBI, JMD, USAO |
| DOMESTIC VIOLENCE | COPS, CRM, EOUSA, FBI, OLP, OVW, USAO |
| DRUG ENFORCEMENT | CIV, CRM, DEA, FBI, NDIC, OLP, TAX, USAO |
| EDUCATION | CIV, CRT, USAO |
| EMPLOYMENT LAW | ATF, BOP, CIV, COPS, CRM, CRT, DEA, EOIR, EOUSA, FBI, JMD, NDIC, OIG, OJP, TAX, USAO, USMS, USTP |
| ENERGY | ATR, CIV, ENRD, TAX |
| ENVIRONMENT | BOP, CIV, CRM, CRT, DEA, ENRD, USAO |
| EMPLOYEE BENEFITS | CIV, CRM, DEA, FBI, JMD, TAX |
| FEDERAL EMPLOYEES | BOP, CIV, CRM, CRT, DEA, FBI, JMD, NDIC, OIG, OJP, USMS |
| FISCAL LAW / APPROPRIATIONS | JMD, OFDT, OJP |
| FORECLOSURE / MORTGAGE | EOUSA, TAX, USAO, USTP |
| FREEDOM OF INFORMATION ACT AND PRIVACY ACT | BOP, CIV, CRM, CRS, DEA, ENRD, EOUSA, FBI, JMD, NDIC, OIG, OIP, OJP, OLC, TAX, USAO, USMS, USPC, USTP |
| GAMING | CRM, ENRD, USAO |

APPENDIX B. — DOJ ORGANIZATIONAL PRACTICE AREA CHART

| If you are interested in . . . | consider applying to . . . |
| --- | --- |
| GOVERNMENT CONTRACTS | ATF, BOP, CIV, COPS, CRM, CRT, DEA, EOUSA, FBI, JMD, NDIC, OFDT, OIG, OJP, USAO, USMS |
| GRANT LAW | CIV, COPS, JMD, OJP, OVW |
| HEALTH / MEDICAL | BOP, CIV, DEA, USAO |
| HEALTHCARE | ATR, BOP, CIV, CRM, CRT, DEA, TAX, USAO |
| HOUSING | CIV, CRT, USAO |
| HUMAN RIGHTS | CIV, CRM, CRT, EOIR, OLP, USAO |
| IMMIGRATION | CIV, CRM, CRT, EOIR, FBI, OLP, OVW, USAO |
| INDIAN LAW | CIV, COPS, CRM, CRT, ENRD, EOUSA, OJP, OLP, OTJ, OVW, TAX, USAO |
| INSURANCE | CIV, CRM, TAX |
| INTELLECTUAL PROPERTY | ATR, BOP, CIV, COPS, CRM, FBI, JMD, OIP, OLP, USAO |
| INTERNATIONAL | ATR, CIV, CRM, DEA, ENRD, FBI, FCSC, NSD, TAX, USAO |
| INTERNET / ELECTRONIC COMMERCE | CIV, CRM, DEA, JMD, OLP, USAO |
| JUVENILE | CRM, CRT, EOIR, FBI, OJP, OLP, USAO |
| LABOR | BOP, CIV, CRM, CRT, DEA, EOUSA, FBI, JMD, OIG, OJP, USAO, USMS |
| LEGISLATION | ATF, ATR, BOP, CIV, COPS, CRM, CRS, CRT, DEA, ENRD, EOUSA, FBI, NSD, OIG, OIP, OIPL, OJP, OLA, OLC, OLP, OVW, USMS |
| MALPRACTICE | BOP, CIV, USAO |
| MILITARY | CIV, CRM, NSD, USAO |
| NATIONAL SECURITY & INTELLIGENCE | BOP, CIV, CRM, DEA, ENRD, FBI, NSD, OIG, OLC, OLP, TAX, USAO |
| POLICE MISCONDUCT | CIV, CRS, CRT, DEA, FBI, OIG, USAO |
| PRISONERS' RIGHTS | BOP, CRT, DEA, OIG, USAO, USMS, USPC |
| PRODUCT LIABILITY | CIV, OLP |
| PROFESSIONAL RESPONSIBILITY / ETHICS | BOP, CIV, CRM, EOUSA, FBI, JMD, OIG, OJP, OLC, OPR, PRAO, USTP |
| RACIAL / ETHNIC JUSTICE | CRT, FBI, JMD, OIG, OLP, USAO |
| REAL ESTATE | BOP, CIV, ENRD, TAX, USAO |
| RELIGIOUS FREEDOM | BOP, CIV, CRT, USAO |
| REGULATION | ATF, BOP, CIV, COPS, CRT, DEA, ENRD, OJP, OLP, USAO, USTP |
| SECURITIES | ATR, CIV, CRM, TAX, USAO |
| SOCIAL SECURITY / PUBLIC BENEFITS | CIV, USAO |
| STATE AND LOCAL ISSUES | CIV, COPS, CRM, CRT, OIPL, OLP, TAX, USAO |

| If you are interested in . . . | consider applying to . . . |
| --- | --- |
| TAX | BOP, TAX, USAO |
| TELECOMMUNICATIONS | ATR, DEA, TAX |
| TORT LAW / PERSONAL INJURY | ATF, BOP, CIV, COPS, DEA, FBI, USAO, USMS |
| TRANSPORTATION | ATR, CIV, TAX |
| TRIAL PRACTICE | ATR, CIV, CRM, CRT, DEA, ENRD, TAX, USAO, USTP |
| VETERANS | CIV, CRT, JMD, USAO |
| VIOLENT CRIME / ORGANIZED CRIME / GANGS | CRM, DEA, EOUSA, NDIC, USAO |
| VOTING RIGHTS | CRM, CRT, USAO |
| WHITE COLLAR CRIME | CRM, EOUSA, TAX, USAO |
| WOMEN'S ISSUES | CRT, OJP, OLP, OVW, USAO |
| WORKERS' COMPENSATION | CIV, DEA, FBI, OIG |

