# EXHIBIT 3

## 2022 Budget Summary, United States Department of Justice



# U.S. Department of Justice

| FY 2022 Budget Request At A Glance |  |
|---|---|
| **Discretionary Budget Authority** | |
| FY 2021 Enacted | $33.4 billion (115,935 positions) |
| FY 2022 Budget Request: | $35.3 billion (117,954 positions) |
| Change from FY 2021: | +5.6% (+2,019 positions) |

**Resources:**

The U.S. Department of Justice (DOJ) FY 2022 Budget totals $35.3 billion in discretionary budget authority. The FY 2022 DOJ Budget is delineated by five categories: law enforcement (46.6%); prisons and detention (26.8%); litigation (10.4%); grants (12.7%); and immigration/administration/technology/other (3.5%). The DOJ estimates a further $7.7 billion in mandatory budget authority in FY 2022.

**Personnel:**

The DOJ's FY 2022 request includes 117,954 positions (direct only). This staffing level is comprised of: Agents (24,947 or 21%); Attorneys (12,371 or 10%); Correctional Officers (20,446 or 17%); Intelligence Analysts (4,473 or 4%); and Other (55,717 or 47%). "Other" captures analysts, administrative, clerical, information technology specialists, legal services, and security specialists.

Since FY 2019, the DOJ counts within its total positions a group of direct funded positions that had previously been shown as internal reimbursements.





# U.S. DEPARTMENT OF JUSTICE
# FY 2022 BUDGET SUMMARY

The Department of Justice's FY 2022 Discretionary Budget request totals $35.3 billion, including $30.8 billion for Federal programs (net fees) and $4.5 billion for State, local, and tribal assistance programs. The FY 2022 budget sustains our current operations and staff; reinvigorates Federal civil rights efforts; addresses inequities in the criminal justice system, combats violent crime and gun violence; and invests in community policing and other efforts to address systemic inequities.

The Department defends the interests of the United States and protects all Americans. The FY 2022 Budget reflects the Attorney General's highest priorities. It provides the needed resources so that Federal, State, local and tribal law enforcement agencies can work together on efforts to make our communities safer while protecting and renewing the integrity of our justice system. It continues efforts to reduce our Nation's immigration case backlog and supports efforts to combat the climate crisis. Finally, the budget addresses the significant threat of domestic terrorism. This FY 2022 request provides resources to confront these issues head on and includes the following notable investments:

|  | ($000) |
|---|---:|
| **2021 Enacted** | **$33,422,875** |
| Technical and Base Adjustments: | 455,898 |
| **2022 Current Services** | **$33,878,773** |
| Federal Program Increases: |  |
| *Law Enforcement Components* | 277,849 |
| *Litigating Components* | 198,475 |
| *Prisons and Detention* | 126,870 |
| *Admin/Technology/ Other* | 264,336 |
| *Program Offsets and Rescissions* | (672,887) |
| Federal Programs Net Change | 194,643 |
| Grant Programs Net Change: | 1,230,500 |
|  |  |
| **2022 DOJ REQUEST** | **$35,303,916** |

- +$177.2 million to reinvigorate Federal civil rights efforts, including to re-establish and expand the Office for Access to Justice and to support the Community Relations Service with conciliators in our communities that need their services.

- +$101.2 million to address domestic terrorism with a broad scale approach across the Department.

- +$44.0 million to advance environmental justice initiatives, including investing in green and energy-efficient projects at Bureau of Prisons facilities, and supporting DOJ and interagency efforts in climate justice activities.

- $1.0 billion, an increase of $486.5 million, to address gender-based violence through the Office of Violence Against Women, nearly twice the FY 2021 investment in this effort.

- $1.2 billion, an increase of $383.5 million, to invest in community policing.

- $1.6 billion, an increase of $665.3 million, to address inequities in the criminal justice system, which would continue critical investment in implementation of the First Step Act of 2018.

- $2.1 billion, an increase of $180.0 million, to counter violent crime and gun violence while focusing on programs that address both gun safety and violent crime.

