UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, et al.,<br><br>*Defendants*. | No. 1:21-cv-01085-STA-jay |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Unopposed Motion to Withdraw as Counsel for *amici curiae* the National Black Farmers Association (NBFA) and the Association of American Indian Farmers (AAIF), filed by Randolph T. Chen, Esq. (ECF No. 52.)

After consideration and for good cause shown, the Court hereby **GRANTS** the Motion.

Therefore, **IT IS ORDERED** that Randolph T. Chen is permitted to withdraw as counsel for NBFA and AAIF in this action, effective the date of this order.

**IT IS FURTHER ORDERED** that electronic notices to Randolph T. Chen in this case are terminated, effective the date of this order.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: August 25, 2021