# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK,** in his official capacity as Secretary of the United States Department of Agriculture; and **ZACH DUCHENEAUX,** in his official capacity as Administrator of the Farm Service Agency, | ) |
| | ) |
| Defendants. | ) |

## ORDER PARTIALLY GRANTING
## DEFENDANTS' MOTION FOR RECONSIDERATION

Before the Court is Defendants' Motion for Reconsideration of Stay Decision or to Stay Discovery and Other Case Deadlines Pending Resolution of Motion to Dismiss. (ECF No. 58.) For good cause shown, Defendants' Motion for Reconsideration is **PARTIALLY GRANTED**. Discovery and other case deadlines will be stayed pending resolution of Defendants' motion to dismiss.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

DATE: October 22, 2021