# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

|  |  |
|---|---|
| ROBERT HOLMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cv-01085-STA-jay |
| THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; and ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT REPLY BRIEF

Defendants hereby move, unopposed, for a brief, two-day extension of time to file a reply brief under the parties' agreed-upon Motion to Dismiss briefing schedule submitted to the Court in their Joint Proposed Scheduling Order on October 16, 2021. The parties' Joint Proposed Scheduling Order included a schedule for expedited briefing on Defendants' Motion to Dismiss, which was filed on October 13, 2021. Under that schedule, Plaintiff was to file a response by October 27, 2021, and Defendants a reply by November 3, 2021. Shortly after submitting the Joint Proposed Scheduling Order, the Court granted Defendants' motion to stay discovery and all case deadlines pending resolution of their Motion to Dismiss. Thus, the Court did not enter a scheduling order and has not ordered expedited briefing on the Motion to Dismiss. Nevertheless, the parties are operating under the briefing schedule that they submitted to the Court in their Joint Proposed Scheduling Order, and Defendants file this Motion seeking an extension of time to that schedule out of an abundance of caution.

1

Defendants respectfully request a brief, two-day extension of time to the previously agreed-to November 3, 2021 deadline for filing their reply brief. Good cause supports this motion. Additional urgent matters that have arisen in Defense counsel's cases, after the parties submitted their Joint Proposed Scheduling Order, will impede Defendants' ability to prepare a reply brief by that date. Accordingly, Defendants seek additional two days, or until November 5, 2021, to submit a reply brief in support of their Motion to Dismiss. Plaintiff does not oppose this request.

DATE: October 29, 2021

Respectfully submitted,

JOSEPH C. MURPHY, JR.
Acting United States Attorney

*s/ Audrey M. Calkins*
Audrey M. Calkins (TN BPR # 030093)
Audrey.calkins@usdoj.gov
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Kyla M. Snow*
EMILY SUE NEWTON (VA Bar No. 80745)
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3259 / Fax: (202) 616-8460
Kyla.snow@usdoj.gov

*Counsel for Defendants*