IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK,** in his official | ) |
| capacity as Secretary of Agriculture; | ) |
| and **ZACH DUCHENEAUX,** in his official | ) |
| capacity as Administrator of the Farm | ) |
| Service Agency, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Before the Court is a Motion for Leave to File Brief in Excess of Page Limits, by Defendants Thomas J. Vilsack, in his official capacity as Secretary of Agriculture, and Zach Ducheneaux, in his official capacity as Administrator of the Farm Service Agency. (ECF No. 63.) Plaintiff opposes the motion. However, for good cause shown, Defendants' Motion is **GRANTED**. Defendants shall file the Reply in Support of Defendants' Partial Motion to Dismiss, attached to their Motion for Leave to File Brief in Excess of Page Limits, as a separate docket entry within one business day.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: November 8, 2021