# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) Civil Action No. 1:21-cv-01085-STA-jay |
| | ) |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and | ) ) ) ) |
| | ) |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) ) ) |
| | ) |
|    Defendants. | ) |

## ORDER

On August 2, 2021, the Court denied Defendants' motion to stay proceedings pending resolution of related class action. (ECF No. 49.) On October 15, 2021, Defendants filed a motion asking the Court to reconsider its order. (ECF No. 58.) On October 22, 2021, the Court partially granted the motion and stayed discovery and other case deadlines pending resolution of Defendants' motion to dismiss. (ECF No. 59.) Subsequent to that order, Plaintiff filed a "notice" of supplemental authority purportedly in opposition to the motion to reconsider. (ECF No. 66.) Defendants have filed their own notice of supplemental authority in support of the motion. (ECF No. 67.)

The parties appear to be under the misapprehension that the Court did not fully rule on the motion to reconsider and that the issue of whether to stay the case in its entirety is still pending. To clarify, the portion of the motion seeking to stay the entire case was not granted and, therefore,

was denied.

    IT IS SO ORDERED.

                                s/ S. Thomas Anderson
                                S. THOMAS ANDERSON
                                CHIEF UNITED STATES DISTRICT JUDGE

                                Date:  December 9, 2021