IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK,** in his official | ) |
| capacity as Secretary of the United States | ) |
| Department of Agriculture; and **ZACH** | ) |
| **DUCHENEAUX,** in his official capacity | ) |
| as Administrator of the Farm Service Agency, | ) |
| | ) |
| Defendants. | ) |

_____

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
_____

1. I, Emily Sue Newton, respectfully request permission to withdraw as counsel for Defendants in this matter pursuant to LR 83.5. The reason for the request is that I will no longer be employed at the U.S. Department of Justice after January 7, 2022.

2. Additionally, I respectfully request that the Clerk of the Court remove me from the list of persons authorized to receive electronic notices in this case.

3. Defendants will continue to be represented in this matter by the DOJ counsel listed below.

4. I certify that on January 4, 2022, I conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the relief requested in this motion.

DATE: January 5, 2022          Respectfully submitted,

JOSEPH C. MURPHY, JR.
United States Attorney

*s/ Audrey M. Calkins*
Audrey M. Calkins (TN BPR # 030093)
Audrey.calkins@usdoj.gov
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Emily Sue Newton*
EMILY SUE NEWTON (VA Bar No. 80745)
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                               */s/ Emily Newton*
                                               Emily Sue Newton