IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01085-STA-jay |
| | ) |
| THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; and ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Before the Court is an Unopposed Motion for to Withdraw as Counsel for Defendants filed by Emily Sue Newton. (ECF No. 69.) For good cause shown, the Motion is **GRANTED**. The Clerk of the Court shall remove Emily Sue Newton from the list of persons authorized to receive electronic notices in this case. Defendants will continue to be represented in this matter by the additional Department of Justice counsel listed on the docket.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: January 11, 2022