*Revised July 2012*

United States District Court for Western District of Tennessee
# MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title

| Plaintiff |
|---|
| Robert Holman |

| Defendant |
|---|
| Thomas J. Vilsack & Zach Ducheneaux |

| Case Number | Judge |
|---|---|
| 1:21-cv-01085 | S. Thomas Anderson |

I, Jeffrey A. Clayman _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
Robert Holman _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Please see attached. | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Clayman | Jeffrey | A |

| Applicant's Firm Name |
|---|
| Southeastern Legal Foundation |

| Applicant's Address | Room/Suite Number |
|---|---|
| 560 West Crossville Road | Suite 104 |

| City | State | Zip Code |
|---|---|---|
| Roswell | Georgia | 30075 |

| Applicant's Email Address |
|---|
| jclayman@southeasternlegal.org |

| Applicant's Phone Number(s) |
|---|
| 770-977-2131 |

Certificate of Consultation

I certify, that after consultation with counsel for Defendants, Audrey M. Calkins, by e-mail on January 14, 2022, Defendants consent to the granting of the instant Motion for Leave to Appear Pro Hac Vice. I further certify that, after consultation with Plaintiff's counsel, Braden H. Boucek, by telephone on January 14, 2022, Plaintiff consents to the granting of the instant Motion for Leave to Appear Pro Hac Vice.

| Date | Electronic Signature of Applicant |
|---|---|
| January 28, 2022 | S/ Jeffrey A. Clayman |

## Jeffrey A. Clayman Bar Admissions

| Court | Date of Admission |
|---|---|
| **State Courts** | |
| Louisiana (Bar No. 30442) | 10/13/2006 |
| Florida (Bar No. 52017) | 04/21/2008 |
| **U.S. Courts of Appeal** | |
| 5th Circuit | 11/07/2007 |
| 6th Circuit | 05/22/2019 |
| 11th Circuit | 03/23/2021 |
| **U.S. District Courts** | |
| E.D. Louisiana | 11/13/2007 |
| M.D. Louisiana | 11/15/2007 |
| W.D. Louisiana | 11/15/2007 |
| N.D. Florida | 03/29/2019 |
| M.D. Florida | 01/05/2012 |
| S.D. Florida | 02/29/2012 |

*Updated: 01/25/2022*

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:   0052017
Jeffrey A Clayman
Southeastern Legal Foundation
322 Edinburgh St
Metairie, LA 70001-6140

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 21, 2008**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 25th day of **January**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-167178

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Jeffrey A Clayman**, Florida Bar # **52017**, was duly admitted to practice in this Court on **February 29, 2012**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on January 26, 2022.



**Angela E. Noble**
*Court Administrator • Clerk of Court*