# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK, in his official** | ) |
| **capacity as Secretary of Agriculture;** | ) |
| **and ZACH DUCHENEAUX, in his official** | ) |
| **capacity as Administrator of the Farm** | ) |
| **Service Agency,** | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Having considered the Motion for Leave to Appear *Pro Hac Vice* of Jeffery A. Clayman (ECF No. 73), and for good cause shown, the Motion is **GRANTED** and Jeffrey A. Clayman is hereby granted leave to appear before the Court *pro hac vice* and participate in the above-captioned action as counsel for Plaintiff Robert Holman.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: January 28, 2022