# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK, in his official** | ) |
| **capacity as Secretary of Agriculture;** | ) |
| **and ZACH DUCHENEAUX, in his official** | ) |
| **capacity as Administrator of the Farm** | ) |
| **Service Agency,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Plaintiff, Robert Holman, respectfully moves this Honorable Court to permit Celia H. O'Leary of Southeastern Legal Foundation to withdraw as counsel of record for Plaintiff and in support hereof respectfully represents:

1. Plaintiff will continue to be represented by Braden H. Boucek and Jeffrey A. Clayman of Southeastern Legal Foundation, as well as William E. Trachman of Mountain States Legal Foundation.

2. This motion is brought so that Ms. O'Leary may focus her attention on other pending legal matters.

3. This granting of this motion will not delay the progress of this matter, which is not presently set for trial.

4. This motion is unopposed.

Dated: <u>January 31, 2022</u>                    Respectfully submitted,

  s/ Celia H. O'Leary
BRADEN H. BOUCEK
TN BPR No. 021399
GA Bar. No. 396831
CELIA H. O'LEARY*
GA Bar No. 747472
JEFFREY A. CLAYMAN*
LA Bar. No. 30442
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
bboucek@southeasternlegal.org
coleary@southeasternlegal.org
jclayman@southeasternlegal.org

WILLIAM E. TRACHMAN*
CO. Bar No. 45684
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
wtrachman@mslegal.org
*Appearing Pro Hac Vice

Counsel for Plaintiff

## CERTIFICATE OF CONSULTATION

I hereby I certify, that after consultation with counsel for Defendants, Audrey M. Calkins, by e-mail on January 14, 2022, Defendants consent to the granting of the instant Motion for Leave to Withdraw Counsel.

Dated: <u>January 31, 2022</u>.

Respectfully submitted,

  s/ Celia H. O'Leary
CELIA H. O'LEARY