IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK,** in his official | ) |
| capacity as Secretary of the United States | ) |
| Department of Agriculture; and **ZACH** | ) |
| **DUCHENEAUX,** in his official capacity | ) |
| as Administrator of the Farm Service Agency, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' RENEWED MOTION TO STAY**

Before the Court is Defendants' Renewed Motion to Stay Proceedings Pending Resolution of Related Class Action. (ECF No. 77.) Plaintiff has responded and opposes the stay. (ECF. No. 78.) For the reasons stated in Defendants' motion and for good cause shown, Defendants' Motion is **GRANTED**. The Court finds that Defendants have met their burden to warrant a stay in this case pending the resolution of the class challenge to the validity of Section 1005 in *Miller v. Vilsack*, 4:21-cv-595 (N.D. Tex.).

Accordingly, this case is **STAYED** pending resolution of the class action in *Miller*. Plaintiff may move to lift the stay for good cause should Plaintiff seek and be permitted to opt-out

of the classes in *Miller* or if the *Miller* court takes action to decertify the classes of which Plaintiff is a member.

    IT IS SO ORDERED.

                                                                s/ S. Thomas Anderson
                                                                S. THOMAS ANDERSON
                                                                 CHIEF UNITED STATES DISTRICT JUDGE

                                                                DATE: February 16, 2022