IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **ROBERT HOLMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:21-cv-01085-STA-jay |
| ) | |
| **THOMAS J. VILSACK, in his official** ) | |
| **capacity as Secretary of Agriculture;** ) | |
| **and ZACH DUCHENEAUX, in his official** ) | |
| **capacity as Administrator of the Farm** ) | |
| **Service Agency,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Plaintiff, Robert Holman, respectfully moves this Honorable Court to permit Jeffrey A. Clayman of Southeastern Legal Foundation to withdraw as counsel of record for Plaintiff and in support hereof respectfully represents:

1. Plaintiff will continue to be represented by Braden H. Boucek of Southeastern Legal Foundation, as well as William E. Trachman of Mountain States Legal Foundation.

2. This motion is brought because Mr. Clayman will be taking a position with another organization.

3. This granting of this motion will not delay the progress of this matter, which is not presently set for trial.

4. This motion is unopposed.

Dated: September 2, 2022                Respectfully submitted,

   s/ Jeffrey A. Clayman
BRADEN H. BOUCEK
TN BPR No. 021399
GA Bar. No. 396831
JEFFREY A. CLAYMAN*
LA Bar. No. 30442
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
bboucek@southeasternlegal.org
coleary@southeasternlegal.org
jclayman@southeasternlegal.org

WILLIAM E. TRACHMAN*
CO. Bar No. 45684
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
wtrachman@mslegal.org
*Appearing Pro Hac Vice

Counsel for Plaintiff

**CERTIFICATE OF CONSULTATION**

I hereby I certify, that after consultation with counsel for Defendants, Kyla M. Snow, by e-mail on September 2, 2022, Defendants consent to the granting of the instant Motion for Leave to Withdraw Counsel.

Dated: September 2, 2022.               s/ Jeffrey A. Clayman
                                                                               JEFFREY A. CLAYMAN