IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     No. 1:21-cv-01085-STA-jay |
| | ) |
| THOMAS J. VILSACK, in his official | ) |
| capacity as Secretary of Agriculture; | ) |
| and ZACH DUCHENEAUX, in his official | ) |
| capacity as Administrator of the Farm | ) |
| Service Agency, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW COUNSEL

Having considered Plaintiff's Motion for Leave to Withdraw Counsel (ECF No. 80), and for good cause shown, the Motion is **GRANTED**. Leave is hereby given for Jeffrey A. Clayman to withdraw as counsel of record for Plaintiff. Plaintiff will continue to be represented by additional counsel for Southeastern Legal Foundation and Mountain States Legal Foundation as indicated on the docket.

IT IS SO ORDERED.

                                                                               s/ S. Thomas Anderson
                                                                               S. THOMAS ANDERSON
                                                                               CHIEF UNITED STATES DISTRICT JUDGE

                                                                               Date: September 2, 2022