# Exhibit A

*Joint Stipulation of Dismissal*

*ECF No. 236, Miller v. Vilsack, No. 4:21-cv-595 (N.D. Tex.)*

*August 29, 2022*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **Sid Miller**, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>**Tom Vilsack**, in his official capacity as Secretary of Agriculture,<br><br>              Defendant,<br><br>and<br><br>**Federation of Southern Cooperatives/Land Assistance Fund**, et al.<br><br>              Intervenors. | Case No. 4:21-cv-00595-O |

## JOINT STIPULATION OF DISMISSAL

The parties stipulate to dismiss this action without prejudice. *See* Fed. R. Civ. P. 41. The parties agree the constitutional challenge to Section 1005 is moot. Notice to the class is not necessary because the dismissal is without prejudice and does not bind the members of the class. *See* Fed. R. Civ. P. 23(e).

                                              Respectfully submitted.

| | |
|---|---|
| /s/ Jonathan F. Mitchell<br>JONATHAN F. MITCHELL<br>Texas Bar No. 24075463<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>LESLEY FARBY<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch<br><br>/s/ Michael F. Knapp<br>MICHAEL F. KNAPP |

| | |
|---|---|
| *Counsel for Plaintiffs and the Certified Classes* | Kyla M. Snow<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| /s/ Chase J. Cooper<br>Chase J. Cooper<br>Texas Bar No. 24087342<br>Winston & Strawn LLP<br>2121 N. Pearl Street, Suite 900<br>Dallas, Texas 75201<br>(214) 453-6500 (phone)<br>ccooper@winston.com | 1100 L Street, NW<br>Washington, D.C. 20005<br>(202) 305-8356 (phone)<br>(202) 616-8460 (fax)<br>michael.f.knapp@usdoj.gov<br>kyla.snow@usdoj.gov<br><br>*Counsel for Defendant* |
| *Counsel for Intervenor* | |
| /s/ David Muraskin<br>David Muraskin<br>1620 L Street NW, Suite 630<br>Washington, D.C. 20036<br>(202) 797-8600 (phone)<br>dmuraskin@publicjustice.net | |
| *Counsel for Intervenor* | |
| Dated: August 29, 2022 | |

CERTIFICATE OF SERVICE

I certify that on August 29, 2022, I served this document through CM/ECF upon:

Michael F. Knapp
Kyla M. Snow
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8356 (phone)
(202) 616-8460 (fax)
michael.f.knapp@usdoj.gov
kyla.snow@usdoj.gov

*Counsel for Defendants*

Chase J. Cooper
Winston & Strawn LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
(214) 453-6500 (phone)
ccooper@winston.com

*Counsel for Intervenor*

David Muraskin
1620 L Street NW, Suite 630
Washington, D.C. 20036
(202) 797-8600 (phone)
dmuraskin@publicjustice.net

*Counsel for Intervenor*

                                    /s/ Jonathan F. Mitchell
                                    Jonathan F. Mitchell
                                    *Counsel for Plaintiffs and*
                                    *the Certified Classes*