# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

_____

| | |
|---|---|
| **ROBERT HOLMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-01085-STA-jay |
| | ) |
| **THOMAS J. VILSACK,** in his official capacity as Secretary of Agriculture; and **ZACH DUCHENEAUX,** in his official capacity as Administrator of the Farm Service Agency, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

_____

## JOINT STIPULATION OF DISMISSAL
_____

In light of the repeal of Section 1005, the Parties agree that Plaintiff's challenge to Section 1005 is moot and therefore stipulate to dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff reserves the right to file subsequent motions for cost and attorneys' fees.

Dated: September 14, 2022	Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Kyla M. Snow*
KYLA M. SNOW (Ohio Bar No. 96662)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

1

Tel: (202) 514-3259 / Fax: (202) 616-8460
Kyla.snow@usdoj.gov

*Counsel for Defendants*

 s/ B.H. Boucek
BRADEN H. BOUCEK
TN BPR No. 021399
GA Bar No. 396831
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: 770/977-2131
bboucek@southeasternlegal.org

WILLIAM E. TRACHMAN*
CO. Bar No. 45684
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
wtrachman@mslegal.org
*Appearing Pro Hac Vice

Counsel for Plaintiff

2