UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**ROBERT HOLMAN,**                                            **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**THOMAS J. VILSACK, ET AL.,**                   **CASE NO: 21-1085-STA-jay**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION** of Dismissal entered on September 14, 2022, this cause is hereby **DISMISSED without prejudice.**


                                                                **APPROVED:**

**s/ S. Thomas Anderson**
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 9/15/2022**                            **THOMAS M. GOULD**
                                                   **Clerk of Court**

                                                           **s/Maurice B. BRYSON**

                                                     **(By)   Deputy Clerk**