## Braden Boucek

| | |
|---|---|
| **From:** | cmecfhelpdesk@tnwd.uscourts.gov |
| **Sent:** | Wednesday, June 2, 2021 2:40 PM |
| **To:** | courtmail@tnwd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-01085 Holman v. Vilsack et al "Complaint" |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Western District of Tennessee

## Notice of Electronic Filing

The following transaction was entered by Boucek, Braden on 6/2/2021 at 2:39 PM CDT and filed on 6/2/2021

| | |
|---|---|
| **Case Name:** | Holman v. Vilsack et al |
| **Case Number:** | 1:21-cv-01085 |
| **Filer:** | Robert Holman |
| **Document Number:** | 1 |

**Docket Text:**

**COMPLAINT against All Defendants (Filing fee $ 402 receipt number ATNWDC-3622754), filed by Robert Holman. (Attachments: # (1) Civil Cover Sheet, # (2) Summons, # (3) Summons)(Boucek, Braden)**

**1:21-cv-01085 Notice has been electronically mailed to:**

Braden H. Boucek    bboucek@southeasternlegal.org

**1:21-cv-01085 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1059513201 [Date=6/2/2021] [FileNumber=4170095-0]
[a05394a935407f40034b6d6f5ecc29a430c7758b318f00c5aba96e658ebf435f4ae0
443e4240648a45f4af450223e1e355a3f2408e2c428079889d015b086ab6]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:21-cv-01085 |
| | ) |
| THOMAS J. VILSACK, in his official | )   JUDGE ANDERSON |
| capacity as Secretary of the United States | ) |
| Department of Agriculture, and | )   MAGISTRATE JUDGE YORK |
| | ) |
| ZACH DUCHENEAUX, in his official | ) |
| capacity as Administrator of the Farm Service | ) |
| Agency, | ) |
| | ) |
| Defendants. | ) |

---

## AFFIDAVIT OF SERVICE

---

I, Celia H. O'Leary, first being duly sworn, depose and state the following:

1.     I am over the age of eighteen years and am in all respects competent to make this affidavit.

2.     I am an attorney for Plaintiff Robert Holman, admitted *pro hac vice*.

3.     Pursuant to Federal Rule of Civil Procedure Rule 4(l) and LR 4.1, I hereby certify that service, in the above-styled case, of the Complaint and Clerk issued Summons, have taken place in the following manner.

4.     Defendant Thomas Vilsack was served by certified mail with return receipt requested (green card) on June 3, 2021.  His office received the documents on June 8, 2021, as evidenced by the signature and date of the green card.  A copy of the certified mail receipt and green card are attached as Exhibit 1.

5.     The United States Attorney General was served by certified mail with return receipt requested (green card) on June 3, 2021. Its office received the documents on June 10, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as Exhibit 2.

6.     The United States Attorney for the Western District of Tennessee was served by certified mail with return receipt requested (green card) on June 3, 2021. Its office received the documents on June 7, 2021, as evidenced by the signature and date of the green card. A copy of the certified mail receipt and green card are attached as Exhibit 3.

7.     Defendant Zach Ducheneaux was served by certified mail with return receipt requested (green card) on June 3, 2021. His office received the documents on June 14, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as Exhibit 4.

8.     Emily Newton of the United States Department of Justice Federal Programs Branch was served by certified mail with return receipt requested (green card) on June 3, 2021. Her office received the documents on June 10, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as Exhibit 5.

9.     The United States Department of Justice Civil Process Clerk was served by certified mail with return receipt requested (green card) on June 3, 2021. Its office received the documents on June 10, 2021, as evidenced by the United States Postal Service

Tracking System. A copy of the certified mail receipt and tracking information are attached as Exhibit 6.

10.    Kyla Snow of the United States Department of Justice Federal Programs Branch was served by certified mail with return receipt requested (green card) on June 3, 2021. Her office received the documents on June 14, 2021, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as Exhibit 7.

Further, affiant sayeth not.

This 14th day of June, 2021.

By:    Celia H. O'Leary
        Celia H. O'Leary
        Georgia Bar No. 747472
        Southeastern Legal Foundation
        560 West Crossville Rd., Suite 104
        Roswell, GA 30075
        (770) 977-2131
        coleary@southeasternlegal.org
        Attorney for Plaintiff
        *Admitted Pro Hac Vice*

Subscribed and sworn to before me this 14th day of June, 2021.

Notary Public

My commission expires: 2/11/24

D. GROSSMAN
NOTARY
EXPIRES
GEORGIA
FEBRUARY 11, 2024
PUBLIC
COBB COUNTY

3

Exhibit 2

# **Exhibit 1**

Exhibit 2

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL SER

Certified Mail Fee
$ 3.60      7.20

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $ 5.10
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.60      3.60

Total Postage and Fees
$          6.50

Sent To
Thomas J. Vilsack, Sec. of Agriculture
Street and Apt. No., or PO Box No.
1400 Independence Ave SW
City, State, ZIP+4®
Washington, DC 20250

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

THE UPS STORE 3423

CERTIFIED MAIL

JUN 0 2021
Postmark Here

Exhibit 2

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas J. Vilsack
Secretary of Agriculture
1400 Independence Ave. SW
Washington, DC 20250

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5563 9249 0273 01

2. Article Number *(Transfer from service label)*

7020 1290 0002 1494 4863

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery
OES | 6-8-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt

Exhibit 2

# **<u>Exhibit 2</u>**

Exhibit 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$ 3.60                                    7.20

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ 3.60
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.80                                    3.60

Total Postage and Fees
$                                          6.50

Sent To
Hon. Merrick Garland, U.S. Atty Gen.

