

**Thomas M. Gould**
*Clerk of Court*

# United States District Court
# Western District of Tennessee

**Federal Building**
**167 North Main Street, Suite 242**
**Memphis, Tennessee 38103**
*901-495-1200 (Telephone)*
*901-495-1250 (Facsimile)*
*Tom_Gould@tnwd.uscourts.gov*

**Federal Building**
**111 South Highland, Room 262**
**Jackson, Tennessee 38301**
*731-421-9200 (Telephone)*
*731-421-9210 (Facsimile)*

September 30, 2022

Re:     Robert Holman v. Thomas J. Vilsack, et al.
        Civil Case No. 1:21-cv-1085-STA-jay

Dear Counsel:

You are hereby notified that a telephonic hearing on taxation of costs is set before the Clerk of Court on **Thursday, November 3, 2022 at 10:00 AM.**   The call-in number for this hearing is as follows:

        Call-in Number: (888) 675-2535
        Access code: 6729060
        Security code (if prompted): 9457

Please email Kelly Sherfey at Kelly_Sherfey@tnwd.uscourts.gov if you encounter any difficulty joining this conference call.

You may appear at that time and make any oral argument you believe relevant, but you are not required to. The Clerk of Court will accept any relevant citation of law and/or written memorandum in support of or in opposition to awarding costs that the parties wish to submit, but such submissions must be received by the Clerk and delivered by mail or electronically, as required by the Local Rules, to the opposing party **no less than five (5) days** prior to the scheduled hearing.   Appearance at this hearing and submission of relevant case citations and/or memorandum is completely optional.   Counsel should also contact the Clerk no less than 24 hours prior to the hearing if they do not plan on appearing.

Sincerely,

Thomas M. Gould, Clerk of Court
by:   s/Kelly Sherfey
Administrative Attorney
United States District Court
Western District of Tennessee