# EXHIBIT C

| Date | User | Duration/Quantity | Description |
|---|---|---|---|
| 5/18/2021 | Braden Boucek | 0.20 | Email exchange with K. Hermann re: recent temporary restraining order issued in case challenging similar provisions. |
| 5/28/2021 | Braden Boucek | 3.30 | Drafting complaint. |
| 5/31/2021 | Braden Boucek | 3.00 | Drafting motion and memorandum for TRO/PI. |
| 6/2/2021 | Braden Boucek | 3.00 | Drafting complaint and verifying details withclient; meeting with K. Hermann regarding complaint |
| 6/2/2022 | Braden Boucek | 0.20 | Email exchange with K. Hermann and Attorney Trachman regarding facts relating to case; right to consent to magistrate. |
| 6/3/2021 | Braden Boucek | 0.90 | Drafting and editing motion for preliminary injunction. |
| 6/5/2021 | Braden Boucek | 2.10 | Drafting motion for preliminary injunction. |
| 6/7/2021 | Braden Boucek | 0.10 | Drafting motion for an injunction. |
| 6/7/2021 | Braden Boucek | 0.10 | Email exchange with Attorney Randy Chen, counsel for intervenor, regarding stance on intervention motion. |
| 6/8/2021 | Braden Boucek | 0.10 | Email exchange with Attorney Chen regarding position on motion for intervention. |
| 6/8/2021 | Braden Boucek | 0.10 | Email to Attorney Joe Murphy, opposing counsel and Acting United States Atttorney, notifying him of setting of hearing for preliminary injunction hearing. |
| 6/8/2021 | Braden Boucek | 0.10 | Email exchange with Emily Newton, opposing counsel, opposing request to reset motion for preliminary injunction. |
| 6/9/2021 | Braden Boucek | 0.10 | Phone call with Mr. Holman regarding setting of Phone call with Mr. Holman regarding setting of preliminary injunction hearing. |
| 6/9/2021 | Braden Boucek | 0.10 | Emailing Attorney Newton regarding opposition to resetting the motion for preliminary injunction. |
| 6/9/2021 | Braden Boucek | 1.00 | Drafting a response in opposition to motion to continue Pl. |
| 6/10/2021 | Braden Boucek | 0.10 | Emailing with Mr. Holman, updating him on postponement of hearing. |
| 6/12/2021 | Braden Boucek | 0.20 | Reviewing TRO from ED Wisconsin (Faust). |
| 6/22/2021 | Braden Boucek | 1.50 | Researching for reply in Holman Pl. Reviewing Gov't responses in related cases. |
| 6/23/2021 | Braden Boucek | 3.40 | Researching for reply in Holman Pl. Reviewing Gov't responses in related cases. |
| 6/24/2021 | Braden Boucek | 6.20 | Researching for reply in Holman Pl. Reviewing gov't response. Drafting reply brief. |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 6/24/2021 | Braden Boucek | | 1.00 | Meeting with K. Hermann and Attorney Trachman to review preliminary injunction pleadings, strategy, and reply brief research. |
| 6/25/2021 | Braden Boucek | | 5.30 | Researching for reply in Holman Pl. Reviewing gov't response. Drafting reply brief. |
| 6/26/2021 | Braden Boucek | | 0.10 | Emailing Mr. Holman updating with response to motion to preliminary injunction. |
| 6/26/2021 | Braden Boucek | | 0.10 | Reviewing email from Attorneys Snow and Feldon, counsel for the government in this case and other farm loan matter in WDTenn, regarding Plaintiff's Position on Consolidation with Holman |
| 6/26/2021 | Braden Boucek | | 0.10 | Email to Attorneys Snow and Feldon regarding Plaintiff's Position on Consolidation with Holman. |
| 6/26/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding extension of page limits in response. |
| 6/26/2021 | Braden Boucek | | 0.10 | Reviewing email from with Attorney Newton regarding opposition to resetting the motion for preliminary injunction. |
| 6/26/2021 | Braden Boucek | | 3.40 | Editing reply brief. |
| 6/27/2021 | Braden Boucek | | 2.40 | Editing reply brief. |
| 6/28/2021 | Braden Boucek | | 3.00 | Preparing for preliminary injunction argument; reviewing case notes and editing, conferring with Attorney Trachman. |
| 6/29/2021 | Braden Boucek | | 3.00 | Arguing motion for preliminary injunction. |
| 7/1/2021 | Braden Boucek | | 0.60 | Discussion with K. Hermann regarding preliminary injunction hearing. |
| 7/7/2021 | Braden Boucek | | 1.20 | Drafting response to motion to intervene. |
| 7/8/2021 | Braden Boucek | | 0.20 | Phone call with Attorney Chen to discuss an agreement on intervention. |
| 7/8/2021 | Braden Boucek | | 0.10 | Email to Attorney Chen regarding intervention. |
| 7/8/2021 | Braden Boucek | | 0.20 | Conferring with C. O'Leary and Attorney Trachman and Attorney Bartkus regarding NBFA and AAIF's conditional motion to intervene. |
| 7/12/2021 | Braden Boucek | | 0.80 | Reviewing Pl order. |
| 7/14/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding exceeding page limits for motion to stay proceedings. |
| 7/18/2021 | Braden Boucek | | 1.00 | Researching class actions for the response to motion to stay. |
| 7/25/2021 | Braden Boucek | | 1.50 | Researching and editing for response to motion to stay. |
| 7/30/2021 | Braden Boucek | | 0.10 | Emailing Attorney Snow regarding answer deadline. |
| 7/30/2021 | Braden Boucek | | 1.00 | Telephone call with Attorney Trachman re: discovery and answers. |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 7/31/2021 | Braden Boucek | | 0.10 | Emailing Attorney Snow regarding rescheduling a scheduling conference. |
| 7/31/2021 | Braden Boucek | | 0.10 | Emailing to Attorney Snow setting up time for scheduling conference. |
| 7/31/2021 | Braden Boucek | | 0.10 | Emailing to Attorney Snow setting up time for scheduling conference. |
| 7/31/2021 | Braden Boucek | | 0.10 | Emailing to Attorney Snow setting up time for scheduling conference. |
| 7/31/2021 | Braden Boucek | | 0.10 | Emailing Attorney Chen regarding agreed Proposed Order re: Conditional Motion to Intervene |
