# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) No. 1:21-cv-01085 |
| | ) |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and | ) ) ) ) |
| | ) |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) ) ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS, ATTORNEY FEES, AND EXPENSES

Under Local Rule 7.2(c), Plaintiff respectfully requests leave to file a reply to the instant motion. Given the depth of the issues at hand, Plaintiff respectfully submits that a short reply comporting with the five (5) page limit will assist the Court. A copy of a proposed order will be sent to chambers. *See* LR 7.2(a)(1)(A).

Dated: October 18, 2022.    Respectfully submitted,


                                                  s/ B.H. Boucek
                                                  BRADEN H. BOUCEK
                                                  TN BPR No. 021399
                                                  GA Bar No. 396831
                                                  Southeastern Legal Foundation
                                                  560 W. Crossville Road, Suite 104
                                                  Roswell, GA  30075
                                                  Telephone: (770) 977-2131
                                                  bboucek@southeasternlegal.org

WILLIAM E. TRACHMAN*
CO. Bar No. 45684
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
wtrachman@mslegal.org
*Appearing Pro Hac Vice

Counsel for Plaintiff

## CERTIFICATE OF CONSULTATION

I hereby I certify, that undersigned counsel consulted with counsel for Defendants, Kyla Snow, by e-mail on October 14, 2022. That same day, Defendants indicated by email that Defendants do not oppose the filing of a reply.

Dated: <u>October 18, 2022</u>.          Respectfully submitted,


  s/ B. H. Boucek
BRADEN H. BOUCEK

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I filed the documents on the Court's electronic filing system which sent notification of such filing to all counsel of record in this matter

Dated: <u>October 18, 2022</u>.          Respectfully submitted,


  s/ B.H. Boucek
BRADEN H. BOUCEK