**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT HOLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-01085-STA-jay |
| | ) | |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and | ) ) ) | |
| | ) | |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN
SUPPORT OF PLAINTIFF'S MOTION
FOR COSTS, ATTORNEY FEES, AND EXPENSES**

Before the Court is Plaintiff's unopposed motion for leave to file a reply in support of his motion for costs, attorney fees, and expenses. (Doc. No. 89.) For good cause shown, the motion is **GRANTED**. Plaintiff may file a reply brief not to exceed five (5) pages within fourteen (14) days of the entry of this order.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Dated: October 18, 2022

1