

**Thomas M. Gould**
*Clerk of Court*

# United States District Court
# Western District of Tennessee

---

**Federal Building**
**167 North Main Street, Suite 242**
**Memphis, Tennessee 38103**
*901-495-1200 (Telephone)*
*901-495-1250 (Facsimile)*
*Tom_Gould@tnwd.uscourts.gov*

**Federal Building**
**111 South Highland, Room 262**
**Jackson, Tennessee 38301**
*731-421-9200 (Telephone)*
*731-421-9210 (Facsimile)*

October 21, 2022

Re:   Robert Holman v. Thomas J. Vilsack, et al.
      Civil Case No. 1:21-cv-1085-STA-jay

Dear Counsel:

You are hereby notified that the hearing on taxation of costs sets before the Clerk of Court on Thursday, November 3, 2022, at 10:00 AM is hereby stayed pending a decision by the Presiding Judge on Plaintiff's Motion for Costs, Attorney Fees, and Expenses.

All parties will be notified of any future setting.

Sincerely,

Thomas M. Gould, Clerk of Court
by:   s/Kelly Sherfey
Administrative Attorney
United States District Court
Western District of Tennessee