## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 26, 2023

Mr. Braden H. Boucek
Southeastern Legal Foundation
560 W. Crossville Road
Suite 104
Roswell, GA 30075

Re: Case No. 23-5493, *Robert Holman v. Thomas Vilsack, et al*
Originating Case No. : 1:21-cv-01085

Dear Counsel,

This appeal has been docketed as case number **23-5493** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 9, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | | |
|---|---|---|
| | | Appearance of Counsel |
| | Appellant: | Civil Appeal Statement of Parties & Issues |
| | | Disclosure of Corporate Affiliations |
| | | Application for Admission to 6th Circuit Bar (if applicable) |
| | | |
| | | Appearance of Counsel |
| | Appellee: | Disclosure of Corporate Affiliations |
| | | Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                          Sincerely yours,

                                          s/Jill E Colyer
                                          Case Management Specialist
                                          Direct Dial No. 513-564-7024

cc:  Ms. Audrey Martha Calkins
      Mr. William E. Trachman

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5493

ROBERT HOLMAN

        Plaintiff - Appellant

v.

THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency

        Defendants - Appellees