## REASONABLE ACCOMMODATION STATEMENT

The U.S. Department of Justice is an Equal Opportunity/Reasonable Accommodation Employer. Except where otherwise provided by law, there will be no discrimination because of color, race, religion, national origin, political affiliation, marital status, disability (physical or mental), age, sex, gender identity, sexual orientation, genetic information, status as a parent, membership or non-membership in an employee organization, on the basis of personal favoritism, or any non merit factor. The Department of Justice welcomes and encourages applications from persons with physical and mental disabilities. The Department is firmly committed to satisfying its affirmative obligations under the Rehabilitation Act of 1973, to ensure that persons with disabilities have every opportunity to be hired and advanced on the basis of merit within the Department of Justice. This agency provides reasonable accommodation to applicants with disabilities where appropriate. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.

It is the policy of the Department to achieve a drug-free workplace and persons selected for employment will be required to pass a drug test which screens for illegal drug use prior to final appointment. Employment is also contingent upon the completion and satisfactory adjudication of a background investigation. Only U.S. citizens are eligible for employment with the Executive Office for Immigration Review and the United States Attorneys' Offices. Unless otherwise indicated in a particular job advertisement, non-U.S. citizens may apply for employment with other organizations, but should be advised that appointments of non-U.S. citizens are extremely rare; such appointments would be possible only if necessary to accomplish the Department's mission and would be subject to strict security requirements. Applicants who hold dual citizenship in the U.S. and another country will be considered on a case-by-case basis.

There is no formal rating system for applying veterans' preference to attorney appointments in the excepted service; however, the Department of Justice considers veterans' preference eligibility as a positive factor in attorney hiring. Applicants eligible for veterans' preference must include that information in their cover letter or resume and attach supporting documentation (*e.g.*, the DD 214, Certificate of Release or Discharge from Active Duty and other supporting documentation) to their submissions. Although the "point" system is not used, per se, applicants eligible to claim 10-point preference must submit Standard Form (SF) 15, Application for 10-Point Veteran Preference, and submit the supporting documentation required for the specific type of preference claimed (visit the OPM website, *www.opm.gov/forms/pdf_fill/SF15.pdf* for a copy of SF 15, which lists the types of 10-point preferences and the required supporting document(s)). Applicants should note that SF 15 requires supporting documentation associated with service-connected disabilities or receipt of nonservice-connected disability pensions to be dated 1991 or later except in the case of service members submitting official statements or retirement orders from a branch of the Armed Forces showing that his or her retirement was due to a permanent service-connected disability or that he/she was transferred to the permanent disability retired list (the statement or retirement orders must indicate that the disability is 10% or more).

## ABOUT JUSTICE

As the largest law firm in the nation, the Department of Justice serves as counsel for its citizens. It represents them in enforcing the law in the public interest. Through its thousands of lawyers, investigators, and agents, Justice plays a key role in safeguarding our national security, in protecting against criminals and subversion, in ensuring healthy competition of business in our free enterprise system, in safeguarding the consumer, and in enforcing drug, immigration, and naturalization laws. Justice also plays a significant role in protecting citizens through its efforts for effective law enforcement, crime prevention, crime detection, and prosecution and rehabilitation of offenders. Moreover, Justice conducts all suits in the Supreme Court in which the United States is concerned. It represents the Federal Government in legal matters generally, rendering legal advice and opinions, upon request, to the President and to the heads of the executive departments. The Attorney General supervises and directs these activities, as well as those of the U.S. Attorneys and U.S. Marshals in the various judicial districts around the country.

## DEPARTMENT OF JUSTICE DIVERSITY POLICY STATEMENT

The Department of Justice employs more than 115,000 talented and diverse women and men to help meet its mission and goals. We are stronger, more credible, and more effective when our workforce includes highly qualified individuals with backgrounds, cultures and traditions that reflect our Nation's rich diversity.

We value diversity in our workforce and embrace the cultural and demographic dimensions of our country. We work diligently to attract and retain a workforce that represents the range of personal and professional backgrounds, and experiences and perspectives that arise from differences of culture and circumstances. This includes persons of varying age, ethnicity, gender, disability, race, sexual orientation, gender identity, religion, national origin, political affiliation, socioeconomic and family status, and geographic region.

To further promote diversity within the Department, we have developed and implemented a Department-wide Diversity Management Plan. This plan will foster effective diversity management across the Department, sustain progress over time, and ensure accountability for results. Through respect, understanding, and open communication between and among the rich tapestry of our employees, we will enhance critical aspects of our management practices, including policy development, decision making, and problem solving.

The Justice organizational culture reflects our ongoing commitment to build and maintain a workplace environment that supports the efforts of all employees to effectively carry out the Department's mission while ensuring that all employees are encouraged to excel as public servants.

U.S. Department of Justice
Office of Attorney Recruitment and Management
www.justice.gov/oarm/

December 2011