- +$177.5 million to reduce the immigration court backlog and create a new legal representation pilot program for children and families.

- $7.0 billion in mandatory and discretionary funding for the Department's grants programs, an increase of $2.0 billion. The FY 2022 request includes the following increases for the Department's grant making components: $1.3 billion is for the Office of Justice Programs (OJP); $265.0 million is for Community Oriented Policing Services (COPS); and $486.5 million is for the Office on Violence Against Women (OVW).

Finally, the FY 2022 Budget includes $2.6 billion for the Crime Victims Fund (CVF), an increase of $635.0 million.

This Budget request continues a strong level of support for crime victims across the country. Highlights within this are $2.0 billion for States and Tribes to support victims' rights; $435.0. million for Violence Against Women programs; $132.5 million set-aside for tribal victims of crime in Indian Country; and $50.0 million for a new Victim Advocate program.

### Discretionary Budget Authority (BA)

The table below displays the Department's FY 2020 enacted, FY 2021 enacted, and the FY 2022 President's request. The table shows the dollar and percent change between the FY 2022 President's Request and the FY 2021 enacted.

| | Dollars in Millions | | | | |
|---|---|---|---|---|---|
| | FY 2020 Enacted | FY 2021 Enacted | FY 2022 Request | Change FY 2022 over FY 2021 | % Change FY 2022 over FY 2021 |
| **Federal Programs** | | | | | |
| Law Enforcement Components | $15,546 | $16,166 | $16,445 | $278 | 2% |
| Litigating Components | 3,679 | 3,837 | 4,174 | 338 | 9% |
| Admin/Technology/Other | 884 | 882 | 1,236 | 354 | 40% |
| *Subtotal, DOJ Operations* | *20,109* | *20,884* | *21,855* | *971* | *5%* |
| Prisons and Detention | 9,645 | 9,882 | 9,469 | (413) | (4%) |
| **Subtotal, Federal Programs (BA)** | **$29,754** | **$30,767** | **$31,325** | **$558** | **2%** |
| **State and Local Grants[1]** | **$3,078** | **$3,124** | **$4,495** | **$1,371** | **44%** |
| **Subtotal, Discretionary BA w/o Fees** | **$32,832** | **$33,891** | **$35,820** | **$1,929** | **6%** |
| ATR and USTP Fees | (445) | (468) | (516) | (48) | 10% |
| **Total, Discretionary BA with Fees** | **$32,387** | **$33,423** | **$35,304** | **$1,881** | **6%** |

---

[1] Amounts are gross of an outgoing transfer of $1.5 million from OJP to the National Institute of Standards and Technology at the Department of Commerce included in FY 2020, FY 2021, and the FY 2022 Request.

**HIGHLIGHTS**

Budget highlights are summarized below. A comprehensive listing of all program enhancements included in the Department's submission is available in Section II, organized by component.

### Investing in Community Policing $1.2 billion

The FY 2022 President's Budget recognizes the vital need to create strong, positive ties between law enforcement and the communities they serve, which is critical both to making the Nation's communities safer, and to rooting out systemic inequities in the justice system. The budget provides over $1.2 billion, an increase of $379.8 million, to support a range of programs supporting police-community relationships, including the COPS Hiring Program, as well as programs that support community-oriented policing policies and practices, such as racial sensitivity and implicit bias training and additional support for hate crime training. The budget request also includes a new Federal Body-Worn Cameras (BWC) Initiative to support BWCs used by Federally-deputized task force officers.

### Addressing Domestic Terrorism +$101.2 million

The Department's FY 2022 President's Budget request includes $101.2 million in new investments to counter the surging Domestic Terrorism (DT) threat, while respecting civil rights and civil liberties. The January 6, 2021, assault on the Capitol is but the most recent and visible example of undercurrents across the spectrum that have undertaken violence to further their political agendas in recent years. The deluge of electronically stored information from the January 6 event, and the increasing number of cases and defendants, have demonstrated that the Department's DT response capability requires additional resources to protect public safety.