Street and Apt. No., or PO Box No.
950 Pennsylvania Ave. NW

City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7019 0700 0000 8627 5323

THE UPS STORE 3423

CERTIFIED MAIL
Postmark Here
JUL 03 2021

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 70190700000086275323

Remove ✕

Your item was delivered at 4:56 am on June 10, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

June 10, 2021 at 4:56 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                  ⌄

---

**Tracking History**                                                       ⌄

---

**Product Information**                                                    ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Exhibit 2

# FAQs

Feedback

Case 1:21-cv-01085-STA-jay Document 16-3 Filed 06/14/22 Page 1 of 30 PageID 445
Case 1:21-cv-01085-STA-jay Document 16-3 Filed 06/14/22 Page 12 of 30
PageID 1358
Exhibit 2

# Exhibit 3

Exhibit 2

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

CERTIFIED MAIL

THE UPS STORE 3423

JUN 03 2021

Postmark Here

Certified Mail Fee
$ 7.80

Extra Services & Fees *(check box, add fee as appropriate)*
☒ Return Receipt (hardcopy)        $ 5.20
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
3.60

Total Postage and Fees
$ 16.50

Sent To  Joseph Murphy, US Atty W.D. Tenn.
Street and Apt. No., or PO Box No.
167 North Main Street Suite 800
City, State, ZIP+4®
Memphis, TN 38103

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 0700 0000 8627 5309

Exhibit 2

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

C 19

B. Received by (Printed Name)     C. Date of Delivery

6-7-2

1. Article Addressed to:

Joseph Murphy
U.S. Attorney, Western Dist. of Tennessee,
167 North Main Street
Suite 800
Memphis, TN 38103

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 5327 9154 2872 34

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...ed Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7019 0700 0000 8627 5309

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

Exhibit 2

# **Exhibit 4**

Exhibit 2

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$  7.20

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $  5.20
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$  3.60

Total Postage and Fees
$  16.50

Sent To
_Zach Ducheneaux, Farm Service Agency, USDA_
Street and Apt. No., or PO Box No.
_1400 Independence Ave SW  STOP  0506_
City, State, ZIP+4®
_Washington, DC  20250 - 0506_

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

THE UPS STORE 3423

CERTIFIED MAIL
Postmark
Here
JUN 03 2021

7020 1290 0002 1494 4856

Exhibit 2

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 70201290000214944856

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 7:16 am on June 14, 2021 in WASHINGTON, DC 20250.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 14, 2021 at 7:16 am
WASHINGTON, DC 20250

Feedback

Get Updates  ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less  ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Exhibit 2

**FAQs**

Feedback

# **Exhibit 5**

Exhibit 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| Certified Mail Fee | | |
|---|---|---|
| $ | 7.20 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ 5.20
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $

Postage
$ 3.60

Total Postage and Fees
$ 16.50

THE UPS STORE 3423

CERTIFIED MAIL

Postmark
Here

JUL 03 2021

Sent To
Emily Newton, US Dept of Just.

Street and Apt. No., or PO Box No.
20 Massachusetts Ave NW

City, State, ZIP+4®
Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7019 0700 0000 8627 5316

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 70190700000086275316                    Remove ✕

Your item was delivered at 4:56 am on June 10, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

June 10, 2021 at 4:56 am
WASHINGTON, DC 20530

**Get Updates** ∨

Feedback

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| Product Information | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Exhibit 2

# FAQs

Feedback

Case 1:21-cv-10085-STA-jay Document 85 Filed 06/14/22 Page 1 of 30 PageID 456
Case 1:21-cv-10085-STA-jay Document 16-6 Filed 04/29/22 Page 23 of 30 PageID 1369
Exhibit 2

# Exhibit 6

Exhibit 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | |
| $ | 7.20 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ 5.60 |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | 3.60 |
| Total Postage and Fees | |
| | 16.50 |

Postmark Here — JUN 03 2021 — THE UPS STORE 3423 — CERTIFIED MAIL

7019 0700 0000 8627 5330

Sent To U.S. Dept. of Just. Civil Process Clerk
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

FAQs ›

**Track Another Package** +

**Tracking Number:** 70190700000086275330

Remove ✕

Your item was delivered at 4:56 am on June 10, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

June 10, 2021 at 4:56 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Exhibit 2

# FAQs

Feedback

Exhibit 2

# **Exhibit 7**

Exhibit 2



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$ 3.60          7.29

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)      $ 5.70
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.80          3.60

Total Postage and Fees
$          6.50

Sent To
Kyla Snow   US Dept. of Just. Fed. Programs

Street and Apt. No., or PO Box No.
1100 L Street NW

City, State, ZIP+4®
Washington, DC 20005

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

CERTIFIED MAIL
THE UPS STORE 3423
Postmark Here
JUN 03 2021

Exhibit 2

# USPS Tracking®

FAQs >

### Track Another Package ✛

**Tracking Number:** 70190700000086275293

Remove ✕

Your item was delivered at 4:49 am on June 14, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

June 14, 2021 at 4:49 am
WASHINGTON, DC 20530

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Exhibit 2

**FAQs**

Feedback