| 8/2/2021 | Braden Boucek | | 0.10 | Reviewing email from Ms. Snow regarding our position on motion to seek leave to file a reply. |
| 8/2/2021 | Braden Boucek | | 0.10 | Emailing Attorney Snow opposing motion to seek leave to file a reply on the motion to stay. |
| 8/3/2021 | Braden Boucek | | 0.50 | Telephone call with Attorney Trachman re: Holman order and case status. |
| 8/4/2021 | Braden Boucek | | 0.10 | Reviewing email from Attorney Snow regarding Holman - case schedule |
| 8/4/2021 | Braden Boucek | | 0.10 | Emailing to Attorney Snow regarding scheduling re: Holman, case schedule |
| 8/4/2021 | Braden Boucek | | 0.10 | Reviewing email from Attorney Snow regarding scheduling - RE: Holman - case schedule |
| 8/4/2021 | Braden Boucek | | 0.10 | Telephone call with Mr. Holman regarding motion to stay and case scheduling order. |
| 8/11/2021 | Braden Boucek | | 0.50 | Telephone call with Attorney Trachman to discuss strategy for scheduling. |
| 8/12/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Newton about scheduling order. |
| 8/12/2021 | Braden Boucek | | 0.50 | Reviewing and editing proposed case management order. |
| 8/12/2021 | Braden Boucek | | 0.10 | Emailing to Attorney Newton about proposed scheduling order. |
| 8/16/2021 | Braden Boucek | | 0.30 | Reviewing copy of proposed scheduling order. |
| 8/17/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Newton regarding proposed scheduling order. |
| 8/22/2021 | Braden Boucek | | 0.30 | Researching the 1008 (debt forgiveness issue) in preparation for motion to dismiss. |
| 8/23/2021 | Braden Boucek | | 0.70 | Researching the 1008 (debt forgiveness issue) in preparation for motion to dismiss. |
| 8/23/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Chen regarding Position on Motion - Withdrawal as Counsel. |
| 9/6/2021 | Braden Boucek | | 0.10 | Telephone call to Mr. Holman regard ing case update. |
| 9/17/2021 | Braden Boucek | | 0.10 | Telephone call to Mr. Holman discussing case status. |

| Date | Attorney | | Hours | Description |
|---|---|---|---|---|
| 9/17/2021 | Braden Boucek | | 0.50 | Reviewing and editing drafts of first discovery requests. |
| 9/23/2021 | Braden Boucek | | 0.20 | Telephone call with Attorney Trachman regarding requests for discovery. |
| 9/24/2021 | Braden Boucek | | 0.40 | Reviewing and editing discovery requests. |
| 9/25/2021 | Braden Boucek | | 0.60 | Reviewing and editing discovery requests. |
| 9/28/2021 | Braden Boucek | | 0.10 | Email exchange with Ms. Snow with Plaintiff's First Set of Discovery Responses. |
| 9/29/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding discovery and scheduling conference. |
| 9/29/2021 | Braden Boucek | | 0.30 | Conferring with J. Clayman re: response to government's email objecting to commencement of discovery and other pretrial issues. |
| 9/30/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding timing of discovery and scheduling, |
| 9/30/2021 | Braden Boucek | | 0.50 | Preparing for Holman scheduling conference, reviewing competing scheduling orders, prior email correspondence with opposing counsel, and judge's instructions. |
| 10/6/2021 | Braden Boucek | | 0.30 | Confer with J. Clayman on Holman scheduling conference strategy. |
| 10/7/2021 | Braden Boucek | | 0.40 | Attending scheduling conference in Jackson, TN. |
| 10/7/2021 | Braden Boucek | | 0.30 | Conferring with J. Clayman re: preparation for in-person scheduling conference. |
| 10/11/2021 | Braden Boucek | | 0.10 | Email with Attorney Snow regarding proposed scheduling dates. |
| 10/11/2021 | Braden Boucek | | 0.40 | Conferring with C. O'Leary, Attorney Trachman, and Attorney Bartkus regarding proposed dates for scheduling order. |
| 10/13/2021 | Braden Boucek | | 0.50 | Conferring with J. Clayman and Attorney Trachman re: strategy for responding to defendants' motion to dismiss. |
| 10/14/2021 | Braden Boucek | | 0.80 | Reviewing motion to dismiss, and researching article III standing and causes of action. |
| 10/14/2021 | Braden Boucek | | 0.10 | Email with Attorney Snow regarding entry of scheduling order. |
| 10/14/2021 | Braden Boucek | | 0.40 | Telephone conference with J. Clayman re: strategy for opposition to defendants' motion to dismiss. |
| 10/14/2021 | Braden Boucek | | 0.20 | Emailing Attorney Trachman and J. Clayman regarding injury theory for motion to reconsider. |
| 10/15/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding proposed scheduling order and position regarding motion to reconsider motion to stay. |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 10/15/2021 | Braden Boucek | | 0.70 | Reviewing motion to dismiss; discussion with K. Hermann re: response to motion to dismiss. |
| 10/16/2021 | Braden Boucek | | 0.10 | Reviewing email from Attorney Snow with submitted scheduling order. |
| 10/17/2021 | Braden Boucek | | 1.20 | Reviewing motion to reconsider. |
| 10/18/2021 | Braden Boucek | | 4.70 | Drafting response to motion to reconsider. |
| 10/19/2022 | Braden Boucek | | 0.10 | Telephone call with Mr. Holman updating him on motion to dismiss, case schedule, and motion to stay. |
| 10/21/2022 | Braden Boucek | | 5.10 | Drafting response to motion to reconsider motion to stay. |
| 10/21/2022 | Braden Boucek | | 0.10 | Email with Mr. Holman with schedule for case |
| 10/22/2021 | Braden Boucek | | 0.10 | Drafting response to motion to reconsider motion to stay. |
| 10/22/2021 | Braden Boucek | | 2.80 | Editing response to motion to dismiss. |
| 10/22/2021 | Braden Boucek | | 0.70 | Conferring with Attorney Trachman and J. Clayman re: "loss to the Secretary" argument in response to defendants' motion to dismiss. |
| 10/25/2021 | Braden Boucek | | 0.70 | Editing response to motion to dismiss, and researching equal protection standards, as well as implied causes of action. |