### Reinvigorating Civil Rights Efforts $307.2 million

The promise of America is lost if America cannot preserve, protect, and defend the civil rights ofits citizens. This fundamental truth is the foundation of the FY 2022 President's Budget, which aims to reinvigorate Federal civil rights enforcement while also focusing on racial equities. In order to protect marginalized communities, enforce civil rights laws, and ensure all Americans have equal access to justice, the budget request includes $307.2 million in funding for the Office for Access to Justice, the Civil Rights Division, the Community Relations Service, the Office of Justice Programs, and the Office on Violence Against Women, an amount that is $177.2 million above the FY 2021 Enacted level. These funds will support police reform, the prosecution of hate crimes across the Nation (especially in communities uniquely impacted by bias, xenophobia, and hate driven by the COVID-19 pandemic crisis), the enforcement of voting rights, mediation and conciliation services for community conflicts arising from discriminatory practices; and other civil rights activities.

### Addressing Inequities in the Criminal Justice System $1.6 billion

The FY 2022 President's Budget includes $1.6 billion in discretionary resources, $669.3 million above the FY 2021 Enacted level, to reform the criminal justice system so that it serves and protects all Americans. As the COVID-19 pandemic continues to affect American communities, the need for smart solutions to reduce prison populations and root out systemic inequities in the justice system has become even more pressing. In addition to this $1.6 billion investment, this discretionary request also continues to support $409.5 million in the Federal Bureau of Prisons for First Step Act of 2018 (FSA) implementation, advancing the provision of high-quality substance use disorder treatment, reentry services, and recidivism-reducing programming to prisoners according to individual needs. Building on the bipartisan FSA, the discretionary request also incorporates savings from prison population reduction measures that prioritize incarceration alternatives for low-risk offenders. These measures would help correct levels of incarceration and enforcement that perpetuate racial and economic inequity.

### Advancing Environmental Justice +$44.0 million

The FY 2022 President's Budget includes $44.0 million in essential enhancements to advance Environmental Justice by ensuring the equal treatment and protection of all people under environmental policy and law. This request includes $39.0 million for the Bureau of Prisons to repair aging facilities and infrastructure in a manner that improves conditions of confinement and enhances environmental sustainability and $5.0 million for the Environment and Natural Resources Division to tackle environmental justice issues.

### Reducing Immigration Court Backlog +$177.5 million

The FY 2022 President's Budget strengthens the ability of our Nation to apply its immigration laws justly, consistently, and in a timely fashion, while also ensuring due process under the lawis upheld. The FY 2022 budget request includes an additional $177.5 million in immigration-related program enhancements. These investments will enhance the Department's ability to conduct immigration hearings by expanding adjudicatory capacity, improving efficiency, and removing impediments to the timely administration of justice.

**Combating Violent Crime and Gun Violence +$180.0 million**

Violent crimes committed with firearms continue to plague our cities and communities, a serious concern that the Department of Justice remains committed to mitigating. On April 8, 2021, the President spoke on the ravages of gun violence and its impact on our families and communities, stating clearly: "Every day in this country, 316 people are shot…. A hundred and six of them die every day… Gun violence is an epidemic." While nationwide crime rates continue to trend downward, the impact of gun violence is severe. In the President's Budget the Department requests $2.1 billion in resources, an increase of $180.0 million, to counter gun violence across the Nation.

**Law Enforcement and Judicial Security +$145.6 million**

The Department's FY 2022 President's Budget request includes a range of law enforcement program increases totaling $145.6 million. On July 9, 2020, the Supreme Court decided *McGirt v. Oklahoma*, which held that Congress never disestablished the Muscogee (Creek) Nation and that, as a consequence, the State of Oklahoma never had jurisdiction to prosecute crimes committed by or against Native Americans there. This decision likely impacts four other tribal lands in Eastern Oklahoma. This decision invalidated thousands of prior State convictions, and limits state jurisdiction for subsequent crimes. .As a result, the Federal Government has had to assume broader law enforcement and judicial responsibilities in Oklahoma, for which the Department has never been resourced. The President's Budget requests $70.0 million across four components to temporarily address the implications of this Supreme Court ruling while the Federal government, the State of Oklahoma, and the impacted tribal nations examine longer term solutions.