| 10/25/2021 | Braden Boucek | | 5.50 | Reviewing motion to dismiss and researching cause of action for future loan eligibility. |
| 10/25/2021 | Braden Boucek | | 0.10 | Emailing Mr. Holman informing him that the judge had issued a temporary stay pending ruling on the motion to dismiss. |
| 10/25/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding filing deadlines for motion to dismiss in light of order granting partial motion to stay. |
| 10/26/2021 | Braden Boucek | | 4.40 | Editing response to motion to dismiss and drafting cause of action section for motion to dismiss response. |
| 10/26/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding dates for motion to dismiss, response, and replies. |
| 10/26/2021 | Braden Boucek | | 0.80 | Conferring with J. Clayman and W. Trachman re: defendants' position that discovery is stayed. |
| 10/27/2021 | Braden Boucek | | 5.80 | Editing response to motion to dismiss |
| 10/28/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow about extension for the reply to motion to dismiss. |
| 10/28/2021 | Braden Boucek | | 0.10 | Telephone call with Mr. Holman regarding case status update. |
| 11/4/2021 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding leave to file excess pages in reply. |
| 11/6/2021 | Braden Boucek | | 0.40 | Reviewing reply to motion to dismiss. |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 11/19/2021 | Braden Boucek | | 0.40 | Reviewing Kent decision and pending motion to dismiss. |
| 11/19/2021 | Braden Boucek | | 0.20 | Strategy call with Attorney Trachman re: supplemental authority. |
| 12/7/2021 | Braden Boucek | | 0.40 | Conferring with Attorney Trachman re: next steps in case. |
| 12/8/2021 | Braden Boucek | | 0.50 | Drafting and editing notice of supplemental authority (Kent opinion) for motion to reconsider stay. |
| 12/9/2021 | Braden Boucek | | 0.10 | Reviewing order regarding notices of supplemental authority. |
| 12/9/2021 | Braden Boucek | | 0.10 | Email exchange with J. Clayman, C. O'Leary, and K. Hermann re: order on notices of supplemental authority. |
| 1/4/2022 | Braden Boucek | | 0.10 | Email exchange with Attorney Newton regarding her motion to withdraw as counsel. |
| 1/14/2022 | Braden Boucek | | 0.10 | Email exchange with Attorneys Snow, Caulkins and Newton regarding substituting in J. Clayman for C. O'Leary, and appearing pro hac vice, |
| 1/14/2022 | Braden Boucek | | 0.10 | Telephone call to Mr. Holman regarding substitution of Attorney Clayman for O'Leary. |
| 1/26/2022 | Braden Boucek | | 0.30 | Reviewing order granting motion to dismiss. |
| 1/26/2022 | Braden Boucek | | 0.10 | Telephone call with Mr. Holman regarding the motion to dismiss order. |
| 1/27/2022 | Braden Boucek | | 1.10 | Reviewing motion to dismiss order and Cobb declaration. |
| 1/27/2022 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow regarding opposition to motion to stay. |
| 1/28/2022 | Braden Boucek | | 0.60 | Conferring with Attorney Trachman, J. Clayman re: case strategy in view of order of partial dismissal. |
| 1/30/2022 | Braden Boucek | | 0.10 | Emailing Mr. Trachman regarding research assignments in opposition to motion to stay. |
| 1/31/2022 | Braden Boucek | | 0.10 | Email exchange with W. Trachman about researching class actions for Holman response to stay. |
| 1/31/2022 | Braden Boucek | | 0.70 | Reviewing documents for response to motion to stay. |
| 2/1/2022 | Braden Boucek | | 0.30 | Reviewing defendants' motion to stay. |
| 2/4/2022 | Braden Boucek | | 3.10 | Drafting response to renewed motion to stay. |
| 2/6/2022 | Braden Boucek | | 2.40 | Drafting response to renewed motion to stay. |
| 2/7/2022 | Braden Boucek | | 4.30 | Drafting response to renewed motion to continue. |
| 2/7/2022 | Braden Boucek | | 0.50 | Telephone call with Attorney Trachman re: Holman case status and next steps. |
| 2/11/2022 | Braden Boucek | | 1.40 | Reviewing renewed opposition to motion to stay. |

| Date | Attorney | | Hours | Description |
|---|---|---|---|---|
| 2/11/2022 | Braden Boucek | | 0.20 | Conferring with J. Clayman re: opposition to defendants' renewed motion to stay. |
| 2/14/2022 | Braden Boucek | | 0.60 | Reviewing edits from W. Trachman and J. Clayman on response to renewed motion to stay. |
| 2/15/2022 | Braden Boucek | | 2.70 | Editing opposition to motion for renewed motion to stay. |
| 2/16/2022 | Braden Boucek | | 0.10 | Texting with Mr. Holman updating him on filing of stay and response. |
| 2/16/2022 | Braden Boucek | | 0.10 | Telephone call with Mr. Holman discussing the stay and Miller case. |
| 2/16/2022 | Braden Boucek | | 0.10 | Reviewing email from Attorney Trachman regarding staying of matter. |
| 2/16/2022 | Braden Boucek | | 0.10 | Reviewing email from Attorney Snow re: motions to administratively stay deadlines, nunc pro tunc. |
| 3/7/2022 | Braden Boucek | | 0.50 | Reviewing updated pleadings in *Kent*. |
| 3/10/2022 | Braden Boucek | | 0.10 | Emailing with J. Clayman regarding research for justifications for racial classifications. |
| 4/14/2022 | Braden Boucek | | 0.10 | Reviewing updates in *Miller v. Vilsak*. |
| 5/13/2022 | Braden Boucek | | 0.10 | Emailing Mr. Holman with update on his case and other farm loan cases. |
| 6/17/2022 | Braden Boucek | | 0.60 | Preparing to update Mr. Holman on case status; reviewing pleadings and status of the Miller case. |
| 6/17/2022 | Braden Boucek | | 0.10 | Email exchange with Mr. Holman, J. Clayman, and Attorney Trachman with update for Holman case and related litigation. |
| 7/2/2022 | Braden Boucek | | 0.10 | Email exchange with Mr. Holman regarding change of address. |