Additionally, the Department is committed to providing protection for the judiciary within its purview. The USMS protects more than 2,700 sitting judges and approximately 30,000 prosecutors and court officials. The recent attack on Judge Salas' home underscores the need to improve judicial security. This budget requests a further $33.4 million and 185 positions (53 Deputy US Marshals) for improving judicial security nationwide.

**Addressing the Opioid Crisis $480.9 million**

The United States continues to be in the midst of the deadliest drug epidemic in American history. According to the Centers for Disease Control and Prevention, more than 70,630 Americans died from drug overdoses in 2019. Over 49,860, or over two-thirds, of these overdose deaths were caused by opioids. Much work remains to address the opioid crisis until these needless deaths are prevented to the fullest extent possible. The FY 2022 President's Budget makes investments of $480.9 million in Federal program increases and grants to address diversion and drug use in our communities.

**Addressing Gender-Based Violence $1.0 billion**

The FY 2022 President's Budget requests $1.0 billion for the Office on Violence Against Women (OVW), an increase of $486.5 million from FY 2021 Enacted. The OVW provides Federal leadership in developing the Nation's capacity to reduce gender-based violence, domestic violence, dating violence, sexual assault, and stalking through the implementation of the Violence Against Women Act. The COVID-19 pandemic has exacerbated domestic violence and sexual assault, creating a "shadow pandemic" for many women and girls who are largely confined to their home with their abuser. The Administration has made investments in efforts to address gender-based violence a key element of the budget request.

**Augmenting Cyber Investigations and Cybersecurity +$150.9 million**

The Department's investments consist broadly of two areas: Cybersecurity, to protect the Department's systems from cyber threat actor intrusions and to limit and eliminate cyberattack vulnerabilities; and, Cyber Investigations, to identify those cyber threat actors culpable of cybercrimes, investigating these individual and state-based threat actors, and bringing them to justice. Organized crime syndicates use sophisticated cyberattacks as they seek to defraud banks and corporations, such as the May 2021 Colonial Pipeline ransomware attack, and spies seek to steal defense and intelligence secrets and intellectual property. Each threatens our Nation's economy and security.

In early 2020, a Texas-based IT firm, SolarWinds, was the immediate target of a complex and sophisticated cyberattack. Cybercriminals used routine computer updates as a Trojan horse to install malicious software targeting up to 18,000 SolarWinds customers, many of which are Federal agencies, including parts of the Department of Justice.

***
### ADDITIONAL MANAGEMENT PRIORITIES

**FITARA Implementation.** Federal IT Acquisition Reform Act (FITARA), which was enacted in December 2014, added new requirements to the annual budget process related to the Chief Information Officer's (CIO) role in agency budget formulation and submission. The Department's CIO has reviewed and supports the IT-related initiatives included in the FY 2022 DOJ request, consistent with the requirements directed by FITARA. Please refer to Section III for additional information.

**DATA Act.** In FY 2022, agencies will continue to implement the Digital Accountability and Transparency Act (DATA) of 2014. The Department's DATA Act Implementation Plan, including cost estimates and other information, will be provided separately.

***
### EVIDENCE and EVALUATION

The OMB guidance encourages agencies to use data and evidence to drive better decision making and achieve greater impact. Consistent with this guidance, the Department uses evidence to determine resource allocations and is committed to building and acting on evidence. See Section III for examples that demonstrate the Department's most significant accomplishments and challenges in building evidence or strengthening evidence-building capacity.

***
### PRIORITY GOALS and PERFORMANCE INFORMATION

*Strategic Plan*
As required by the Government Performance and Results Act Modernization Act of 2010 (GPRAMA), the DOJ will publish a new FYs 2022 – 2026 Strategic Plan in 2022 which defines its mission, goals and the means by which it will measure its progress in addressing specific national problems over a four-year period. The DOJ is in the process of developing its new strategic plan that will build on the Department's foundational mission and core values, promote civil rights and access to justice, and protect Americans and combat evolving threats.