| 8/15/2022 | Braden Boucek | | 0.20 | Email exchange Attorney Trachman re: attorneys' fees discussion. |
| 8/16/2022 | Braden Boucek | | 0.20 | Emailing AttorneyTrachman re: attorneys' fees, and prevailing party in the Sixth Circuit. |
| 8/16/2022 | Braden Boucek | | 0.50 | Telephone call with Attorney Trachman re: mootness and attorneys' fees. |
| 8/19/2022 | Braden Boucek | | 0.10 | Emailing Mr. Holman and J. Clayman with weekly update for August 19, 2022. |
| 8/31/2022 | Braden Boucek | | 0.70 | Researching attorneys' fees under EAJA. |
| 8/31/2022 | Braden Boucek | | 0.10 | Emailing Ms. Snow and Mr. Trachman with question regarding negotiating fees and costs. |
| 9/2/2022 | Braden Boucek | | 0.30 | Emailing Attorney Snow, Attorney Knapp, and Attorney Trachman with response regarding settling attorney fees and costs. |
| 9/2/2022 | Braden Boucek | | 0.10 | Telephone call with Mr. Holman, updating him on settlement discussions regarding mootness and fees. |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 9/7/2022 | Braden Boucek | | 0.20 | Email exchange with Attorney Snow and Trachman regarding attorney fees and case status. |
| 9/13/2022 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow and W. Trachman regarding joint stipulation of dismissal. |
| 9/14/2022 | Braden Boucek | | 0.10 | Email exchange with Attorney Snow and W. Trachman regarding joint dismissal. |
| 9/16/2022 | Braden Boucek | | 0.90 | Researching and drafting motion for attorneys fees and costs. |
| 9/17/2022 | Braden Boucek | | 5.80 | Drafting and editing motion for attorneys' fees. |
| 9/18/2022 | Braden Boucek | | 0.70 | Preparing motion for attorneys' fees; drafting declarations of B. Boucek and K Hermann. |
| 9/19/2022 | Braden Boucek | | 1.40 | Drafting motion for attorneys' fees. |
| 9/19/2022 | Braden Boucek | | 0.10 | Telephone call with Mr. Holman to discuss case status, fees motion. |
| 9/22/2022 | Braden Boucek | | 0.70 | Preparing motion for attorneys' fees; editing memorandum, Holman and Hermann declarations. |
| 9/23/2022 | Braden Boucek | | 1.50 | Preparing motion for attorneys' fees; editing memorandum, drafting declarations in supprt; telephone call with Attorney Swatley; emailing Mr. Holman and Attorney Swatley. |
| 9/24/2022 | Braden Boucek | | 0.80 | Analyzing billing records in preparation for motion for attorneys' fees. |
| 9/25/2022 | Braden Boucek | | 0.20 | Emailing Attorney Trachman with attorneys' fees hours breakdowns. |
| 9/25/2022 | Braden Boucek | | 1.30 | Preparing motion for attorneys' fees; reviewing hours in preparation for attorney declaration. |
| 9/25/2022 | Braden Boucek | | 0.10 | Email exchange with Mr. Holman regarding declaration for attorneys' fees. |
| 9/25/2022 | Braden Boucek | | 0.50 | Editing memorandum in support of attorneys' fees. |
| 9/26/2022 | Braden Boucek | | 1.30 | Editing memorandum in support of attorneys' fees; declaration of Kimberly Hermann . |
| 9/26/2022 | Braden Boucek | | 0.10 | Emailing AttorneyTrachman with memorandum in support of motion for attorneys' fees for his review. |
| 9/26/2022 | Braden Boucek | | 0.70 | Editing declaration in support of motion for attorneys' fees. |
| 9/27/2022 | Braden Boucek | | 0.90 | Preparing motion for attorneys' fees; reviewing billing statement. |
| 9/27/2022 | Braden Boucek | | 0.20 | Emailing AttorneyTrachman re: attorneys' fees motion. |
| 9/27/2022 | Braden Boucek | | 0.50 | Preparing bill of costs; reviewing local rules and reviewing receipts. |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 9/28/2022 | Braden Boucek | | 1.50 | Preparing motion for attorneys' fees; editing memorandum, reviewing hours. |
| | | | 140.20 | |
| 9/22/2021 | Jeff Clayman | | 0.30 | Analyzing order staying Dunlap case and joint stipulation in Miller case. |
| 9/23/2021 | Jeff Clayman | | 5.00 | Continue preparing first set of discovery requests to USDA and FSA, including interrogatories, requests for admission, and requests for production. |
| 9/23/2021 | Jeff Clayman | | 4.50 | Begin preparing first set of discovery requests to USDA and FSA, including analysis of statutes and jurisprudence concerning "loss to Secretary." |
| 9/27/2021 | Jeff Clayman | | 0.80 | Revising first set of discovery to defendants including requests for admission, requests for production, and interrogatories |
| 9/29/2021 | Jeff Clayman | | 0.30 | Conferring with B. Boucek re: response to government's email objecting to commencement of discovery and other pretrial issues. |
| 10/7/2021 | Jeff Clayman | | 0.30 | Confer with B. Boucek re: preparation for in-person scheduling conference. |
| 10/7/2021 | Jeff Clayman | | 0.50 | Reviewing court orders, proposed joint scheduling order, and correspondence with opposing counsel in preparation for in-person scheduling conference. |
| 10/7/2021 | Jeff Clayman | | 0.40 | Attending court-ordered scheduling conference by telephone. |
| 10/12/2021 | Jeff Clayman | | 7.50 | Begin preparing opposition to defendants' anticipated motion to dismiss based on assumption defendants will seek to dismiss claims 2-3 based on definitions. |
| 10/13/2021 | Jeff Clayman | | 6.50 | Continue preparing opposition to defendants' anticipated motion to dismiss based on assumption defendants will seek to dismiss claims 2-3 based on definitions |
| 10/13/2021 | Jeff Clayman | | 0.70 | Analyzing defendants' motion to dismiss |
| 10/13/2021 | Jeff Clayman | | 0.30 | Analyzing order denying opt out in related case *Miller v. Vilsack*. |
| 10/14/2021 | Jeff Clayman | | 0.40 | Telephone conference with B. Boucek re: strategy for opposition to defendants' motion to dismiss. |
| 10/15/2021 | Jeff Clayman | | 7.40 | Continue preparing opposition to defendants' motion to dismiss. |