*Agency Priority Goals*

The Department is committed to the Administration's performance management strategy to use performance information to lead, learn, and improve outcomes. As a key part of this strategy, the Administration directed agencies to identify a limited number of Priority Goals. A Priority Goal is a measurable commitment to a specific result that the agency will deliver for the American people. The Goals represent high priorities for both the Administration and the agency, have high relevance to the public, reflect the achievement of key agency missions, and will produce significant results over a twelve to twenty-four month period.

The Department's Priority Goals are a subset of those used to regularly monitor and report performance. To view the performance information, please, visit our performance website at: https://www.justice.gov/doj/budget-and-performance.
The Department of Justice is in the process of developing its new strategic plan which will include Priority Goals for FY 2022 – FY 2023. The new goals will represent the priorities of the Attorney General.

Information on the Department's four FY 2020 Priority Goals -- Combat Cyber-Enabled Threats and Attacks; Combat the Opioids Crisis; Prevent and Disrupt Transnational Elder Fraud; and Reduce Violent Crime, Specifically Gun Violence -- can be found at:
https://trumpadministration.archives.performance.gov/justice/

***
### STRATEGIC OBJECTIVE REVIEW

The Government Performance and Results Modernization Act of 2010 mandates Federal agencies to review, on an annual basis, the progress on each of the agencies strategic objectives as established in their respective strategic plans. In addition, each agency is to rate 10-20 percent of its strategic objectives in both the top and bottom categories (Noteworthy Progress and Needs Focus).

The DOJ Strategic Objective Review process helps inform strategic decision-making and near term actions critical to the Department. The FY 2020 Strategic Review assessed the Department's FY 2018 – 2022 Strategic Plan. Findings are included in the Department's FY 2020 Annual Performance Report posted on
https://www.justice.gov/jmd/page/file/1388861/download.

***
### REQUIREMENTS REQUESTED IN OTHER FEDERAL AGENCY BUDGETS

**Health Care Fraud** (Department of Health and Human Services – HHS)
Through the Health Care Fraud Prevention and Enforcement Action Teams (HEAT), a Cabinet-level commitment to combat health care fraud, waste, and abuse, the DOJ, the HHS's Centers for Medicare & Medicaid Services (CMS), and the HHS-OIG carry out a coordinated program to reduce fraud and recover taxpayer dollars. The Strike Forces and Opioid Fraud and Abuse Detection Unit teams are part of that effort. Each HEAT partner plays a critical role in this effort to reduce Medicare and Medicaid fraud, waste and abuse. This includes the DOJ's investigative, data analysis, and prosecutorial activities funded through the Health Care Fraud and Abuse Control Program (HCFAC), the CMS's enhanced provider screening and fraud prevention endeavors, and the HHS-OIG's investigative, audit, evaluation, and data analytic work. Together, these efforts root out existing fraud and abuse and

act as a deterrent for potential future bad actors. This collaboration continues to demonstrate positive results, yielding a $4.30 return on investment for every $1 spent on law enforcement and detection efforts in FY 2020.

For FY 2022, the DOJ is requesting a total of $309.0 million in discretionary and mandatory funds (post-sequester) for health care fraud activities. The request is a decrease of $2.2 million below the FY 2021 Enacted due to changes in CARES Act related mandatory sequester suspension. This requested funding will support criminal and civil health care fraud enforcement efforts, as well as inflationary increases for activities funded by mandatory health care fraud resources.

**Vaccine Injury Compensation Program (VICP) (HHS)**
The VICP is designed to encourage childhood vaccination by providing a streamlined compensation system for instances in which an injury results from vaccination. For FY 2022, DOJ requests $21.7 million, an increase of $4.7 million and 13 positions (13 attorneys) over FY 2021 funding levels to address the increasing new case filings. Over the past 30 years, the VICP has succeeded in providing a less adversarial, less expensive, and less time-consuming recovery system than the traditional tort system that governs medical malpractice, personal injury, and product liability cases. Since the program's inception in 1988, VICP has paid out approximately $4.5 billion on 7,948 petitions.