| 10/18/2021 | Jeff Clayman | | 1.00 | Researching jurisprudence re post-enactment evidence for purposes of opposing efforts of government to use same |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 10/18/2021 | Jeff Clayman | | 3.00 | Continue researching jurisprudence re post-enactment evidence for purposes of opposing defendants' efforts to introduce post-enactment evidence; preparing memorandum re same |
| 10/21/2021 | Jeff Clayman | | 0.30 | Analyzing affidavit filed by defendants' in support of extension of expert disclosure deadline in Wynn case. |
| 10/22/2021 | Jeff Clayman | | 1.00 | Continue researching defendants' authority for a stay for purposes of drafting opposition; drafting section of opposition re: same. |
| 10/25/2021 | Jeff Clayman | | 0.60 | Reviewing correspondence from counsel for the government re modifying motion to dismiss briefing schedule; confer with co-counsel re: same. |
| 10/26/2021 | Jeff Clayman | | 0.30 | Reviewing correspondence from the government re: objection to commencement of discovery. |
| 11/8/2021 | Jeff Clayman | | 0.50 | Analyzing defendants' reply memorandum in support of partial motion to dismiss. |
| 11/26/2021 | Jeff Clayman | | 0.40 | Reviewing recent docket activity in related cases *Miller v. Vilsack* and *Wynn v. Vilsack*. |
| 12/9/2021 | Jeff Clayman | | 0.40 | Analyzing recent activity in related cases: *Miller v. Vilsack* and *Kent v. Vilsack*. |
| 12/9/2021 | Jeff Clayman | | 0.20 | Analyzing court order re: notices of supplemental authority. |
| 12/13/2021 | Jeff Clayman | | 0.30 | Analyzing order staying related case, *Wynn v. Vilsack*. |
| 12/14/2021 | Jeff Clayman | | 0.10 | Analyzing recent activity in related case: *Miller v. Vilsack*. |
| 12/23/2021 | Jeff Clayman | | 0.10 | Reviewing recent activity on docket of related case *Miller v. Vilsack*. |
| 12/23/2021 | Jeff Clayman | | 0.10 | Monitoring docket in related case *Miller v. Vilsack*. |
| 1/3/2022 | Jeff Clayman | | 0.20 | Reviewing recent docket activity in related cases *Miller v. Vilsack* and *Kent v. Vilsack*. |
| 1/5/2022 | Jeff Clayman | | 0.10 | Receipt and review of motion to withdraw by defense counsel Attorney Newton. |
| 1/5/2022 | Jeff Clayman | | 0.10 | Monitoring docket in related cases *Miller v. Vilsack* and *Wynn v. Vilsack*. |
| 1/25/2022 | Jeff Clayman | | 1.00 | Preparing motion for admission pro hac vice. |
| 1/26/2022 | Jeff Clayman | | 0.60 | Reviewing court order granting defendants' motion for partial dismissal. |
| 1/28/2022 | Jeff Clayman | | 0.40 | Conferring with B. Boucek re: case strategy in view of order of partial dismissal. |
| 1/28/2022 | Jeff Clayman | | 1.20 | Finalizing and file pro hac vice motion and proposed order. |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 1/30/2022 | Jeff Clayman | | 0.30 | Reviewing docket in related cases *Wynn v. Vilsack* and *Miller v. Vilsack*. |
| 1/31/2022 | Jeff Clayman | | 1.00 | Preparing motion to withdraw counsel of record C. O'Leary and proposed order re: same. |
| 2/1/2022 | Jeff Clayman | | 0.60 | Reviewing defendants' renewed motion to stay. |
| 2/2/2022 | Jeff Clayman | | 2.30 | Begin researching first to file rule and sovereign immunity bar to nominal damages for purposes of opposing defendants' renewed motion to stay; preparing memorandum re: same. |
| 2/2/2022 | Jeff Clayman | | 0.50 | Preparing correspondence to defense counsel Attorney Snow re convening Rule 37 conference for failure to respond to plaintiff's discovery. |
| 2/3/2022 | Jeff Clayman | | 5.40 | Continue researching first to file rule and sovereign immunity bar to nominal damages for purposes of opposing defendants' renewed motion to stay; preparing memorandum re: same. |
| 2/3/2022 | Jeff Clayman | | 0.20 | Reviewing recent docket activity in related matter *Kent v. Vilsack*. |
| 2/4/2022 | Jeff Clayman | | 2.90 | Continue researching first to file rule and sovereign immunity and nominal damages for purposes of responding to defendants' renewed motion to dismiss. |
| 2/6/2022 | Jeff Clayman | | 0.20 | Reviewing joint motion to amend discovery deadlines in Miller case for purposes of preparing opposition to defendants' renewed motion to stay. |
| 2/7/2022 | Jeff Clayman | | 0.40 | Reviewing sovereign immunity and nominal damages research memo by co-counsel for purposes of opposing defendants' renewed motion to stay. |
| 2/7/2022 | Jeff Clayman | | 2.90 | Preparing opposition to defendants' renewed motion to stay. |
| 2/7/2022 | Jeff Clayman | | 3.80 | Continue researching re: nominal damages, sovereign immunity, and other legal issues for purposes of opposing defendants' renewed motion to stay case. |
| 2/8/2022 | Jeff Clayman | | 6.60 | Continue preparing opposition to defendants' renewed motion to stay. |
| 2/9/2022 | Jeff Clayman | | 0.80 | Telephone conference with counsel re strategy for response to motion to stay. |
| 2/9/2022 | Jeff Clayman | | 6.70 | Continue preparing opposition to defendants' renewed motion to stay. |
| 2/11/2022 | Jeff Clayman | | 0.20 | Conferring with B. Boucek re: opposition to defendants' renewed motion to stay. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 2/11/2022 | Jeff Clayman | 0.50 | Reviewing B. Boucek's revisions to first draft of opposition to defendants' renewed motion to stay case |
| 2/11/2022 | Jeff Clayman | 0.90 | Preparing response to motion to stay; researching news articles to support argument that the government is attempting to moot Section 1005 claims for purposes of opposing renewed motion to stay. |
| 2/15/2022 | Jeff Clayman | 3.30 | Finalizing response in opposition to defendants' renewed motion to stay. |
| 2/16/2022 | Jeff Clayman | 0.10 | Reviewing correspondence from opposing counsel re moving for administrative stay. |
| 2/16/2022 | Jeff Clayman | 1.00 | Preparing opposition to renewed motion for administrative stay pending motion to stay case. |
| 2/16/2022 | Jeff Clayman | 0.10 | Reviewing court order granting stay of case. |
| 3/7/2022 | Jeff Clayman | 0.40 | Reviewing recent activity in related cases *Kent v. Vilsack* and *Miller v. Vilsack*. |
| 3/9/2022 | Jeff Clayman | 0.10 | Reviewing recent docket activity in related case *Kent v. Vilsack*. |
| 3/21/2022 | Jeff Clayman | 0.20 | Reviewing recent activity in related cases Kent v. Vilsack and Miller v. Vilsack. |
| 3/30/2022 | Jeff Clayman | 0.10 | Reviewing docket activity in related case Kent v. Vi/sack. |
| 4/15/2022 | Jeff Clayman | 0.40 | Reviewing recent activity and pleadings in related case Miller v. Vi/sack. |
| 4/18/2022 | Jeff Clayman | 0.50 | Reviewing recent docket activity in related case Miller v. Vi/sack, including brief review of responses to motion to intervene by Association of American Indian Farmers and National Black Farmers Association. |
| 4/20/2022 | Jeff Clayman | 0.30 | Reviewing recent docket activity and briefing re: intervention in related case Kent v. Vi/sack. |
| 5/13/2022 | Jeff Clayman | 1.20 | Preparing update to Mr. Holman re: status of Miller and Kent cases; reviewing dockets and documents for same. |
| 6/17/2022 | Jeff Clayman | 1.00 | Reviewing case dockets and preparing client update. |
| 7/11/2022 | Jeff Clayman | 0.20 | Reviewing recent filings in related Miller v. Vilsack. |
| 8/30/2022 | Jeff Clayman | 6.20 | Preparing motion for attorney's fees under EAJA. |
| 9/1/2022 | Jeff Clayman | 6.40 | Continue preparing motion for attorney's fees under EAJA. |
| 9/1/2022 | Jeff Clayman | 2.60 | Continue preparing motion for attorney's fees under EAJA. |
| | | 107.10 | |

| Date | Name | | Hours | Description |
|---|---|---|---|---|
| 5/17/2021 | Kimberly Herman | | 0.20 | Email exchange with Attorney Will Trachman regarding research in preparation of drafting complaint. |
| 5/18/2021 | Kimberly Herman | | 0.40 | Reviewing recent temporary restraining order issued in case challenging similar provisions; email exchange with B. Boucek regarding same. |
| 5/20/2021 | Kimberly Herman | | 0.30 | Reviewing Wynn v. Vi/sack complaint. |
| 5/28/2021 | Kimberly Herman | | 0.60 | Drafting complaint; meeting with B. Boucek and Attorney Trachman to discuss same. |
| 6/2/2021 | Kimberly Herman | | 0.20 | Email exchange with B. Boucek and Attorney Trachman regarding facts relating to case; right to consent to magistrate. |
| 6/2/2021 | Kimberly Herman | | 2.50 | Drafting and editing complaint; meeting with B. Boucek regarding same. |
| 6/2/2021 | Kimberly Herman | | 0.20 | Email exchange with B. Boucek and Attorney Trachman regarding right to consent to magistrate. |
| 6/5/2021 | Kimberly Herman | | 1.10 | Editing motion for preliminary injunction. |
| 6/23/2021 | Kimberly Herman | | 0.60 | Reviewing preliminary injunction issued in Wynn v. Vilsak; research regarding same. |
| 6/24/2021 | Kimberly Herman | | 0.70 | Reviewing response to motion for preliminary injunction. |
| 6/26/2021 | Kimberly Herman | | 0.80 | Editing reply brief in support of motion for preliminary injunction. |
| 7/1/2021 | Kimberly Herman | | 0.60 | Discussion with B. Boucek regarding preliminary injunction hearing. |
| 7/8/2021 | Kimberly Herman | | 0.80 | Reviewing transcript from preliminary injunction hearing. |
| 10/15/2021 | Kimberly Herman | | 0.70 | Reviewing motion to dismiss; discussion with B. Boucek regarding response to motion to dismiss. |
| 10/26/2021 | Kimberly Herman | | 1.80 | Reviewing and editing response to motion to dismiss. |
| 11/6/2021 | Kimberly Herman | | 0.50 | Reviewing reply to motion to dismiss. |
| | | | 12.00 | |

| Date | User | Duration | Description |
|---|---|---|---|
| 6/2/2021 | William E. Trachman | 2.3 | Review Holman complaint for filing in TN |
| 6/5/2021 | William E. Trachman | 2 | Review preliminary injunction motion and revise/comment on motion |
| 6/5/2021 | William E. Trachman | 1.1 | Review PI motion and revise for filing in Tennessee the next day |
| 6/6/2021 | William E. Trachman | 0.6 | Review filed PI motion, correspondence re motion |
| 6/8/2021 | William E. Trachman | 0.2 | Discussion re intervention in Holman |
| 6/8/2021 | William E. Trachman | 0.3 | Emails re Holman preliminary injunction motion |
| 6/9/2021 | William E. Trachman | 0.6 | Correspondence with Corey re ARPA matter in Florida for review in Holman |
| 6/14/2021 | William E. Trachman | 0.3 | review correspondence re page limits |
| 6/16/2021 | William E. Trachman | 0.5 | Correspondence re notice and comment process for loan program, confer re Holman matter |
| 6/22/2021 | William E. Trachman | 1.1 | Confer re PI hearing and plan |
| 6/24/2021 | William E. Trachman | 1 | Prep for Holman PI hearing |
| 6/24/2021 | William E. Trachman | 1.3 | Review amicus from 3rd party group in Holman, confer re issues with amicus, and how to respond and |
| 6/28/2021 | William E. Trachman | 1.5 | Hearing prep with SLF B. Boucek |
| 6/29/2021 | William E. Trachman | 3 | Appear for Holman hearing, debrief re hearing |
| 6/30/2021 | William E. Trachman | 0.7 | William E. Debrief re Holman and research projects, correspondence re hearing |
| 7/6/2021 | William E. Trachman | 1.1 | Team meeting re case status and next steps |
| 7/7/2021 | William E. Trachman | 0.8 | review and analyze opposition to motion to intervene by by minority farmer group |
| 7/8/2021 | William E. Trachman | 2 | Review order on preliminary injunction motion |
| 7/15/2021 | William E. Trachman | 1.2 | Draft opposition to administrative stay, review order granting stay |
| 7/16/2021 | William E. Trachman | 0.5 | Review 6th circuit admissions document, corresponden.ce re draft |
| 7/16/2021 | William E. Trachman | 0.8 | Confer re stay in Holman and strategy re opposition |
| 7/19/2021 | William E. Trachman | 0.5 | Holman conferral |
| 7/19/2021 | William E. Trachman | 0.2 | Correspondence re extension of the deadline to Answer in Carptenter and Holman |
| 7/19/2021 | William E. Trachman | 0.4 | Emails with C. Bartkus re notice of supplemental authority in Holman |
| 7/20/2021 | William E. Trachman | 0.4 | Emails re motion to stay in Holman, review deadlines |
| 7/23/2021 | William E. Trachman | 0.6 | Confer re scheduling issues in Holman, efforts to speed along the case to reach judgment |

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/23/2021 | William E. Trachman | 2.5 | Review research re motion to stay in 6th circuit for Holman matter |
| 7/26/2021 | William E. Trachman | 0.8 | Review Transcript of preliminary injunction hearing, correspondence re transcript in Holman oral argument |
| 7/28/2021 | William E. Trachman | 0.4 | Draft proposed order in Holman regarding opposition to stay |
| 7/28/2021 | William E. Trachman | 3.7 | Review and revise opposition to motion to stay by government, correspondence with C. Bartkus re |
| 7/28/2021 | William E. Trachman | 0.5 | Finalize filing of opposition to motion to stay in Holman |
| 7/30/2021 | William E. Trachman | 1 | Call with Braden Boucek re Holman matters, potential discovery and whether the answer is required on the |
| 8/3/2021 | William E. Trachman | 0.5 | Phone call with B. Boucek re Holman order, status |
| 8/4/2021 | William E. Trachman | 0.3 | Confer re scheduling conference for 9/2/21 in Holman |
| 8/5/2021 | William E. Trachman | 0.3 | Confer re scheduling conference for 9/2/21 in Holman |
| 8/11/2021 | William E. Trachman | 0.5 | Holman prep call with Southeastern Legal |
| 8/11/2021 | William E. Trachman | 0.4 | Emails re draft scheduling order in Holman |
| 8/13/2021 | William E. Trachman | 0.5 | Holman proposed scheduling conference |
| 8/16/2021 | William E. Trachman | 1 | Emails and phone conversation re Holman with C. O'Leary from SLF, proposed order and joint report |
| 8/20/2021 | William E. Trachman | 0.4 | Meet with C. Bartkus re Joyner ruling and distinctions in stay order between Joyner and Holman |
| 8/20/2021 | William E. Trachman | 0.5 | Emails re potential motion to dismiss and possible renewal of motion to stay from government in Holman |
| 8/23/2021 | William E. Trachman | 0.7 | Review research re differences between Holman and Joyner, correspondence re distinctions for Holman. |
| 8/25/2021 | William E. Trachman | 0.5 | Confer re lack of appeal in Wynn, extension in Holman on scheduling conference. |
| 8/27/2021 | William E. Trachman | 0.3 | Confer re remote appearances in Holman. |
| 8/31/2021 | William E. Trachman | 0.3 | Analysis re stay order in McKinney for Holman matter, potential government effort to renew stay motion. |
| 9/9/2021 | William E. Trachman | 0.7 | Review PLF sur-reply in Florida case for relevance to Holman, correspondence re potential stay. |
| 9/9/2021 | William E. Trachman | 0.3 | Confer re potential opt-out in Holman. |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 9/15/2021 | William E. Trachman | 1 | Review case law and administrative documents regarding the meaning of loss to the Secretary and in defense of a potential motion to dismiss in Holman. |
| 9/17/2021 | William E. Trachman | 0.2 | Correspondence with Holman team re draft discovery requests. |
| 9/22/2021 | William E. Trachman | 0.2 | Correspondence with Holman team re agreement in Miller class action, dismissal of motion to dismiss. |
| 9/23/2021 | William E. Trachman | 0.2 | Call with B. Boucek regarding discovery requests in Holman. |
| 9/24/2021 | William E. Trachman | 2.5 | Review and revise discovery for Holman |
| 9/27/2021 | William E. Trachman | 1.2 | Review discovery drafts, revise drafts, correspondence re discovery in Holman. |
| 9/28/2021 | William E. Trachman | 0.9 | Review discovery requests, response from government confer re response, and review response in Holman. |
| 9/29/2021 | William E. Trachman | 0.5 | Emails re discovery in Holman and prep for scheduling conference. |
| 9/30/2021 | William E. Trachman | 0.5 | Confer re attendance at hearing in Holman on 10/7, discovery disputes |
| 10/7/2021 | William E. Trachman | 1 | Prepare for and attend hearing in Holman |
| 10/7/2021 | William E. Trachman | 1 | Debrief and review minute order in Holman. |
| 10/11/2021 | William E. Trachman | 0.5 | Emails re scheduling order, review proposed dates, confer re government dates in Holman. |
| 10/12/2021 | William E. Trachman | 0.2 | Emails re strategy session for motion to dismiss in Holman. |
| 10/13/2021 | William E. Trachman | 0.5 | Meet re motion to dismiss brief, plan for responding in Holman |
| 10/13/2021 | William E. Trachman | 1.5 | Review motion to dismiss, confer re arguments and timing of opposition brief in Holman. |
| 10/13/2021 | William E. Trachman | 0.9 | Correspondence re attorney fees in case of mootness review correspondence re attorney fee theory in |
| 10/13/2021 | William E. Trachman | 0.4 | Supplement and circulate research re 1008 for motion to dismiss preparation |
| 10/13/2021 | William E. Trachman | 0.6 | Review opt-out order in Miller for reference to potential Holman motion for opt-out, correspondence |
| 10/14/2021 | William E. Trachman | 0.5 | Emails re viability of motions to reconsider from B. Boucek |
| 10/15/2021 | William E. Trachman | 0.7 | Correspondence re Holman issues, strategy, and planning |
| 10/15/2021 | William E. Trachman | 0.6 | Edit and revise scheduling order draft, review dates for accurcy. |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/15/2021 | William E. Trachman | 0.3 | Emails re Wynn and Miller cases for preparation in Holman. |
| 10/16/2021 | William E. Trachman | 0.2 | Review Holman scheduling proposal with court |
| 10/18/2021 | William E. Trachman | 0.2 | Emails re Joyner and distinctions from Holman |
| 10/18/2021 | William E. Trachman | 0.3 | Emails and calls re Holman motion issues, conferrals before response briefs |
| 10/19/2021 | William E. Trachman | 0.8 | Meet re motion to dismiss staffing and briefing timing |
| 10/22/2021 | William E. Trachman | 0.7 | Meet with Jeff and Braden re motion to dismiss issues, research, timing of editing in Holman. |
| 10/24/2021 | William E. Trachman | 1.2 | Review and revise Holman opposition brief re motion to dismiss. |
| 10/25/2021 | William E. Trachman | 0.7 | Review docket and emails, confer re scheduling in Holman matter, issue of deadline for MTD. |
| 10/26/2021 | William E. Trachman | 0.5 | Correspondence re Holman deadline, opposition motion. |
| 10/27/2021 | William E. Trachman | 2.3 | Edit and revise Holman Opposition to motion to dismiss, correspondence re opposition brief, final edits |
| 11/1/2021 | William E. Trachman | 0.1 | Review order granting extension of time in Holman. |
| 11/19/2021 | William E. Trachman | 0.5 | Phone call re supplemental authority in Holman |
| 12/3/2021 | William E. Trachman | 0.6 | Analyze race-conscious Ag policies from USDA related to ARPA and Holman |
| 12/7/2021 | William E. Trachman | 0.8 | Review Wynn stay, confer with B. Boucek re next steps in Holman |
| 1/4/2022 | William E. Trachman | 0.2 | Email re withdrawal in Holman by government counsel |
| 1/11/2022 | William E. Trachman | 0.2 | Emails re Holman order |
| 1/14/2022 | William E. Trachman | 0.3 | Emails re substitution of counsel in Holman matter |
| 1/28/2022 | William E. Trachman | 0.6 | Confer with B. Boucek in Holman re strategy and next steps after Motion to Dismiss ruling |
| 1/31/2022 | William E. Trachman | 0.5 | Call with K. Schiraldi re Holman research |
| 1/31/2022 | William E. Trachman | 0.5 | Review opposition to motion to stay in Holman, filed in July 2021 |
| 2/1/2022 | William E. Trachman | 0.5 | Confer re Holman issues and opposition to motion to stay |
| 2/1/2022 | William E. Trachman | 0.2 | Review motion to stay entry in PACER |
| 2/7/2022 | William E. Trachman | 0.5 | Call with B. Boucek re Holman issues, next steps |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 2/7/2022 | William E. Trachman | 0.3 | Review K. Schiraldi memo re first to file in Holman |
| 2/8/2022 | William E. Trachman | 2.8 | Review case law re sovereign immunity in the context of federal officials and nominal damages, confer with K. Schiraldi and co-counsel on Holman |
| 2/9/2022 | William E. Trachman | 1.5 | Review cases for opposition to motion to stay and sovereign immunity, confer with co-counsel in |
| 2/14/2022 | William E. Trachman | 2 | Review opposition to motion to stay, edit and revise and circulate revisions to B. Boucek in Holman |
| 2/14/2022 | William E. Trachman | 0.4 | Correspondence re proposed revisions in Holman |
| 2/16/2022 | William E. Trachman | 0.8 | Correspondence re order in Holman, associated next steps due to stay |
| 2/16/2022 | William E. Trachman | 0.6 | Review filed brief in Holman |
| 2/16/2022 | William E. Trachman | 0.3 | Correspondence with B. Boucek re potential for stay |
| 3/28/2022 | William E. Trachman | 0.3 | Emails re reversal of denial of intervention in Texas re Holman matter |
| 6/15/2022 | William E. Trachman | 0.2 | Email re farmer rancher cases, potential deadlines |
| 6/16/2022 | William E. Trachman | 0.5 | Review email from Braden to Rob Holman in TN matter |
| 8/16/2022 | William E. Trachman | 0.5 | Call with Braden re mootness and attorney fees in Holman |
| 8/16/2022 | William E. Trachman | 0.5 | Emails with Braden re Holman issues |
| 8/16/2022 | William E. Trachman | 0.9 | Review briefing from B. Boucek re mootness issues in Holman |
| 8/17/2022 | William E. Trachman | 1.3 | Research re attorney fee award in Holman |
| 8/18/2022 | William E. Trachman | 0.2 | Review email from B. Boucek re Holman and attorney fees steps |
| 8/23/2022 | William E. Trachman | 0.5 | Meet re Holman fees motion, potential theories under EAJA |
| 8/23/2022 | William E. Trachman | 0.5 | Review briefing on Buckhannon and EAJA from SLF re Holman matter |
| 8/23/2022 | William E. Trachman | 1.4 | Review case law re definition of prevailing party, correspondence re applicability of case law in Holman |
| 9/2/2022 | William E. Trachman | 0.5 | Correspondence re Holman, review 6th Circuit case law re prevailing party definition |
| 9/2/2022 | William E. Trachman | 0.3 | Review pleadings and order re Clayman withdrawal in Holman |
| 9/6/2022 | William E. Trachman | 0.3 | Emails re Holman, mootness, and fees |
| 9/9/2022 | William E. Trachman | 0.2 | Emails re mootness issues in Holman |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 9/13/2022 | William E. Trachman | 0.1 | Correspondence with Braden re strategy in Holman |
| 9/15/2022 | William E. Trachman | 0.1 | Review entry of judgment in Holman |
| 9/15/2022 | William E. Trachman | 0.2 | Confer re attorney fee affidavit in Holman, next steps |
| 9/19/2022 | William E. Trachman | 0.1 | Email re opposition to attorney fees in Holman |
| 9/28/2022 | William E. Trachman | 1.1 | Edit and revise memorandum in support of fee application, correspondence with B. Boucek re memorandum and timing issues in Holman |
| 9/28/2022 | William E. Trachman | 1 | Draft fee submission declaration |
| 9/28/2022 | William E. Trachman | 0.7 | Review time entries and prepare fee submission in Holman |
| | | 89.5 | |